PIERCE O'DONNELL (SBN 81298)
podonnell@greenbergglusker.com
PETER A. NYQUIST (SBN 180953)
pnyquist@greenbergglusker.com
BRIAN E. MOSKAL (SBN 240704)
bmoskal@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687

Attorneys for Plaintiff and Counter-Defendant
OCCIDENTAL RESEARCH CORPORATION and
Plaintiff GLENN SPRINGS HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCIDENTAL RESEARCH CORPORATION, a California corporation; and GLENN SPRINGS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CURTIS TAMKIN, in his capacity as Trustee of the Tamkin Family Trust dated August 23, 1979 and Successor Trustee of the Surviving Spouse Trust U/D/T dated August 23, 1979; and Does 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-04621-R-PJW<br><br>**Assigned to Hon. Manuel L. Real**<br><br>**DECLARATION OF JONATHAN B. SOKOL IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF CDM CONSULTANTS**<br><br>Pre-Trial Conf.: August 6, 2018<br>Trial Date: September 4, 2018 |

62352-00003/3055217.1

DECLARATION OF JONATHAN B. SOKOL IN
SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE*
CASE NO. 2:17-CV-04621-R-PJW

## DECLARATION OF JONATHAN B. SOKOL

I, JONATHAN B. SOKOL, declare:

1. I am an attorney licensed to practice law before all the courts of the State of California and I have been admitted to the bar of this Court. I am a partner in the law firm of Greenberg Glusker Fields Claman & Machtinger LLP, counsel for Plaintiff and Counter-Defendant Occidental Research Corporation and Plaintiff Glenn Springs Holdings, Inc. (collectively, "Plaintiffs").

2. This declaration is submitted in support of Plaintiffs' accompanying Motion *in Limine* seeking an order precluding defendant Curtis Tamkin ("Tamkin") from offering any expert opinion testimony of Dave Chamberlin and Bill Fernandez of CDM Smith, Inc. (the "CDM consultants") at trial.

3. Attached as Exhibit 1 hereto is a true and correct copy of Tamkin's Disclosure of Expert Testimony dated June 18, 2018. Tamkin did not produce an expert report for either of the CDM consultants at the time of Tamkin's initial Disclosure of Expert Testimony on June 18, 2018.

4. I took the deposition of Bill Fernandez on July 17, 2018. Before the deposition, Plaintiffs served deposition subpoenas on the CDM consultants. Attached hereto as Exhibit 2 are true and correct copies of these deposition subpoenas.

5. Attached hereto as Exhibit 3 are true and correct copies of Tamkin's Objections to the Deposition Subpoenas served on the CDM consultants.

6. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the deposition of Bill Fernandez that I took on July 17, 2018.

7. Tamkin has never provided a Rule 26 expert report for Mr. Fernandez.

8. Attached hereto as Exhibit 5 is a true and correct copy of Tamkin's Rebuttal Expert Disclosure dated July 11, 2018.

9. On July 18, 2018, Tamkin's counsel produced a 35-page report for Mr.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  Chamberlin entitled "Expert Rebuttal Report." A true and correct copy of this
2  report is attached hereto as Exhibit 6.
3      10.  Attached hereto as Exhibit 7 is a true and correct copy of
4  correspondence sent to Tamkin's counsel on July 17, 2018 regarding the subject
5  matter of this motion.

7  I declare under penalty of perjury under the laws of the United States and the
8  state of California that the foregoing is true and correct.
9  Executed this 30th day of July, 2018, at San Diego, California.

*/s/ Jonathan B. Sokol*
JONATHAN B. SOKOL

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

62352-00003/3055217.1    2    DECLARATION OF JONATHAN B. SOKOL IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE*
CASE NO. 2:17-CV-04621-R-PJW