PIERCE O'DONNELL (SBN 81298)
podonnell@greenbergglusker.com
PETER A. NYQUIST (SBN 180953)
pnyquist@greenbergglusker.com
BRIAN E. MOSKAL (SBN 240704)
bmoskal@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687

Attorneys for Plaintiff and Counter-Defendant OCCIDENTAL RESEARCH CORPORATION and Plaintiff GLENN SPRINGS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCIDENTAL RESEARCH CORPORATION, a California corporation; and GLENN SPRINGS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CURTIS TAMKIN, in his capacity as Trustee of the Tamkin Family Trust dated August 23, 1979 and Successor Trustee of the Surviving Spouse Trust U/D/T dated August 23, 1979; and Does 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-04621-R-PJW<br><br>Assigned to: Hon. Manuel L. Real<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF CDM SMITH CONSULTANTS**<br><br>Date: August 6, 2018<br>Time: 11:00 a.m.<br>Trial Date: September 4, 2018 |

Plaintiff and Counter-Defendant Occidental Research Corporation and Plaintiff Glenn Springs Holdings, Inc hereby lodge their Proposed Order Granting their Motion in Limine to Exclude Expert Testimony of CDM Smith Consultants.

Dated: July 30, 2018

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER

By: /s/ Peter A. Nyquist
PIERCE O'DONNELL
PETER A. NYQUIST
BRIAN E. MOSKAL
Attorneys for Plaintiffs and Counter-Defendant OCCIDENTAL RESEARCH CORPORATION and Plaintiff GLENN SPRINGS HOLDINGS, INC.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

62352-00003/3055281.1

2

NOTICE OF LODGING
CASE NO. 2:17-CV-04621