1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCIDENTAL RESEARCH CORPORATION, a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CURTIS TAMKIN, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-04621-R-PJW<br><br>**Assigned to Hon. Manuel L. Real**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF CDM CONSULTANTS**<br><br>Pre-Trial Conf.:  August 6, 2018<br>Trial Date:         September 4, 2018 |

The Court having considered the Motion *in Limine* of plaintiffs Occidental Research Corporation and Glenn Springs Holdings, Inc. seeking an order excluding Dave Chamberlin and Bill Fernandez of CDM Smith, Inc. (the "CDM consultants") from testifying as expert witnesses at trial (the "Motion), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The CDM Consultants shall not be permitted to testify as expert witnesses at trial; and

3. Defendant Curtis Tamkin ("Tamkin") shall not be permitted to introduce any expert opinion testimony of the CDM Consultants at trial either through their testimony as percipient witnesses or through the testimony of defendant's other expert witnesses who may be called at trial.

**IT IS SO ORDERED.**

DATED:  August ___, 2018     By:_____
                                                    Hon. Manuel Real
                                                    United States District Judge

Submitted by:

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By     /s/ *Jonathan B. Sokol*
         JONATHAN B. SOKOL
         Attorneys for Plaintiffs
         OCCIDENTAL RESEARCH CORPORATION
         AND GLENN SPRINGS HOLDINGS, INC.