UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCIDENTAL RESEARCH CORPORATION, a California corporation, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CURTIS TAMKIN, in his capacity as Trustee of the Tamkin Family Trust dated August 23, 1979 and Successor Trustee of the Surviving Spouse Trust U/D/T dated August 23, 1979; and Does 1-10,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-04621-R-PJW<br><br>**Assigned to Hon. Manuel L. Real**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE CDM SMITH. INC. INVOICES**<br><br>Pre-Trial Conf.: August 6, 2018<br>Trial Date: September 4, 2018 |

The Court having considered the Motion *in Limine* of Plaintiffs Occidental Research Corporation and Glenn Springs Holdings, Inc. ("Motion") seeking an order excluding Defendant Curtis Tamkin in his capacity as Trustee of the Tamkin Family Trust dated August 23, 1979 and Successor Trustee of the Surviving Spouse Trust U/D/T dated August 23, 1979 ("Tamkin") from offering into evidence at trial (1) the cost invoices from Tamkin's environmental investigation and remediation consultant, CDM Smith, Inc. ("CDM Smith"), that Tamkin produced on August 2, 2018; (2) any other cost invoices not produced to date unless such invoices were newly generated and not previously available to Tamkin; and (3) testimony from any witness offered by Tamkin regarding these cost invoices or the costs purportedly reflected in them, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The cost invoices from Tamkin's environmental investigation and remediation consultant, CDM Smith, produced on August 2, 2018, shall not be permitted to be offered or introduced as evidence at trial;

3. Any other cost invoices not produced to date unless, such invoices were newly generated and not previously available to Tamkin, shall not be permitted to be offered at trial.

4. Tamkin shall not be permitted to introduce testimony from any witness regarding these costs invoices or costs purportedly reflected in them.

**IT IS SO ORDERED.**

DATED: August ___, 2018        By:_____
                                          Hon. Manuel Real
                                          United States District Judge