PIERCE O'DONNELL (SBN 81298)
podonnell@greenbergglusker.com
PETER A. NYQUIST (SBN 180953)
pnyquist@greenbergglusker.com
BRIAN E. MOSKAL (SBN 240704)
bmoskal@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687

Attorneys for Plaintiff and Counter-Defendant
OCCIDENTAL RESEARCH CORPORATION and
Plaintiff GLENN SPRINGS HOLDINGS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCIDENTAL RESEARCH CORPORATION, a California corporation; and GLENN SPRINGS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CURTIS TAMKIN, in his capacity as Trustee of the Tamkin Family Trust dated August 23, 1979 and Successor Trustee of the Surviving Spouse Trust U/D/T dated August 23, 1979; and Does 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:17-cv-04621-R-PJW<br><br>**DECLARATION OF BRIAN E. MOSKAL IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE CDM SMITH, INC. INVOICES**<br><br>Pre-Trial Conf.: August 6, 2018<br>Trial Date: September 4, 2018<br>Judge: Hon. Manuel L. Real |

I, BRIAN E. MOSKAL, declare:

1. I am an attorney licensed to practice law before all the courts of the State of California and I have been admitted to the bar of this Court. I am a partner in the law firm of Greenberg Glusker Fields Claman & Machtinger LLP, counsel for Plaintiff and Counter-Defendant Occidental Research Corporation and Plaintiff Glenn Springs Holdings, Inc. (collectively, "Plaintiffs") in this action.

2. This declaration is submitted in support of Plaintiffs' accompanying Motion *in Limine* seeking an order precluding Defendant Curtis Tamkin ("Tamkin") from offering at trial (1) the cost invoices from his environmental investigation and remediation consultant, CDM Smith, Inc. ("CDM Smith"), which Tamkin produced on August 2, 2018; (2) any other cost invoices not produced to date unless such invoices were newly generated and not previously available to Tamkin; and (3) testimony from any witness offered by Tamkin regarding these cost invoices or the costs purportedly reflected in them.

3. The facts set forth below are known to me personally, and I have first-hand knowledge of them. If called as a witness, I could and would testify competently, under oath, to such facts.

4. Attached hereto as Exhibit A is a true and correct copy of Tamkin's Initial Disclosures in this matter dated December 26, 2017, served on December 27, 2017.

5. Attached hereto as Exhibit B is a true and correct copy of Tamkin's First Amended Initial Disclosures served to Plaintiffs on January 18, 2018.

6. Attached hereto as Exhibit C is a true and correct copy of an email sent to me on January 18, 2018 from Tamkin's prior counsel, Stephanie Amaru of Pillsbury Winthrop Shaw Pittman LLP.

7. Tamkin's first production of documents, which were produced on January 18, 2018 in connection with his First Amended Initial Disclosures, did not included any invoices from CDM Smith, Inc., Tamkin's environmental investigation

and remediation consultant.

8. Attached hereto as Exhibit D is a true and correct copy of Plaintiff and Counter-Defendant Occidental Research Corporation's ("ORC") First Set of Requests for Production of Documents in this matter served upon Defendant Curtis Tamkin on March 9, 2018.

9. Attached hereto as Exhibit E is a true and correct copy of Defendant Curtis Tamkin's Amended Response to Plaintiff's First Set of Requests for Production in this matter served on Plaintiffs on April 25, 2018.

10. Tamkin produced documents on April 27, 2018 in connection with his response to ORC's First Set of Requests for Production of Documents to Tamkin. This document production did not include any CDM Smith, Inc. invoices.

11. Attached hereto as Exhibit F is a true and correct copy of relevant excerpts of the expert report prepared by Plaintiffs' retained damages and NCP compliance expert, Jeffrey Zelikson of Nathan Associates, Inc., dated July 18, 2018.

12. Tamkin deposed Mr. Zelikson on July 6, 2016.

13. On August 2, 2018, Tamkin produced approximately 748 pages of CDM Smith, Inc. cost invoices and related documents.

14. These invoices date back to 2011 and the most recent appears to be dated June 11, 2018.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on August 3, 2018, at Los Angeles, California.

---
BRIAN E. MOSKAL