# EXHIBIT 1

EXHIBIT 1 - PAGE 3

Robert L. Reisinger, Esq., Bar No. 156474
Nicole R. Carroll, Esq., Bar No. 293685
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center
Twenty-Seventh Floor
Long Beach, California 90831-2700
(562) 983-2500

Attorneys for Defendant,
TAMKIN FAMILY TRUST

UNITED STATES DISTRICT COURT

CENTRAL COURT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OCCIDENTAL RESEARCH CORPORATION, a California corporation; and GLENN SPRINGS HOLDINGS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>CURTIS TAMKIN, in his capacity as Trustee of the Tamkin Family Trust dated August 23, 1979 and Successor Trustee of the Surviving Spouse Trust U/D/T dated August 23, 1979; ST. PAUL STAMP WORKS, INC., a Minnesota corporation; VICTOR RUBBER STAMP CO., INC., a dissolved California corporation; INMARK-VICTOR RUBBER STAMP CO., INC.; WILLIAM H. TAYLOR, an individual; and DOES 1-10,<br><br>     Defendants. | Case No. 2:17-cv-04621-R-PJW<br><br>HON. MANUEL L. REAL<br><br>**DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY**<br>[FRCP 26(a)(2)] |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant TAMKIN FAMILY TRUST ("Defendant") make the following disclosure of expert testimony:

1

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 4

## A. RETAINED EXPERTS [FRCP 26(a)(2)(B)]

1. Kieran Purcell
   National Environmental Division Manager
   Rimkus Consulting Group, Inc.
   Eight Greenway Plaza, Suite 500
   Houston, TX 77046
   Main: 800-580-3228
   Fax: 713-623-4357

Mr. Purcell's curriculum vitae, testifying history, and schedule of hourly rates along with his preliminary report have been served upon Plaintiffs attached hereto as Exhibit A. Mr. Purcell may be called to testify regarding his analysis of the properties located at 1324 and 1330 Arrow Highway in La Verne, California and at 1855 Carrion Road in La Verne, California as well as his analysis of the documents exchanged in this case and those that are publicly available. Mr. Purcell may will be expected to comment upon any opinions given by plaintiffs' experts in the same filed of expertise.

2. Glenn D. Tofani
   GeoKinetics
   77 Bunsen
   Irvine, CA 92618
   Direct: 949-502-5353
   Fax: 949-502-5354

Mr. Tofani's curriculum vitae, testifying history, and schedule of hourly rates have been served upon Plaintiffs attached hereto as Exhibit C. Mr. Tofani may be called to testify regarding his analysis of the properties located at 1324 and 1330 Arrow Highway in La Verne, California and at 1855 Carrion Road in La Verne, California as well as his analysis of the documents exchanged in this case and those that are publicly available.

2

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 5

Mr. Tofani may will be expected to comment upon any opinions given by plaintiffs' experts in the same filed of expertise.

   B. NON-RETAINED EXPERTS [FRCP 26(a)(2)(C)]

   1. Carol Serlin
      Principal
      RamBoLL Environ
      5 Park Plaza, Suite 500
      Irvine, California 92614

   Ms. Serlin was retained by the University of La Verne, to evaluate the properties that are at issue in this litigation as part of the University's "Campus West" expansion project. Carol Serlin has over 25 years of experience in the assessment and remediation of industrial, manufacturing, aerospace, petroleum, electronics and waste disposal sites in the western US. She has directed remedial investigations to assess hydrogeologic and geochemical conditions, conducted feasibility studies to evaluate appropriate remedial solutions and successfully implemented remedial measures to address a variety of chemicals in soil, soil gas, surface water and groundwater. In addition, she has provided technical expertise in the areas of environmental risk management, environmental auditing and compliance, due diligence reviews and litigation support; consulted in insurance recovery cases involving soil and groundwater contamination; and provided allocation assistance to responsible parties in multi-party merged-plume situations. Carol is a professional geologist in California, Oregon and Arizona. She has an MS in hydrology and water resources from the University of Arizona-Tucson, and a BS in

3

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 6

geology from Bucknell University.  A copy of the report that Ms. Serlin prepared with

Bozena Szeremeta is attached hereto as Exhibit "B".  We expect Ms. Serlin to testify

regarding the matters contained within Exhibit "B" and the bases of the opinions

contained therein.

> 2.  Bozena Szeremeta
>     Director
>     Applied Medical Resources, Inc.
>     22872 Avenida Empresa
>     Rancho Santa Margarita, CA 92688

Ms. Bozena was retained by the University of La Verne, to evaluate the properties

that are at issue in this litigation as part of the University's "Campus West" expansion

project.  Although it is our understanding that she is no longer working with RamBoLL

Environ, she prepared or participated in the preparation of Exhibit "B".  She has over 18

years of experience in management and/or performance of projects involving industrial

facility closures, soil and groundwater remediation, and underground storage tank

closures. She has assisted clients in environmental assessments of commercial and

industrial properties related to property transfers, due diligence reviews, and

environmental audits. She has MS in Chemical Engineering from Technical University,

Rzeszow, Poland. She also has a Certified Hazardous Materials Manager Certificate from

Institute of Hazardous Materials Management. is attached hereto as Exhibit "B". We

expect Ms. Szeremeta to testify regarding the matters contained within Exhibit "B" and

the bases of the opinions contained therein.

4

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 7

1

2

3       3.     Dave Chamberlin

             Senior Vice President

4                CDM Smith Inc.

             600 Wilshire Boulevard #750

5                Los Angeles, California 90017

6                Main: (213) 457-2200

7

8         Mr. Chamberlin may be contacted through Defendant's counsel of record, Robert

9

10   L. Reisinger, Ford Walker Haggerty & Behar, 1 World Trade Center, 27th Floor, Long

11   Beach, California 90278, (562) 983-2500.  Mr. Chamberlin is believed to have

12   information regarding the properties at issue in this matter as well as the response and

13

14   implementation government agency oversight and approvals.  Mr. Chamberlin is

15   expected to testify regarding the nature and extent of contamination at and around the

16   Former Victor Graphics Site and the Former ORC Site, contaminant fate and transport,

17

18   past and future response costs, testing and investigation as well as methodologies used in

19   their analysis of the same.

20

21       4.     Bill Fernandez

22                CDM Smith Inc.

             600 Wilshire Boulevard #750

23                Los Angeles, California 90017

24                Main: (213) 457-2200

25

26         Mr. Fernandez may be contacted through Defendant's counsel of record, Robert L.

27   Reisinger, Ford Walker Haggerty & Behar, 1 World Trade Center, 27th Floor, Long

28

5

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 8

Beach, California 90278, (562) 983-2500. Mr. Fernandez is believed to have information regarding the properties at issue in this matter as well as the response and implementation government agency oversight and approvals Mr. Fernandez is expected to testify regarding the nature and extent of contamination at and around the Former Victor Graphics Site and the Former ORC Site, contaminant fate and transport, past and future response costs, testing and investigation as well as methodologies used in their analysis of the same.

Defendant reserves the right to submit the names of additional expert witnesses for the purpose of expressing an opinion on a subject to be covered by experts designated by any other party in this matter.

Defendant also reserves the right to call any and all expert witnesses designated by any other party in this case.

Defendant specifically reserves the right to augment and/or amend this expert witness designation, as discovery is continuing in this matter.

///

///

///

///

///

///

6

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 9

Further, defendant reserves the right to amend the expert witness declaration with respect to the general substance of anticipated testimony of all expert witnesses designated herein.

Dated:  June 18, 2018

FORD, WALKER, HAGGERTY & BEHAR

BY:_____
ROBERT L. REISINGER
Attorneys for Defendant,
TAMKIN FAMILY TRUST

273\17\017\Pleadings\Rule 26 Expert Disclosure.doc

7

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 10

# EXHIBIT "A"

EXHIBIT 1 - PAGE 11



Rimkus Consulting Group, Inc.
Eight Greenway Plaza, Suite 500
Houston, TX 77046
(800) 580-3228 Telephone
(713) 623-4357 Facsimile

June 11, 2018

**SENT VIA EMAIL**
Kristy.Roy@Allstate.com

Ms. Kristy Roy
**Allstate Insurance Company**
51 West Higgins Road, Suite T2B
South Barrington, IL 60010

Re:  Insured:          Hayward & Etta G. Tamkin
     Claim No:         4920040005
     Site Location:    1324-1330 Arrow Highway, LaVerne, CA
     RCG File No.      11007828
     **Subject:         Document and Contamination Source Analysis**

Dear Ms. Roy:

Per the client's request, Rimkus Consulting Group, Inc. (Rimkus) is providing our analysis and opinions concerning the source of contamination observed at the Tamkin Family Trust (Tamkin) property located in La Verne, California (the site). Chlorinated solvent (i.e. perchloroethylene) releases have impacted groundwater from operations associated with former tenants including Victor Rubber Stamp/Graphics (Victor Graphics) and Occidental Research Corporation (ORC).

The Tamkin Family Trust is identified by the California Regional Water Quality Control Board (RWQCB) as a responsible party for the groundwater contamination due to ownership of the properties located at 1324 and 1330 Arrow Highway in La Verne California (see **Attachment A-1**). The RWQCB has issued Cleanup and Abatement Order R4-2012-0136, that requires Tamkin to address the contamination by completing a remedial investigation and remediation, if necessary. Tamkin has been addressing this Order through their environmental consultant, CDM Smith.

Similarly, Glenn Springs Holdings, formerly Occidental Research Company, has also been identified as a responsible party by the RWQCB due to former ownership of the property located at 1855 Carrion Road (see **Attachment A-1**). ORC has been addressing site contamination through their consultant, Geosyntec Consultants, under a separate Cleanup and Abatement Order, R4-2012-0135.

In performing our analysis, Rimkus reviewed available information provided by the client, as cited in the **Basis of Report** and public documents concerning the site and

EXHIBIT 1 - PAGE 12

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 2

neighboring properties available online through the State Water Resources Control Board GeoTracker System.

## Conclusions

1. It is Rimkus' opinion that the northern plume is comingled, comprised of chlorinated solvent contamination from both the Tamkin property and ORC's Carrion Road facility.

2. It is Rimkus' opinion that contamination originating from the Tamkin property was a result of former operations conducted by Victor Graphics and ORC operating on the Tamkin property.

3. It is Rimkus' opinion that the contaminated solvent plume that exists on the southern portion of the ORC property is related solely to historic ORC operations at their Carrion Road facility.

4. The major impact associated with onsite contamination on the Tamkin property likely occurred between 1973 and 1983 and is a result of septic system drain field releases and /or the reported conveyance sewer connection to the former ORC facility.

5. The major impacts to offsite contamination observed at the former ORC property likely occurred during their operations period from 1964 to 1979 and were a result of: a) offsite contamination migration from the Tamkin property and b) onsite release(s).

### Site Background

*Tamkin Property*

The Tamkin Family Trust owns two parcels of land south of Arrow Highway that encompasses approximately 1.5 acres and is improved with two buildings. The property was purchased by the Tamkin family around 1973 when the existing buildings were constructed.

- The western building, located at 1320 Arrow Highway, is currently occupied by American Eagle Services. The 1320 Arrow Highway location has not been identified as a contributing source of contamination; therefore, the western building is not discussed further in this report.

- The eastern building is subdivided and has two separate addresses. The current tenant at 1324 Arrow Highway (1324 address) is occupied by Santana Cycles while the tenant occupying 1330 Arrow Highway (1330 address) is Medical Diagnostic Laboratory. Neither of the current tenants are identified as potential responsible parties in the Cleanup and Abatement Orders.

EXHIBIT 1 - PAGE 13

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 3

The property is serviced by an onsite sewer system containing a septic tank that discharges into several pits / wells directly into groundwater. The septic system is reported to support both the 1324 and 1330 addresses.

Victor Rubber Stamp Company/Victor Graphics leased the 1330 address in 1973 and operated a rubber stamp manufacturing facility. The 1324 address was leased by ORC in 1975 when the building was reportedly used for office space and as a pilot plant for ore sorting and aluminum glass separation.

It has also been reported that shortly after occupying the 1324 address, ORC installed a process water sewer line connecting the leased facility to the main ORC facility sewer located across the railroad right-of way. In addition, a subsurface drain network / trench system is present inside the building on the east side and runs north to south. It is currently uncertain where the former sewer connection is located and why this drain network was necessary to install. However, it is suspected that the drain network / trench was connected to the process water sewer line linked to the main ORC facility at 1855 Carrion Road.

The site operation history summary is presented below.

### 1324 Arrow Highway – Tamkin Property

| Operator | Approximate Occupation Date | Activity |
|---|---|---|
| Occidental Research | 1975-1980 | Pilot plant for ore sorting and aluminum / glass separation. |
| Casa Colina Career | 1985-1990 | Unknown |
| Santana Cycles | 1996-present | Manufacturing and assembly of bicycles |

### 1330 Arrow Highway – Tamkin Property

| Operator | Approximate Occupation Date | Activity |
|---|---|---|
| Victor Graphics | 1973-1993 | Manufacturing rubber stamp and printed graphic materials |
| NJ Croce Company | 1994-2013 | Warehouse and packaging of toys |
| Medical Diagnostic Laboratories | 2013-present | Medical and laboratory analysis |

EXHIBIT 1 - PAGE 14

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 4

*Former ORC Property*

This site is currently owned by the University of La Verne (The University) and includes one parcel encompassing approximately three acres. The site has five buildings, four of which are interconnected. Prior to 1964 when the property was first purchased by Garrett Research and Development Company (subsidiary of ORC), the site was used for farming. The facility was used by ORC as a chemical research and development plant for coal gasification, municipal waste incineration, fertilizer processing, mineral processing, and other activities.

Waste management practices changed over the years of operation. In the 1960's, laboratory wastes were discharged into a French drain system located in the southeast portion of the property allowing for percolation into the soil. Additionally, four septic tanks and seepage pits were installed between 1964 through 1969. The pits were permitted to be 30 to 50 feet deep which was well below the site groundwater table located around 15-20 feet.

In the early 1970's, the French drain system was temporarily replaced with an evaporation pond located in the site's southwest portion and large sumps located in the southeast portion. In 1971, liquid wastes were temporarily stored in a 60,000-gallon above ground tank. In August 1972, ORC connected to the municipal sewer system. It is reported that from 1972 through site closure in 1978, chemical wastes were stored in drums located in a paved area on the site's western portion.

The site operation history summary is presented below.

*1855 Carrion Road – Former ORC Property*

| Operator | Approximate Occupation Date | Activity |
|---|---|---|
| Garrett Research and Development | 1964-1966 | Various chemicals research and process development and subsidiary to Occidental Research Company. |
| Occidental Research | 1966-1979 | Continued operation as research plant |
| Robert F. and M.K. Lem and others | 1986 | Unknown |
| Five Star La Verne Development Group | 1986-1989 | Storage and cleaning recreational vehicles |
| Brown Family Trust and United Production | 1989-2000 | Storage, rental and setup of grandstands and vehicle maintenance |

EXHIBIT 1 - PAGE 15

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 5

| University of La Verne | 2000-present | Files and equipment storage. Plans to redevelop into athletic facilities with residential use. |
|---|---|---|

*Relevant Site Chronology*

Rimkus has developed a general site chronology of pertinent site events for the Tamkin and ORC properties, based on our analysis of the reviewed file materials. This information is summarized below:

| | |
|---|---|
| 1946-1958 | Historic site aerial photographs indicate that The City of La Verne operated a dump site at or just north of the Tamkin Property. This site is reported to have received trash and tree cuttings that were burned on site. |
| 1973 | Records indicate that Victor Rubber Stamp/Graphics moved operations from Monrovia, California to the 1330 address.<br><br>Sewer permits indicate that a clarifier/septic system with four seepage pits were installed on the southeast end of the Victor Graphics property. |
| Sept 1973 | A plant survey at the 1330 address is conducted by the Department of Health Services. Although the document is mostly illegible, no violations were noted. |
| Oct 1974 | An internal memo from the County Sanitation District indicate that the ORC facility located at 1855 Carrion Road was discharging industrial waste into the on-site sanitary sewer and that the sewer system was badly in need of maintenance. |
| June 1975 | ORC leases the 1324 address and begins operations.<br><br>It is reported by ORC representatives that a sewer line is constructed to convey liquid waste to the main facility across the street. It is uncertain where this sewer line was located. It is also reported by Victor personnel that the existing onsite sanitary sewer system was still being used by ORC and that the system would routinely backup. This results in ORC hiring a third party contractor ("Stinky") to customarily pump out the septic system. |
| Sept 1977 | An interior building PCE spill of less than one gallon is reported by Victor Rubber Stamp/Graphics at the 1330 address whom request a facility inspection to verify if an exposure may be present to employees. |
| Oct 1977 | A plant survey at the 1330 address is conducted by the Department of Health Services subsequent to the inspection request. Although the document is mostly illegible, no violations are noted. However, legible |

EXHIBIT 1 - PAGE 16

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 6

notes indicate that there are 12 employees, hazards included chlorinated solvents, and general cleanliness is "good".

1979
Decommissioning the entire ORC site is instituted. Approximately 4,000 drums of chemical waste and 42,000 gallons of diluted liquid waste were removed and disposed at local landfills. Additionally, a process waste water sump located at the 1324 address was reportedly cleaned and sealed. Details concerning the sump's location have not been provided.

May 1980
ORC's lease at the 1324 Arrow Highway location is terminated.

Aug 1982
The RWQCB issues a letter of site approval and file closure for the ORC site located at 1855 Carrion Road.

Mar 1983
City sewer records indicate that the Tamkin Property sewer system is expanded. An additional sewer application record indicates that three dry wells are installed at 1320 Arrow Highway in April 1982; however, the addition of these three dry wells would be more consistent with the system located at the 1324-1330 address.

Aug 1983
A waste manifest indicating that 60 gallons of a drummed hazardous substance (Flexosolvent) is removed and disposed from the Victor Graphics site by Omega Chemical. Subsequent manifests are discontinuous; however, records seem to indicate that waste pick-up occurs at minimum of once per year and waste volumes range between 20 and 60 gallons.

Feb 1984
The Hazardous Waste Program inspection records indicate that Flexosolvent (containing 80% PCE) is a waste product contained in 55-gallon drums that is removed from the site via Omega Chemical under manifests. Notes also indicate that the facility clarifier and tank system is not used (assuming for process waste) and the facility condition is "very good."

Nov 1989
As part of contaminated groundwater investigations in the area, the RWQCB reactivates the former ORC site file, requiring additional investigation of contaminated groundwater.

May 1990
The Department of Health Services issues a Notice of Violation for the Victor Rubber Stamp/Graphics facility indicating that current waste solvent manifests are not present on site. This violation is resolved shortly after issuance when manifests are provided.

Sept 1990
A report issued by Ike Yen Associates indicates that ORC purchased up to eight gallons of PCE and 290 gallons of TCE between 1972 and 1977.

EXHIBIT 1 - PAGE 17

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 7

However no purchase receipts, supplier invoices, or disposal records are provided.

1993        Victor Rubber Stamp/Graphics vacated the property at the 1330 address.

May 1997    A chemical storage and disposal inspection was conducted by the RWQCB at the former Victor Graphics facility.

Dec 1997    The RWQCB conducts a follow-up inspection at the former Victor Graphics facility and requests that a subsurface investigation be conducted based on current and past operational use of chemicals.

Jan 1998    RWQCB issues a letter to Ms. Jan Taylor of Victor Graphics requiring that a subsurface investigation be completed based on the results of their site inspection.

Oct 2000    The RWQCB requests a site assessment at the former Victor Graphics site.

Aug 2001    A subsurface investigation is conducted at the Victor Graphics site on behalf of Tamkin.  Four groundwater monitoring wells are installed onsite. Results of this investigation identified PCE contamination in groundwater in the site's southeast portion.   A quarterly groundwater monitoring program is recommended and instituted.

Jul 2002    Victor Rubber Stamp/Graphics was acquired by St. Paul Stamp Works, Inc. and merged with Inmark Marketing and Identification Products (Inmark).

Nov 2002    Groundwater sampling at the Victor Graphics site is discontinued after approximately one year (five sampling events) for undetermined reasons.

Nov 2008    Subsequent to a file audit, the RWQCB reopens the former ORC facility's file.

April 2010  ORC conducts a site investigation at their former facility at 1855 Carrion Road, which includes investigations at the former Victor Graphics site and the DPI Labs property at 1355 Arrow Highway.

April 2011  Order 13267 is issued to Mr. Curtis Tamkin and Inmark (Victor Rubber Stamp/Graphics) by the RWQCB requiring a site assessment and continued groundwater monitoring at the Victor Graphics site.

May 2011    Inmark files a petition for rescission to Order 13267 contending that they did not acquire any environmental liabilities when they acquired the assets of Victor Rubber Stamp/Graphics in 2002.

EXHIBIT 1 - PAGE 18

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 8

| | |
|---|---|
| July 2011 | CDM Smith conducts a Phase I ESA and limited subsurface investigation at the Victor Graphics site. |
| | During the ESA, a floor trench and drain network is observed at the 1324 Arrow Highway address. It is uncertain where this drain network leads. |
| Nov 2011 | The RWQCB rescinds Order 13267 for Inmark indicating that they are no longer considered a responsible party in the matter. |
| Oct 2012 | The RWQCB issues Cleanup and Abatement Orders R4-2012-0135 for the ORC site and R4-2012-0136 for the Victor Graphics site |
| Aug 2013 | CDM Smith begins groundwater monitoring at the Victor Graphics site. |
| Feb 2014 | CDM Smith conducts a Site Assessment installing several new monitoring wells at the Victor Graphics site. |
| Aug 2014 | CDM Smith submits a request to change groundwater monitoring frequency from quarterly to a semi-annual basis, based on evidence of plume stability.  CDM also proposes removing several wells within the sampling network with non-detect levels of contaminants for several years. |
| April 2016 | Geosyntec produces the Second Revised Remedial Action Plan report, outlining their remedial approach consisting of enhanced in-situ bioremediation (EISB) injections. |
| Sept. 2016 | CDM Smith produces the Revised Interim Remedial Action Plan report outlining their remedial approach, consisting of dual phase extraction (DPE) and EISB injections. |
| March 2017 | Geosyntec's Second Revised Remedial Action Plan report Plan is approved by the RWQCB. |
| | CDM Smith's Revised Interim Remedial Action Plan is approved by the RWQCB. |
| May 2017 | Geosyntec conducted soil removal from two areas of the site where it is reported that elevated metal were encountered.  Approximately 73 tons of soil and concrete were disposed offsite at a non-hazardous waste landfill. |
| Oct. 2017 | RWQCB approves ORC's request for an extension for implementation of the groundwater remedy. |
| Dec. 2017 | Two soil vapor extraction (SVE) wells and two soil vapor probes are installed at the Victor Graphics site. |

EXHIBIT 1 - PAGE 19

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 9

## Site Status

Work performed in 2018 by CDM Smith at the Tamkin property includes further design of the SVE system, issuance of the waste discharge permit for onsite chemical injection, and a ground penetrating radar survey. Due to power connection issues associated with the SVE system, CDM Smith requested an extension for SVE installation and start-up. This extension was granted by the RWQCB in March 2018.

The University is the current owner of the former ORC site. The University asserts that it has not been able to develop the property for the desired uses as a result of contamination originating from the former ORC and Victor Graphics sites. Although commercially zoned, The University has expressed that the property be remediated to residential land use

In addition to the University's claim, ORC / Glenn Springs has maintained that the northern groundwater plume is the sole result of Victor Graphics former operations

## Discussion / Analysis

Review of the operational facility history at the former Victor Graphics and ORC properties indicates that chlorinated solvents including PCE and trichloroethylene (TCE) were used by ORC and Victor Graphics during their respective site occupation. Investigations have revealed that contamination from the former Victor Graphics and ORC sites is a commingled plume extending from the southeast portion of the Tamkin property to the northeast of the former ORC property. For simplicity purposes, Rimkus identifies the two plumes as the northern and southern plumes (see **Attachment A-2**). As a result, the plumes from both properties combine into a single commingled plume downgradient of the source areas

Chlorinated solvents have a low solubility and higher density than water. In high concentrations they migrate downward through the soil and water column until they encounter a lower permeability layer (i.e. silt, clay or bedrock). Depending upon the contaminant phase (dense non-aqueous phase liquid or dissolved), contaminants will migrate following the hydraulic gradient or horizontally along the lower permeability layer.

The groundwater and boundary of the lower permeability layer in the southeast portion of the Victor Graphics site indicates that there is a significant dip towards the east into a bedrock depression which is oriented north to south towards the former ORC site.

*Conclusion 1*

*It is Rimkus' opinion that the northern plume is a comingled plume containing chlorinated solvent contamination from the Tamkin property and ORC's Carrion Road facility.*

EXHIBIT 1 - PAGE 20

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 10

Tamkin Property

Groundwater beneath the Tamkin property is impacted by PCE and associated chlorinated daughter products (mainly TCE). The highest PCE concentrations in groundwater are encountered along the southeastern site boundary.

In 1977, an upset occurred within the building where it was reported that ¾ of a gallon of PCE was released. Due to employee exposure concerns, Victor requested a facility inspection be conducted by the Department of Health Services. It is uncertain how cleanup of this PCE release was addressed; however, no violations were cited during the Department of Health Services inspection. This reported PCE release event is the only known PCE release at the property.

Available documents concerning the Victor Graphics site indicate that approximately 20 to 60 gallons of PCE was disposed offsite on a yearly basis dating back to around 1983. Interviews conducted with Victor personal indicate that all solvents used at the facility were reclaimed and disposed offsite. Facility inspections during Victor Graphics occupancy indicate that they had general good house-keeping practices.

Former ORC Property

Groundwater beneath the former ORC property is impacted by PCE and associated chlorinated daughter products. The highest concentrations of PCE in groundwater are encountered along the northeast site boundary just south of the Tamkin property. A second area of elevated PCE groundwater levels is located along the southern property boundary.

As stated previously, chlorinated solvents were used at the ORC facility throughout their site ownership. City inspection records from 1974 indicate that the ORC facility was discharging process chemicals from their operations into the sanitary sewer at this time and that maintenance was necessary on the sewer system.

During facility decommissioning in 1979, all chemical drums stored on the west side of the property were disposed (reportedly under manifest) to various local landfills. It has been reported that various quantities of PCE and TCE were used at the facility between 1972 and 1977. However, there is no indication within the reviewed file materials whether any chemical drums disposed offsite during decommissioning contained chlorinated solvents. Additionally, there are no records of PCE and TCE usage and disposal practices at the facility prior to 1972. Lastly, it should be noted that several facility inspections have indicated that general house-keeping practices were typically insufficient.

EXHIBIT 1 - PAGE 21

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 11

*Conclusion 2*

*It is Rimkus' opinion that groundwater contamination originating from the Tamkin property was a result of former operations conducted by Victor Graphics and ORC operating on the Tamkin property.*

Review of the operational history at the Tamkin and former ORC properties indicates that chlorinated solvents including PCE and TCE were used by both ORC and Victor Graphics during their respective site operations. In addition to the chlorinated solvent usage by Victor Graphics discussed above, ORC reportedly operated a pilot plant at the 1324 address between 1975 and 1979. During this timeframe, chlorinated solvents were reportedly used by ORC at their Carrion Road facility.

Interviews with ORC personnel have indicated that ORC purchased eight gallons of PCE and 290 gallons of TCE between 1972 and 1977. According to Mr. Ike Yen, a former employee of the ORC facility, the pilot plants (as was operated at the 1324 address) handled larger quantities of chemicals than the laboratories. It was also stated by Mr. Yen that chlorinated solvents were used in the coal conversion process and possibly to clean out the septic tank and lines. No records exist concerning the use and disposal of PCE and TCE used by ORC during this timeframe.

*Conclusion 3*

*It is Rimkus' opinion that the contaminated solvent plume that exists on the southern portion of the ORC property is solely the result of historic ORC operations at their Carrion Road facility.*

Analytical data and plume isopleth figures indicates the terminal point of the northern plume is approximately the southeast corner of the Building A in the vicinity of sample point / well D-19R. From this point downgradient, the plume migrates south and west where the northern plume comingles with the southern plume and new potential chlorinated solvent sources emanating from the former ORC facility are encountered.

*Conclusion 4*

*A major impact associated with onsite contamination on the Tamkin property likely occurred between 1973 and 1983 and is a result of septic system drain field releases and / or the reported conveyance sewer connection to the former ORC facility.*

Based on available documents it is uncertain if Victor Graphics discharged PCE into the sanitary sewer system or if solvents were recycled and taken offsite prior to 1983. However, pretreatment of sewage waste was completed in a clarifier/septic tank, where heavier contaminants like chlorinated solvents would tend to settle at the bottom of the tank, whereas, dissolved phase contaminants would likely be discharged to the seepage pit network. It has been reported that the clarifier septic tank system was routinely pumped of its contents. It should be noted that the onsite sewer system was

EXHIBIT 1 - PAGE 22

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828                                                   Page 12

reportedly shared by both Victor Graphics and ORC during their occupation of the Tamkin property.

Based on available monitoring well data and historic facility plans, the source of the contamination appears to be emanating from the general area of the eastern seepage pits that were installed in 1973.  It should be noted that no significant levels of soil contamination has been identified in onsite soils in this area, which is expected, since these pits were dry wells installed to the static groundwater level.  Therefore, any potential releases through the septic system would have been directly discharged into the groundwater.

Given the construction of the seepage pits, there is also likely residual contamination in the soil at the water table interface (aka capillary fringe or smear zone).  The seasonal fluctuation of the water table likely transported chlorinated solvents from the water table upward into the capillary fringe and contamination likely adsorbed onto the soil matrix.  This residual contamination is the suspected source of elevated soil gas readings in the area of the seepage pits.

The first provided chemical disposal manifest provided by Victor Graphics dates back to August 1983.  Therefore, it is likely that any potential for contamination through the septic system by Victor Graphics would have occurred prior to this timeframe and may have consisted of dissolved phase PCE.  It should be noted that the western seepage pits appear to have been installed around 1984 and that soil vapor readings from this general area have been negligible.  Due to the location of the groundwater plume in the southeast portion of the site, contamination would be consistent with a release(s) that occurred between 1973 and 1983.

It has been reported that the septic system was also used by ORC during their operation on the Tamkin property.  However, it was reported that the process waste water was diverted to the conveyance sewer line installed shortly after their occupation.  Therefore, disposal of process waste into the septic system may have been discontinued at this point in time.

A second potential source for the observed onsite contamination could emanate from the sewer conveyance line installed by ORC around 1975.  At this time, details concerning the depth and location of this sewer line are unknown, as permit records concerning the line have not been provided.  It should be noted that a recent ground penetrating radar survey conducted by CDM Smith on the Tamkin property has shown several subsurface anomalies leading from the general area of the 1324 address and within the railroad right-of-way between the Tamkin and former ORC properties (see **Attachment A-3**).

Additionally, according to the CDM Smith Environmental Site Assessment dated May 2011, a subsurface drain network within the building was observed during their site inspection of the 1324 address which was occupied by ORC from 1975 to

EXHIBIT 1 - PAGE 23

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828
Page 13

approximately 1980. Details concerning this drain network and whether it is or was connected to the conveyance sewer versus the onsite septic system should be further investigated to determine if it is a potential source or route of the observed contamination onsite. It should also be noted that no subsurface samples have been collected from within the 1324 building to verify if contamination exists beneath the structure's footprint.

Lastly chlorinated solvent soil contamination was identified during installation of monitoring well 7 (MW-7) between 5 to 10 feet below ground surface (bgs). Encountered PCE levels were determined to be 1,300 micrograms per kilogram (ug/kg) at 5 feet and 2,600 ug/kg at 10 feet bgs; after which, levels tapered off. Soil contamination at this level is not consistent with a release from the septic system, since the septic pits are not in this general area and were installed below groundwater levels, typically encountered around 30 feet. Contamination observed at this depth would be more consistent with a leaking buried utility rather than the existing onsite sewer system.

Therefore, any potential releases of chlorinated solvents through the reported sewer conveyance connection or septic system emanating from the 1324 address would have likely occurred during ORC's occupation of the property from 1975 to around 1980.

*Conclusion 5*

*The major impacts to offsite contamination observed at the former ORC property likely occurred during their operations period from 1964 to 1979 and were a result of: a) offsite contamination migration from the Tamkin property and b) onsite release(s).*

As discussed above, the contamination from the northern plume appears to originate from onsite releases from the north side of the property and offsite contamination originating from the Tamkin property. Available monitoring well data and historic facility plans indicate that there are several potential sources where chlorinated solvent releases could have occurred in the northern portion of the site. Based on past facility practices, 20 Areas of Interest (AOI) were identified (see **Attachment A-4**). Contamination observed in the northeast portion of the site appears to relate to: a) offsite contamination from the Tamkin property, b) onsite sources like the seepage pit located to the northeast of former Building A (AOI 2), and/or c) sanitary sewer releases along the eastern property boundary.

Potential sources of contamination for the southern plume include a) seepage pits located to the south of Building B and C (AOI 4 and AOI 5), b) the French drain network, and c) the wash and drain tanks located on the south side of the site. The contamination in this general area is situated in the former location of the French drain network and the wash and drain tanks.

EXHIBIT 1 - PAGE 24

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 14

It is expected that onsite releases in this the seepage pits would have occurred during ORC's entire operational period between 1964 and 1979, while releases in the area of the French drain network and wash and drain tanks would have occurred between 1964 and 1972, prior to connection to the municipal sewer line.

## Statement of Professional Experience

Mr. Purcell is currently the National Environmental Division Manager with Rimkus Consulting Group, Inc. He has been employed as an environmental professional at Rimkus for 22 years. A summary of his credentials and experience relevant to topics discussed in this report include:

    a. Registered Professional Engineer in Texas (License No. 87025) in the Environmental Engineering discipline since 2000.

    b. Leaking Petroleum Storage Tank Project Manager in Texas (PM0000499) since 2011.

    c. Bachelor's degree in Environmental Resource Engineering from the State University of New York Environmental Science and Forestry at Syracuse University.

    d. Attended various continuing education classes related to the source, timing, and characterization of subsurface releases including but not limited to:

        i. Environmental Forensics: Methods, Applications – National Groundwater Association.

        ii. Forensic Age: Dating on Petroleum Releases – Legal and Technical Considerations.

    e. Provided written expert opinions related to the source, timing, and characterization of subsurface releases on hundreds of cases.

    f. Provided deposition testimonies related to the source, timing, and characterization of subsurface releases.

    g. Provided trial testimony related to the source, timing, and characterization of subsurface releases.

    h. Provided informational seminars to clients related to the source, timing, and characterization of subsurface releases.

In forming his conclusions, Mr. Purcell relied upon generally accepted principles of engineering, his training, education, and detailed review of the documents and information identified in the **Basis of Report** below. I am being compensated for my time at the rate of $210 per hour.

EXHIBIT 1 - PAGE 25

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 15

**Basis of Report**

In preparing our analysis, the following items were completed:

- Reviewed all documentation supplied by the client. Pertinent documents reviewed, included the following:

  - CD documents with Bates Stamp ranges RWQCB1-RQQCB8394 concerning site information including reports and correspondence for several facilities and involved parties associated with the subject contamination/release(s).

  - CD documents contained and labeled as Tamkin CD#2 including an index to environmental documents and invoices.

- Conducted an online review of RWQCB site documents not included in provided CD's using the Geo Tracker System for the former United Production Service (ORC) facility, former Victor Graphics facility.

- Reviewed the current Google Earth maps of the facility and surrounding area.

This report was prepared for the exclusive use of Allstate Insurance Company, and was not intended for any other purpose. Our report was based on the information available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted. This report was reviewed by Douglas Beal, Eastern Region Environmental Manager.

We thank you for allowing us to provide this service to you.

RIMKUS CONSULTING GROUP, INC.

Kieran J. Purcell
*National Environmental Division Manager*

*Attachment A – Site Location / Plans*
*Attachment B - CV*

*THE ORIGINAL OF THIS REPORT, SIGNED AND SEALED BY THE PROFESSIONALS WHOSE NAMES APPEAR ON THIS PAGE, IS RETAINED IN THE FILES OF RIMKUS CONSULTING GROUP, INC*

EXHIBIT 1 - PAGE 26

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 16

# Attachment A-1
## CDM Smith Surrounding Business Site Plan



Tamkin
Phase 1
Arrow Highway, La Verne, CA
Surrounding Businesses Map
Figure 2

EXHIBIT 1 - PAGE 27

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 17

# Attachment A-2
## Geosyntec Plume Map



EXHIBIT 1 - PAGE 28

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 18

# Attachment A-3
## CDM Smith GPR Survey



EXHIBIT 1 - PAGE 29

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 19

## Attachment A-4
## Former ORC and Victor Graphics
## Areas of Interest



EXHIBIT 1 - PAGE 30

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 20

# Attachment B
## CV

EXHIBIT 1 - PAGE 31

SETTLEMENT COMMUNICATION
PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT WORK PRODUCT

June 11, 2018
RCG File No. 11007828

Page 21

# KIERAN J. PURCELL, P.E., LEED® AP
## NATIONAL ENVIRONMENTAL DIVISION MANAGER

Mr. Purcell is an environmental engineer with extensive experience of the environmental industry. Upon graduating, Mr. Purcell went to work as an engineering assistant and was involved in the remediation of marine oil spills.   While with Rimkus, Mr. Purcell has evaluated hundreds of contaminated properties including manufactured gas plants, refineries, superfund sites, and commercial/industrial spill sites (i.e. service station, pipeline releases, rail yards, dry cleaners, landfills, etc.).   He has conducted sampling investigations and laboratory testing, delineated the extent of affected media, specified and designed remedial systems, and evaluated the feasibility of performing alternative remedial strategies including long-term economic evaluations.  He has also provided consulting services to determine cause and origin of property contamination, to identify potentially responsible parties (PRP's), to determine pollutant timing (soil and groundwater), and to evaluate Natural Resource Damages (NRD).

In addition to Mr. Purcell's technical experience, he is knowledgeable in Federal and State regulations, and is proficient with various software packages including spreadsheets and databases, groundwater plume modeling, and Computer Aided Drawing (CAD) programs.   More recently, Mr. Purcell has been involved in general project management for environmental releases and determining the causation and cleanup methodology for various releases.

## EDUCATION AND PROFESSIONAL ASSOCIATIONS

B.S. – Environmental Engineering – SUNY College @ Syracuse University, 1994
Licensed Professional Engineer – Texas # 87025
Leadership in Energy and Environmental Design Accredited Professional (LEED® AP) USGBC
NCEES Council Record for multiple jurisdiction licensure # 24583
OSHA Hazardous Waste Operations and Emergency Response (Hazwoper) Certified
LPST Project Manager – License # PM0000499

Recent Professional Courses:
2003    ASTM Environmental/Property Site Assessments for Commercial Real Estate
2006    Environmental Forensics: Methods and Applications – National Groundwater Association
2007    Contaminated Property Transactions and Vapor Intrusion – RTM Communications, Inc.
2008    Complying with Texas Pollution Prevention – P2
2010    TCEQ Petroleum Storage Tank Seminar Workshop

Member:          Texas Society of Professional Engineers
                 National Society of Professional Engineers
                 National Association of Environmental Professionals
                 National Ground Water Association

## EMPLOYMENT HISTORY

1995 - Present     Rimkus Consulting Group, Inc.
1994 - 1995        PCCI Marine & Environmental Engineering

EXHIBIT 1 - PAGE 32

**RIMKUS CONSULTING GROUP, INC.**
**TESTIMONY REPORT**
COMPANY CONFIDENTIAL

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| **RCG CONSULTANT:** | | **PURCELL, KIERAN J.** | | | | | | | |
| 11007828 | 04/19/2016 | Depo | D | FROST BROWN TODD STEPHEN CHAPPELEAR | LEWIS BRISBOIS RYAN RUBIN | 3:15 CV 00094-WHR UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO WESTERN DIVISION AT DAYTON | THE HARTLEY COMPANY VERSUS JF ACQUISITIONS LLC D/B/A JONES AND FRANK ET AL | OH | USA |
| 53601068 | 04/12/2016 | Depo | D | FROST BROWN TODD STEPHEN CHAPPALEAR | LEWIS BRISBOIS RYAN RUBIN | CV 00094-WHR MIAMI COUNTY OHIO | PLAINTIFF V JF ACQUISITIONS LLC D/B/A JONES & FRANK | OH | USA |
| 00173118 | 09/18/2012 | Depo | D | BEAUGUREAU, HANCOCK, STOLL, & SHWARTZ ANTHONY HANCOCK | GARBROY ROLLMAN & BOSSE RICHARD ROLLMAN | C20113511 STATE OF ARIZONA, COUNTY OF PIMA | UNION PACIFIC RAILROAD COMPANY VS CITY OF TUCSON | AZ | USA |
| 00173118 | 09/18/2012 | Depo | D | BEAUGUREAU, HANCOCK, STOLL, & SCHWARTZ, P.C. | GARBROY ROLLMAN & BOSSE | C20113991 STATE OF ARIZONA PIMA COUNTY | UNION PACIFIC RAILROAD COMPANY VS.CITY OF TUCSON | AZ | USA |
| 0064473 | 12/13/2007 | Trial | D | HENSLEE SCHWARTZ, LLP BRETT WALTON STRUMPF, CRADDOCK, MASSEY, & FARRIMOND MARC WEIGAND DANIEL WHITWORTH | CHAMBERLIN MCHANEY RICHARD ELLIS | 302723 COUNTY COURT AT LAW NO. 3; BEXAR COUNTY, TEXAS | MEDA; INC. D/B/A AUGER V. FLYING J. INC. | TX | USA |
| 0064473 | 05/21/2007 | Depo | P | STRUMPF CRADDOCK MASSEY & FARRIMOND DANIEL WHITWORTH | CHAMBERLIN, MCHANEY RICHARD ELLIS | 302723 COUNTY COURT AT LAW NUMBER 3, BEXAR TEXAS | MEDA INC., D/B/A AAA AUGER, VS FLYING J. INC. | TX | USA |
| 0062322 | 04/18/2005 | Depo | D | DANIEL ROSS AND ASSOCIATES, P.C. JOHN F. MELTON | JOHNSON, FERGUSON, PIPKIN & PHILLIPS DAVID FUNDERBURK | GN201891 345TH JUDICAL | THOMAS J ARCHER, III AND REVECCA S. ARCHER, V BLACKMON MOORING STEAMATIC OF AUSTIN | TX | USA |

EXHIBIT 1 - PAGE 33

| File No. | Date Test | Depo Trial | P/D/S | Plaintiff Law Firm/Attorney 2nd Plaintiff Law Firm/Attorney | Defendant Law Firm/Attorney 2nd Defendant Law Firm/Attorney | Cause No. & Court | Style | State | Country |
|---|---|---|---|---|---|---|---|---|---|
| 0062189 | 11/11/2003 | Depo | D | ROBERT R. SWAFFORD LAWYER ROSE1 SWAFFORD | DRUCKER RUTLUDGE WAND & SMITH RICHARD JUDGE, JR. | GN 103344 126TH JDC | CHRIS & HEATHER DULIBAN V AMERICAN HOME SHIELD OF TEXAS/AMERICAN HOME SHIELD/W PLUMBING/ABA PLUMBING/AMERICAN RESIDENTIAL SERVICES/RMKUS/BLACKMON-MOORING STEAMATIC/STATE FARM LLOYDS/JOE SANDOVAL/LINO COMACHO | TX | |
| 0063345 | 04/08/2002 | Depo | D | CRAMPTON & ASSOCIATES MARK CRAMPTON / CHRIS BAPSTEAD / CLINT HARBOUR | BALL & WEED GREG SCRIVENER | G-N202002 345TH JDC | LISA MALMIN V LEOPOLD DANZEN, ROSS/TRAVIS PARK APARTMENTS | TX | |

EXHIBIT 1 - PAGE 34

**Allstate Insurance**
Property Assignment Instructions
Schedule 3, Engineering, Effective June 1, 2017 (3 Year Term)

Rimkus consulting experts will expedite all assignments in accordance with Rimkus normal procedures and the Assignment Instructions outlined below.

**Rimkus Management Team:**
- Account Manager, Donald C. Bopp, Jr.
- Technical Manager, James "Wes" Jordan
- Information Security Manager, Justin M. Redenius

**\*\* Professional Fees and Expenses apply to all Allstate Subsidiaries & Affiliates – See Attachment A \*\***

**Professional Fees Schedule (Investigative)**
| | |
|---|---|
| Officer, Director, Special Consultant | $ 215 per hour |
| Division Manager, District Manager, Principal Consultant | $ 210 per hour |
| Branch Manager, Senior Consultant | $ 200 per hour |
| Consultant, Associate Consultant | $ 180 per hour |
| Technician, Graphic Artist, Project Assistant | $ 150 per hour |
| Administrative Assistant | $  98 per hour |

Do not bill for travel time.  Can bill for mileage and tolls.

**Professional Fees Schedule (Deposition and Trial)**
| | |
|---|---|
| Officer, Director, Special Consultant | $ 305 per hour |
| Division Manager, District Manager, Principal Consultant | $ 290 per hour |
| Branch Manager, Senior Consultant | $ 265 per hour |
| Consultant, Associate Consultant | $ 225 per hour |
| Technician, Graphic Artist, Project Assistant | $ 210 per hour |
| Administrative Assistant | $ 140 per hour |

**Do not bill for travel time.  Can bill for mileage and tolls.**

**Fixed Rate Expenses**
| | |
|---|---|
| Personal Vehicles Used On the Assignment | $IRS Rates |
| Storage | |
|    o   All items – All sizes | $200/Quarter |
| (Larger Than 500 Cubic Foot Volume or More Than 1,000 Pounds) | |
| Disposal of Items – 20 lbs. or less | $40.00\*\* |
| Disposal of Items – 20 lbs. and up to 100 lbs. | $80.00\*\* |
| Disposal of Items – Greater than 100 lbs. | Costs + 15% |
| Inactive File Storage and Security | $25.00/Year |
| Photographs: Developed From Film or Digital | $0.50/Print |
| Photographs: Developed From Negatives | $1.00/Print |
| CD's of Assignment Photographs | $25.00/CD |
| Photocopies: Black & White | $0.25/Print |
| Photocopies: Color | $1.50/Print |
| ThermaCAM S60 & P20 (Infrared Camera) | $150.00/Day |
| ThermaCAM ES, Fluke TIR32, Fluke TIR1 | $75.00Day |
| Night Time Camera Equipment | $150.00/File |
| Laser Scanner (Laser Measuring Device) | $750.00/File |
| English XL (Coefficient of Friction Machine) | $200.00/File |
| BOT 3000 (Floor Coefficient of Friction Machine) | $200.00/File |

EXHIBIT 1 - PAGE 35

**Allstate Insurance**
**Property Assignment Instructions**
**Schedule 3, Engineering, Effective June 1, 2017 (3 Year Term)**

| | | |
|---|---|---|
| – | Brungraber MK 1 (Bathing Surface Coefficient of Friction) | $400.00/File |
| – | Alldata (Vehicle Manuals) | $25.00/File |
| – | Autostats (Vehicle Specification Data) | $15.00/File |
| – | HVE-2D (Vehicle Accident Modeling Device) | $35.00//File |
| – | HVE-3D (Vehicle Accident Modeling Device) | $80.00//File |
| – | Motor Collision (Vehicle Bodywork Specification Data) | $15.00/File |
| – | Passenger Download  (Vehicle Crash/Event Data Recorder) | $240.00/Vehicle |
| – | Diesel Engine Download (Vehicle Crash/Event Data Recorder) | $365.00/Vehicle |
| – | VC 2000/3000/4000 (Vehicle Braking/Deceleration Device) | $130.00/File |
| – | Nikon Total Station (Survey Mapping Device) | $275.00/Mapping |
| – | Vehicle Tire Scales | $400.00/Vehicle |
| – | X-Rays (Portable) - First X-Ray | $100.00/X-Ray |
| – | X-Rays (Portable); Two or More X-Rays | $75.00X-Ray |
| – | Various Specialized Software Applications As Required | Quoted Rates |
| – | (Rates Provided On Assignments Requiring Their Use) | |

**Service Requirements**
- Licensed Professional Engineers signing the report must have inspected property.
- If contacted by the insured, the engineer should courteously direct the insured to the adjuster to answer all questions.
- Rimkus will inspect property within 7 days of receiving the assignment.
- Rimkus will consider ALLSTATE ENGINEERING PROTOCOLS (**Attachment 1-A**) during property inspections.
- Rimkus will complete and forward reports to Allstate within 14 days from inspection

EXHIBIT 1 - PAGE 36

**Allstate Insurance**
**Property Assignment Instructions**
**Schedule 3, Engineering, Effective June 1, 2017 (3 Year Term)**

Contract Number: RIM_PSA_092305_2, Sch. 003

**Attachment 1-A**

**ALLSTATE ENGINEERING PROTOCOL**
**ALLSTATE ENGINEERING CONSIDERATIONS FOR PERSONAL LINES PROPERTY CLAIMS**

In performing engineering services, consider the following elements to the extent deemed appropriate based on the specific circumstances presented during an inspection. This list is not intended to be exhaustive and any other factors that the engineer deems appropriate to consider should also be included when performing evaluations and preparing reports. Note: Engineers are required to make an individual assessment for each significant detached structure on the property, such as detached garages.

**Visual Inspection**

Reminder: The engineer who is signing and sealing or stamping the report must conduct an onsite inspection, before certifying the report, and supervise all work.

Where appropriate and relevant to your determinations:

o  Describe site and the structure(s), including the age of the structure(s) and relative orientation of any structures on the site (as observed on date of evaluation).

   ▪  In the event that only a slab or foundation remains, the local building department, the customer or the home builder are sources of the type of structures, construction and materials used in the construction of the structures. Such items may include blueprints, photographs, tax records, closing documents, date/period of construction, building permits, adjacent similar construction and prior home inspection records. Where no structure remains, street level Google maps www.map.google.com, may provide pre-loss photographs.

   Describe topography, impact of event on vegetation (condition of trees, bushes and note height of obvious damage; description of rivers, streams, drainage ditches near property, elevation variations including hills, valleys, soil berms, and other property conditions). Estimate the length in key directions of open terrain surrounding the property, for wind exposure purposes. Estimate the wave fetch length in key directions, if applicable. Using a compass (or compass direction from GPS) and based on visual observations, such as the direction of downed trees, direction of displaced structures, etc. the compass direction of the effects should be noted.

o  Describe condition of the surrounding structures, and attached or neighboring structures, including decks, carports, lanais, picnic tables, swing sets and neighboring structures/buildings.

o  Describe/outline debris field, erosion and/or damage to land. Include in the description the amount and type of storm debris and any observed scouring (including a description of the soil involved, e.g. sand, clay, rock).

o  Description of the structure including any existing tagging by search teams or governmental agencies noting whether the structure is condemned or should be demolished (one story, residential, office, etc.). Also, determine to the extent possible whether/what damage was done by search or emergency teams if they needed to penetrate the structure.

o  Describe any preexisting conditions.

o  Take overall and close-up photographs inside and outside of structures, including but not limited to photographs of the structure as a whole, the roof, any openings in the structure caused by damage, any structural issues, foundation damage, any points of separation, gaps or cracks, wind and flood-

8

EXHIBIT 1 - PAGE 37

**Allstate Insurance**
**Property Assignment Instructions**
**Schedule 3, Engineering, Effective June 1, 2017 (3 Year Term)**

Contract Number: RIM_PSA_092305_2, Sch. 003

related water marks, scrub marks or stains on the exterior and on the interior of structures, water marks on nearby trees, fence posts or other structures, remains of connectors or tie-downs, downed or damaged trees and evidence of erosion. Also take photographs of surrounding property and any damaged vegetation if helpful. Take overall photographs of undamaged items or portions of structure.  Maintain contemporaneous photo log clearly describing photo location, direction of photo, subject, date and time, etc. Where appropriate, photograph the debris line. All photographs taken should be uploaded with your report, even if they are not referenced in the report itself.

o  Provide illustrations of property layout, to the extent possible.

o  Describe roofing system including its architecture, covering, decking, and framing, including fasteners and spacing for each; and inspect attic. Identify specifically how roof is affixed to the load-bearing walls of the structure (e.g., strapping, clips) and observe whether it has been affixed properly. For a truss roof, identify type of trussing (scissor, ladder) and truss spacing. Describe any points of separation, gaps, cracks, etc. Identify specific means of attachment, including the specified kind (nail, staple, and screw) as well as size, number, pattern, age and other relevant observations. Record height and pitch of roof.

o  Take photographs of any labels on windows, garage doors and soffits.  For windows, garage doors and window protection, note the type, operational details (e.g., electric opener, etc.), material and rating.

o  Describe walls and roof gable end walls, including type of structural sheathing, and fasteners, roof decking, manufactured walls, nonstructural finishes, wall framing including fasteners, create diagrams, if necessary.

o  Describe floor system, including type of structural sheathing and fasteners, plywood, manufactured walls, nonstructural finishes, wall framing including fasteners, create diagrams, if necessary.

o  Determine and describe foundation including the type, condition of the foundation and foundation elevation details. Determine and describe foundation connections.

o  Describe any bracing systems, including any for garage door, roof, wall, floor or foundation.

o  Describe connected structures, such as decks, attached garages, or roof overhangs.

o  Describe broken or missing windows and doors and location in/on structure.

o  Describe shuttering, installation and fastening or other window protection.

o  Describe wear marks on striker plates on doors.  Also indicate if doors swings inward or outward.

o  Measure erosion marks and high water marks (both inside and outside) and to the extent possible obtain the elevations; where possible distinguish high water mark from other observations that indicate wave action effects (for example, an interior space that acts like a stilling well); describe ceiling stains; assess damage to property to gauge level of water inside and outside the structure. Describe in detail the size and locations of openings to the inside of the house (e.g. broken windows, damaged doors, openings in roofs, etc.).

o  Note obvious building code violations that might have contributed to the damage.

o  Note any conditions based on observation of damage caused by the event that might make the structure or portion thereof unsafe for occupancy in the absence of taking additional precautions (promptly notify the adjustor of this observation).

9

EXHIBIT 1 - PAGE 38

**Allstate Insurance**
Property Assignment Instructions
Schedule 3, Engineering, Effective June 1, 2017 (3 Year Term)

Contract Number: RIM_PSA_092305_2, Sch. 003

**Document/Data Review and Interviews**

o   Determine ground and floor elevations and distance from body of water as accurately as possible using flood map certification and USGS quadrangle maps, and any existing public records. Also refer to storm data provided or from another reputable source and document the pertinent data for the location, including where possible, amount of rainfall, tidal heights, storm surge and wave heights. Obtain latitude and longitude to three decimal places for property's location (six decimal places if a GPS unit is available).

o   Refer to the wind data provided (sustained and peak gust), or available from another reputable source. Document the wind speeds for the location.

o   Research the National Weather Service (NOAA), or other reputable resources and agencies to determine the specific data relative to the storm. Data to consider include: Highest Wind Speed and Direction, Barometric Pressure, Amount of Rainfall, Amount of Snowfall, Tidal Heights, Storm Surge, Local Wind Setup, and, Wave Heights.

o   Review aerial photographs of the structure and surrounding area, both pre- and post-event.

o   Include any property owner/other observer discussion(s). When possible, take their recorded or signed statements. Be certain to identify where each witness was at the time of the storm, the amounts or descriptions of damage each witness saw, and the time of day that each saw it.

o   Include reference to all materials used in making your evaluation, including discussion with other engineers, sources of storm-related data, etc. Document your work. If assumptions were made in reaching your conclusions, please describe those assumptions.

o   If multiple perils caused some or all of the damages involved, distinguish which damages were caused by each involved peril.

**Report Filing**

o   For all assignments, mail two signed and sealed or stamped copies of reports to the assignor's address.

10

EXHIBIT 1 - PAGE 39

**Allstate Insurance**
Property Assignment Instructions
Schedule 3, Engineering, Effective June 1, 2017 (3 Year Term)

### ATTACHMENT A

Allstate County Mutual Insurance Company
Allstate Fire and Casualty Insurance Company
Allstate Indemnity Company
Allstate Insurance Company
Allstate New Jersey Insurance Company
Allstate New Jersey Property and Casualty Insurance Company
Allstate Property and Casualty Insurance Company
Allstate Texas Lloyd's
Castle Key Indemnity Company
Castle Key Insurance Company
Encompass
Esurance

EXHIBIT 1 - PAGE 40

EXHIBIT "B"

EXHIBIT 1 - PAGE 41

# ENVIRON

February 15, 2008

*Via FedEx & E-mail in PDF*

Donald C. Nanney, Esq.
Gilchrist & Rutter Professional Corp.
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401

Re:    **Evaluation of On-site and Off-site Environmental Issues**
       **20-Acre Property, La Verne, California**

Dear Mr. Nanney:

As requested by Gilchrist & Rutter Professional Corporation (Gilchrist) on behalf of the
University of La Verne (ULV), ENVIRON has prepared this letter to summarize the results of our
evaluation regarding the on-site and off-site soil gas, soil and ground water issues associated with
approximately 20 acres of land located in La Verne, California, that currently is owned by ULV.

A portion of that land was formerly owned and occupied by Occidental Research Corporation
(ORC) and is impacted by soil and groundwater contamination from historical operations. The
Regional Water Quality Control Board – Los Angeles Region (RWQCB) has given a "no further
requirements" letter, dated October 6, 2000, in favor of several former owners and operators, but
specifically not in favor of Occidental Petroleum Corporation (OPC), which is the parent entity
for ORC, due to their responsible party status for the contamination at the property. However, the
conditions have not been remediated by the responsible party. Instead, over a period of years,
OPC has denied ORC's on-site sources for the contamination and has suggested that off-site
sources to the north are responsible. The environmental conditions at the property are frustrating
ULV's plans to redevelop it.

This report letter sets forth the results of our evaluation of the environmental reports provided to
us by the RWQCB and ULV regarding the property as well as the nearby sites that OPC has
suggested may be responsible. Our review and evaluation leads us to the conclusion that the
source of the contamination impacting the property, or the bulk of that contamination, most likely
originated on the site itself from ORC's operations, and that minimal, if any, contribution
originated from any off-site sources.

We will start with a summary identifying the subject property. We will then proceed to review
the existing environmental data, to evaluate the potential sources of contamination and to set forth
our findings and conclusions.

**The Property**

In December 2000, ULV acquired ownership of two parcels of land totaling approximately 20
acres in the City of La Verne, California. The land is comprised of the following:

- An approximately 16-acre parcel of vacant land (APN 8378-010-041), which is for
  convenience referred to in this letter as the **"Brown property."**

- An approximately 3.23-acre parcel with the address of 1230 Arrow Highway (formerly
  1855 Carrion Road) (APN 8378-012-024), which is a portion of a larger area of land

EXHIBIT 1, PAGE 47

E N V I R O N

February 15, 2008

*Via FedEx & E-mail in PDF*

Donald C. Nanney, Esq.
Gilchrist & Rutter Professional Corp.
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401

Re:   **Evaluation of On-site and Off-site Environmental Issues**
      **20-Acre Property, La Verne, California**

Dear Mr. Nanney:

As requested by Gilchrist & Rutter Professional Corporation (Gilchrist) on behalf of the
University of La Verne (ULV), ENVIRON has prepared this letter to summarize the results of our
evaluation regarding the on-site and off-site soil gas, soil and ground water issues associated with
approximately 20 acres of land located in La Verne, California, that currently is owned by ULV.

A portion of that land was formerly owned and occupied by Occidental Research Corporation
(ORC) and is impacted by soil and groundwater contamination from historical operations.  The
Regional Water Quality Control Board – Los Angeles Region (RWQCB) has given a "no further
requirements" letter, dated October 6, 2000, in favor of several former owners and operators, but
specifically not in favor of Occidental Petroleum Corporation (OPC), which is the parent entity
for ORC, due to their responsible party status for the contamination at the property.  However, the
conditions have not been remediated by the responsible party.  Instead, over a period of years,
OPC has denied ORC's on-site sources for the contamination and has suggested that off-site
sources to the north are responsible.  The environmental conditions at the property are frustrating
ULV's plans to redevelop it.

This report letter sets forth the results of our evaluation of the environmental reports provided to
us by the RWQCB and ULV regarding the property as well as the nearby sites that OPC has
suggested may be responsible.  Our review and evaluation leads us to the conclusion that the
source of the contamination impacting the property, or the bulk of that contamination, most likely
originated on the site itself from ORC's operations, and that minimal, if any, contribution
originated from any off-site sources.

We will start with a summary identifying the subject property.  We will then proceed to review
the existing environmental data, to evaluate the potential sources of contamination and to set forth
our findings and conclusions.

**The Property**

In December 2000, ULV acquired ownership of two parcels of land totaling approximately 20
acres in the City of La Verne, California.  The land is comprised of the following:

- An approximately 16-acre parcel of vacant land (APN 8378-010-041), which is for
  convenience referred to in this letter as the "**Brown property.**"

- An approximately 3.23-acre parcel with the address of 1230 Arrow Highway (formerly
  1855 Carrion Road) (APN 8378-012-024), which is a portion of a larger area of land

EXHIBIT 1   PAGE 43

Donald C. Nanney, Esq.                        -2-                        February 15, 2008

formerly owned and occupied by ORC[1].  References in this letter to the "**ORC/ULV property**" mean the approximately 3.23-acre portion now owned by ULV.

The location of the Brown property and the former ORC property is depicted on Figure 1.  In the remainder of this letter, the "Brown property" and the "ORC/ULV property" are sometimes collectively referred to as "**the property**."  In those instances, only the property now owned by ULV is the intended reference, without regard to additional areas formerly owned or operated by ORC.

The Brown property consists of vacant land that historically was undeveloped and used for cattle grazing and periodic dry land farming.  The former ORC property has been used for a variety of industrial/commercial uses since approximately 1964:  these uses are explained in detail in ensuing paragraphs.  Both parcels are impacted with volatile organic compounds (VOCs).  Due to its historical use, the VOC impacts at the Brown property, which appear to generally be confined to soil gas and ground water, originate from an upgradient source.  VOC impacts at the ORC/ULV property, which include soil, soil gas, and ground water, appear to originate on the ORC/ULV property, and are a likely result of historical activities conducted there by ORC.

ULV is planning to develop the property.  Specifically, ULV may develop some portion of the Brown property for residential/student housing use.  The ORC/ULV property may be redeveloped for commercial, light industrial, and/or residential use.  VOCs in soil, soil gas, and ground water at the property must be addressed before ULV can proceed with its redevelopment plans.

## SCOPE OF WORK

ENVIRON's scope of work included review of reports and documents regarding soil gas, soil, and ground water investigations performed by others at the property and adjacent sites, as provided by the ULV and obtained by ENVIRON from the RWQCB.  ENVIRON reviewed available records regarding the former ORC property; the Brown property; the former Victor Graphics (VG) facility; Synthane-Taylor Corp. (STC); and DPI Laboratories (DPI).  The purpose of ENVIRON's review was to evaluate ground water conditions at the property and adjacent sites to identify the potential source(s) of VOCs detected in soil, soil gas, and ground water underlying the property (see Figures 2 through 6).  The primary VOCs detected in soil gas, soil, and ground water samples underlying the property are tetrachloroethene (PCE) and trichloroethene (TCE); therefore ENVIRON's evaluation focused on these two contaminants in ground water.

The results of ENVIRON's evaluation are summarized below.

**The Brown Property**

Several soil gas, soil and ground water investigations were performed between 1993 and 2006 at the Brown property.  Some of these investigations were conducted in conjunction with investigations related to the former ORC property.  Based on information reviewed by ENVIRON, ground water in the area flows to the south-southwest.  The depth to ground water underlying the property and vicinity is reportedly approximately 14 to 22 feet below ground surface (bgs).  Based on the configuration of the Brown property and ORC/ULV property, the

---

[1] It should be noted that the former ORC property included the 3.23-acre parcel now owned by ULV, as well as an adjacent parcel, which currently is owned by Gainey Ceramics.  The entirety of the former ORC property is referred to in this letter as the "**former ORC property**."

EXHIBIT 11 PAGE 442

Donald C. Nanney, Esq.                      -3-                      February 15, 2008

ORC/ULV property is located hydrologically upgradient of a portion of the Brown property. Because the Brown property was historically undeveloped (e.g., no known VOC uses), it is very unlikely that the VOCs detected in ground water originate on the Brown property. Therefore, considering the ground water flow direction, VOC-impacted ground water first must transverse the ORC/ULV property boundary from under the ORC/ULV property prior to migrating under the Brown property.

<u>Soil Gas Sampling</u>

A soil gas survey performed by CET Environmental Services, Inc. (CET) for the former ORC property in November and December 1993 included 20 soil gas sampling locations on the Brown property (see Figure 2). The results of soil gas samples collected at 5 feet below ground surface (bgs) on the Brown property indicated PCE concentrations ranging from 2.1 micrograms per liter ($\mu$g/l) to 25.3 $\mu$g/l. The highest PCE concentration was detected at 29.5 $\mu$g/l at 9.5 feet bgs near the southern boundary of the ORC/ULV property. TCE also was reported at 1.2 $\mu$g/l and 1.3 $\mu$g/l in two samples collected in this area at 5 feet and 9.5 feet bgs, respectively. PCE concentrations above the Residential California Human Health Screening Level (CHHSL) of 0.18 $\mu$g/l were detected south of the ORC/ULV property boundary (Figure 2).

In July 2006, LOR Geotechnical Group, Inc. (LOR) performed a soil gas survey at the Brown property consisting of installation 25 soil gas probes and sample collection at approximately 5 and 12 feet bgs (see Figure 2b). The highest PCE concentration was detected at 94 $\mu$g/l in SGP-16 (at 5 feet bgs) located at the southern boundary of the ORC/ULV property. PCE ranged from 4.4 $\mu$g/l to 19 $\mu$g/l in other samples collected south of the ORC/ULV property. In the remaining samples, PCE concentrations exceeding the PCE CHHSL ranged from 0.20 $\mu$g/l to 1.7$\mu$g/l in soil gas samples collected at 5 feet bgs and from 0.35 $\mu$g/l to 4 $\mu$g/l in samples collected at 12 feet bgs. TCE was detected in two samples (SGP-16-12 and SGP-17-9) collected at 9 feet and 12 feet bgs at concentrations at 0.31 and 0.38 $\mu$g/l, respectively (Figure 2b).

Although conducted more than 14 years apart, the two soil gas surveys produced a consistent pattern of impact (see Figures 2 and 2b). Both surveys indicated PCE as the chemical detected most frequently and at the highest concentrations. In addition, the pattern of detections suggests that PCE is present at relatively shallow depths near the south central boundary of the ORC/ULV property, in proximity to former ORC chemical use areas.

<u>Ground Water Sampling</u>

In September 1994, as a part of ground water investigation performed by CET at the former ORC property, five ground water monitoring wells were installed on the Brown property including MW-101, MW-102, MW-104, MW-105 and MW-106. The results of ground water sampling indicated that the highest PCE concentration was detected at 7,900 $\mu$g/l in MW-101 located near the northwestern corner of the Brown property, adjacent to the northeastern corner of the ORC/ULV property (see Figure 3). In MW-105, PCE concentrations were detected at 300 $\mu$g/l. The highest TCE concentration was reported at 180 $\mu$g/l in well MW-101 (see Figure 3a). The results of ground water sampling performed in 1995 indicated lower PCE concentrations in MW-101 and MW-105 at 3,600 $\mu$g/l and 210 $\mu$g/l, respectively (Figure 3).

In October 2001, as a part of ground water investigation at the former ORC property, The Source Group (TSG) performed ground water sampling at five wells located at the Brown property (MW-101, MW-102, MW-104, MW-105 and MW-106). In addition, TSG sampled three

Donald C. Nanney, Esq.                    -4-                    February 15, 2008

piezometers (D-17, D-19, D-20) and well MW-103 located on the ORC/ULV property; three wells located at Gainey Ceramic's site (MW-107, MW-108, and MW-109); and two newly installed wells (TSG-MW-10, and TSG-MW-11). The well TSG-MW-10 was installed on Carrion Road, southeast of the VG site. The well TSG-MW-11 was placed south of the northern Brown property boundary, downgradient from the DPI site. The results of ground water samples collected at the Brown property indicated the highest reported PCE concentrations at 440 µg/l (MW-105) and 270 µg/l (MW-101). Low concentrations of PCE at 15 µg/l were reported in the MW-106 ground water sample. A low PCE concentration of 0.96 µg/l was reported in well TSG-MW-10. Wells TSG-MW-11, MW-102 and MW-104 had VOC concentrations below the laboratory detection limits (Figures 3 and 3a).

The results of ground water sampling performed in 2002 by TSG indicated the highest PCE concentrations at the Brown property in well MW-101 at 310 µg/l in May 2002 and at 450 µg/l in August 2002. Based on the August 2002 sampling results, it appears that PCE concentrations above the Maximum Contaminant Level (MCL) for PCE of 5 µg/l also were detected at the Brown property in samples from wells MW-102, MW-105, and MW-106. The highest TCE concentration at 10 µg/l, exceeding its MCL of 5 µg/l, was reported in MW-101 in August 2002 (Figures 3, 3a, and 5).

These sampling results clearly indicate a persistent VOC impact to soil gas and ground water underlying the Brown property. As stated previously, the Brown property historically was undeveloped (e.g., no known VOC uses), therefore it is very unlikely that the VOCs detected in soil gas and ground water originate on the Brown property. Considering the ground water flow direction, these VOCs most likely originate from an upgradient source. Potential upgradient sources include the former ORC property (specifically the ORC/ULV property), the VG site, the DPI site and the STC site. Each of these potential upgradient sources is discussed further below.

**The Former ORC Property**

The former ORC property is located at 1230 Arrow Highway (formerly 1855 Carrion Road) (see Figure 1). Since the 1980s, the RWQCB requested that a number of site investigations be performed at the former ORC property to evaluate underlying soil and ground water.

The Garrett Research and Development Company (Garrett) began operations at the former ORC property in 1964. Garrett operations involved inorganic processing including recovery of soda ash, potash, borax, and salt cake from complex brines and minerals. In 1966, Garrett sold the former ORC property and business to ORC[2]. Between approximately 1966 and 1979, ORC used the facility to conduct research and development of various chemicals, coal gasification, municipal solid waste incineration, fertilizer processing, and mineral processing. Solvents also were used and stored at the former ORC property during ORC's occupancy. Chlorinated solvents including TCE, reportedly were mixed with dry ice and used as a coolant during the coal conversion process. TCE may also have been used as a quencher when blended with other solvents. Other possible uses of TCE included cleaning of septic tank lines and tanks.

---

[2] Between 1975 and 1980, ORC also occupied a portion of the building located at 1324 Arrow Highway located north of the ORC/ULV property. The remaining portion of this building was occupied by VG. Information regarding ORC's operations at 1324 Arrow Highway is presented under the subsection "The Former Victor Graphics."

EXHIBIT 1   PAGE 46

Donald C. Nanney, Esq.                      -5-                      February 15, 2008

As part of ORC's operations, the ORC/ULV property was developed with six buildings, three pilot plants and a high-pressure test facility. In addition, three sumps, a gasoline underground storage tank (UST), paint storage areas, four septic tanks and five seepage pits, wash tanks, and a clarifier historically were used by ORC on the ORC/ULV property. During the expansion of ORC operations at the property in the late 1960s, laboratory wastes were discharged to a french drain located in the southeastern portion of the ORC/ULV property and allowed to percolate into the soil. Because of low percolation rates this method was discontinued in 1971. ORC also used two 7-foot-diameter 12-feet deep concrete waste sumps and one larger sump (reportedly up to 30 feet deep) located in the southeastern portion of the ORC/ULV property for storage of liquid wastes. In 1970, an approximately 6,000 square feet evaporation pond was used at the southwestern portion of the ORC/ULV property for discharge of laboratory wastes. In late 1971, this practice was discontinued and laboratory wastes were stored in a 60,000 gallon above-ground storage tank (AST). In 1972, a clarifier was installed in the southeast corner of the yard for treatment of certain laboratory wastes prior to disposal. From 1972 until 1978, chemical wastes were stored in drums on the property. The locations of most of these features are depicted on Figure 4.

Reportedly, prior to 1972, the ORC facility was not connected to a municipal sewer system. In 1972 a sewer line was installed along the eastern and southern boundaries of the ORC/ULV property. According to the County Sanitation District of Los Angeles County permit dated September 13, 1971, ORC facility was required to "maintain a separation between the industrial waste flow and the sanitary facilities." The industrial waste lines were connected to a three-stage sump located north of the ORC facility, along the railroad tracks. Industrial wastes flowed through the sump prior to discharging to the city sewer system. Reportedly, ORC conducted repairs to several sewer line breaks in the past. ORC's information provided to the RWQCB indicated that soil samples collected during repair below the sewer line contained non-detect PCE concentrations and soil gas samples contained "no elevated" PCE concentrations. According to RWQCB records, an old sewer line located under railroad tracks and associated sump were discovered north of the ORC/ULV property and south of the 1324 Arrow Highway building. Reportedly, the results of samples of solids contained in the sump indicated non-detect concentrations of PCE and other organic compounds. No sample results were available for review. Soil gas investigations that included collection of soil gas samples along the sewer lines are discussed in the following paragraphs.

In 1979, after termination of the ORC operations, the entire facility was cleaned and the pilot plants were dismantled. Reportedly, during the facility closure approximately 4,000 drums of chemical wastes of which 1,300 drums contained hazardous waste were identified on the ORC/ULV property. In addition, 42,000 gallons of diluted liquid waste was removed from the property and disposed at a local landfill. It is unclear if the facility decommissioning operations were conducted under local regulatory oversight.

In 1986, the most southwestern portion of the former ORC property was subdivided and a small parcel was sold to Gainey Ceramics (located adjacent to the western boundary of the ORC/ULV property boundary). Also in 1986, the remaining portion of the former ORC property (the ORC/ULV property) was sold to private parties and in February 1989, purchased by Mike and Nancy Brown. In 1987 and 1988, Orbit Moving Systems and Industrial Hydrocarbons used portions of the ORC/ULV property for storage and repair of trucks and chemical storage, respectively. Between 1986 and 1989, the ORC/ULV property also was occupied by Five Star La Verne Development Group and used for storage and cleaning of RV vehicles. UPS occupied the ORC/ULV property from 1989 until 1999. Reportedly, vehicle maintenance and spray painting

EXHIBIT 1 - PAGE 47

Donald C. Nanney, Esq.                    -6-                    February 15, 2008

operations were performed by UPS at the ORC/ULV property. Between 1989 and 2000, Mike Brown Grandstands, which was a subsidiary of UPS, operated a business on the ORC/ULV property that provided a variety of services for rental and set-up of staging equipment, roofing systems, grandstands, bleachers, and stages. Sometime in the early 1990's, the staging business was sold and relocated to Irwindale, California. In December 2000, ULV acquired the ORC/ULV property from the Brown Family Trust. Currently, ULV occupies a portion of the building.

Subsequent to ORC's cessation of operations at the facility, it retained James M. Montgomery, Consulting Engineers, Inc. (JMM), to perform an environmental study at the facility, as part of a voluntary site investigation. JMM discovered the presence of TCE in ground water wells located on the southeast corner of the former ORC property. Upon review of the results of the JMM study, the RWQCB indicated that because *"TCE was only the only constituent found in the meager amount of shallow semi-perched ground water underlying the site and the source of TCE is undetermined,"* the RWQCB decided to close the file. The results of this investigation are described in the following paragraphs. In May 1985, the United States Environmental Protection Agency (USEPA) performed a site inspection, which concluded that *"the exact source of TCE at this site could not be determined based solely on the data accumulated during the LA site investigation;"* however the USEPA did not require further investigation. In 1989, in response to the Well Investigation Program[3] the RWQCB sampled the existing/remaining piezometers at the former ORC property. Elevated concentrations of VOCs, including PCE and TCE, were detected in ground water samples collected at the former ORC property, which caused the RWQCB to require ORC to conduct additional investigative work at its former facility.

Soil Gas Sampling

In April 1990 Remedial Engineering (RE) performed a soil gas survey at the ORC/ULV property consisting of collection of 13 soil gas samples at approximately 3.0 feet to 10.5 feet bgs (these sampling locations are depicted on Figure 2). The results of soil gas samples indicated a maximum PCE concentration at 2.7 µg/l. PCE concentrations in two other samples were reported at 0.7 and 1.0 µg/l and the remaining samples showed PCE concentrations below the detection limit of 0.1 µg/l. TCE concentrations were reported below the laboratory detection limit of 0.1 µg/l in all samples analyzed. These sampling locations, depicted on Figure 2, did not encompass areas where elevated PCE concentrations were detected in subsequent soil gas sampling events.

Soil gas sampling performed by CET in November and December 1993 included collection of soil gas samples at approximately 70 locations at a maximum depth of approximately 10.5 feet bgs. The results of soil gas samples indicated PCE concentrations ranging from 9.6 µg/l to 11.6 µg/l in 5-foot samples (see Figure 2) and from 4.3 µg/l to 6.8 µg/l in 10-foot samples. The highest PCE concentration was detected at 169 µg/l in the sample SV-16 (at 10 feet bgs) located off-site near Carrion Road. The next- highest PCE concentrations were detected along the southern boundary of the ORC/ULV property in proximity to the sewer line, the former evaporation pond, paint and solvent storage area, and the former sumps.

Soil gas sampling was conducted by TSG in 2001 and involved collection of soil gas samples at 13 locations (see Figure 2a). Ten of the samples were collected in the eastern portion of the

---

[3] The WIP is a cooperative program between the USEPA and the RWQCB developed in response to the discovery of VOCs in water supply wells in the area, and aimed at identifying the parties responsible for releasing the VOCs to soil and ground water.

Donald C. Nanney, Esq.                    -7-                    February 15, 2008

ORC/ULV property; two samples were collected at Gainey Ceramics on land formerly owned/used by ORC; and one sample was collected off-site near Carrion Road. Soil gas samples were collected at various depths ranging from 6 feet to 20 feet bgs. PCE concentrations in samples collected on the eastern portion of the ORC/ULV property indicated concentrations up to 12 µg/l in samples at 5 feet bgs and up to 19 µg/l in samples at 10 feet bgs. The two locations at Gainey Ceramics had PCE concentrations ranging from 2.4 µg/l to 36 µg/l at depths from 6 to 8 feet bgs (these two sampling locations were associated with a former ORC drum storage area). The remaining sample collected at Carrion Road had PCE concentration detected up to 2.2 µg/l at 15 feet bgs (Figure 2a). Sampling locations were selected based on ORC's historic use of the facility. PCE was detected in soil gas next to each sampled septic tank and in the former drum storage area (now part of the Gainey Ceramics site) of the former ORC property

Soil Sampling

Between 1979 and 1981, JMM performed soil sampling at several areas of concern identified at the former ORC facility. A total of 90 soil samples were collected from approximately 50 soil borings drilled to a total depth of 60 feet bgs. The results of soil sampling indicated trace concentrations of TCE and 1,1,1-trichloroethane (1,1,1-TCA). Soil sampling locations provided to ENVIRON are depicted on Figure 2c.

During the subsurface investigation performed by RE in 1990, 13 soil samples were collected from 8 boreholes drilled to a depth of approximately 20 feet bgs. The borings were located near sump areas, the D-18 piezometer, clarifier, paint and solvent storage areas and a septic tank location (see Figure 6 for boring locations). The maximum concentration of VOCs detected in soil samples included 1,1,1-TCA at 110 micrograms per kilogram (µg/kg); 1,1-DCE at 6.4 µg/kg; and toluene at 60 µg/kg.

In September 1994, CET installed nine ground water monitoring wells, on the former ORC property and the Brown property. A summary of soil sampling results for Boring 103 (later converted to well MW-103) (see Figure 3 for a map depicting boring/well locations) indicated that soil samples were collected at 5 foot intervals and with the exception of the 5-foot sample, PCE was detected in all samples collected. PCE concentrations were detected at 5.9 µg/kg at 10 feet bgs; 26 µg/kg at 15 feet bgs; and 290 µg/kg at 20 feet bgs. Based on the analytical results, it appears that PCE concentrations significantly increased with increasing sampling depth bgs.

In July 2001, TSG advanced 12 soil borings (10 were located at the former ORC/ULV property and 2 at the Gainey Ceramics site, on the portion of the site formerly owned by ORC, see figure 6) to a total depth of approximately 25 feet bgs. No reportable VOC concentrations were found in soil samples obtained from the Gainey Ceramics site. Soil samples from the remaining borings contained PCE concentrations greater that 1,000 µg/kg in samples collected at depths of 15 bgs or deeper. TCE concentrations ranged from 5.2 to 28 µg/kg in samples collected at 19 or 20 feet bgs.

Ground Water Sampling

Initiated as a part of voluntary site investigation, JMM investigations performed in 1979-1981 involved drilling numerous soil borings across the former ORC facility and installation of 15 ground water monitoring wells (piezometers). Locations of piezometers D-01, D-05, D-07, D-10, D-11, D-12, D-13, D14, D-15, D17, D18, D-19, D-20, and D-21 are depicted on Figure 2c. Information reviewed by ENVIRON indicated that most of these piezometers were either

Donald C. Nanney, Esq.                     -8-                     February 15, 2008

accidentally covered or destroyed during later improvements to the property performed by UPS. The ground water sample results indicated TCE concentrations up to 83 µg/l (1980) and up to 123 µg/l (1981). PCE was detected at 0.2 µg/l in one sample (D-15) in ground water.

During the RE follow-up ground water investigation in 1990, eight piezometers were sampled (see Figures 3 and 3a). The maximum PCE and TCE concentrations were 8,500 µg/l and 260 µg/l, respectively, in D-18 located near the sewer line along the eastern boundary of the ORC/ULV property. In general the highest VOCs concentrations were detected at D-17, D-19, D-18 (near the sewer line), D-15 (former evaporation pond), and D-21 (near building E; see Figures 3 and 3a). The depth to ground water was reported to be between approximately 14 and 22 feet bgs. The ground water flow direction was estimated to be toward the south-southwest.

In September 1994, CET installed nine ground water monitoring wells. One well, MW-103, was located at the ORC/ULV property, three wells were located on the Gainey Ceramics site (MW-107, MW-108, and MW-109); and five wells were located on the Brown property (MW-101, MW-102, MW-104, MW-105 and MW-106). In MW-103, PCE concentrations were detected at 6,500 µg/l. The highest PCE concentrations were detected at 7,900 µg/l in MW-101 (off-site well near the northeastern corner of the ORC/ULV facility; see Figure 3).

In October 2001, TSG performed ground water sampling at the former ORC facility. The highest PCE concentrations of 7,400 µg/l were detected at D-19 located near the sewer line along the ORC/ULV eastern property boundary at the and in MW-103 at 3,200 µg/l located along the southern ORC/LUV property boundary (Figure 3).

The results of ground water sampling performed in 2002 by TSG indicate that the highest PCE concentrations were detected in D-19 at 9,700 µg/l (February 2002) and 9,200 µg/l (August 2002); and MW-103 at 2,400 (February and May 2002) and 2,300 (August 2002) (Figure 3).

Piezometer D-19 is located in the northeastern portion of the ORC/ULV property, in proximity to the sewer line and ORC septic tanks. Well MW-103 is located near the south central boundary of the ORC/ULV property, in proximity to the former ORC evaporation pond, a sump, paint booth, and paint/solvent storage area. PCE historically was detected in shallow and deep soil gas in these same areas. Therefore, due to the known historical use, and presence of PCE/TCE in soil gas and ground water, these former ORC operation areas appear to be likely sources for the PCE/TCE in soil, soil gas, and ground water at the ORC/ULV property. In addition, given the configuration of the ORC/ULV and Brown parcels, VOC-impacted ground water appears to migrate from the ORC/ULV property to beneath the Brown property.

**The Former Victor Graphics (VG)**

The former VG site is located at 1324 - 1330 Arrow Highway north of the ORC/ULV property (see Figure 2a). VG occupied the eastern portion of the building (1330 Arrow Highway) and shared the building with ORC (identified as Garrett on building and electrical permits, at 1324 Arrow Highway), which occupied the remaining western portion of the building.

VG occupied its site from approximately 1971 to 1993 and reportedly used chlorinated solvents including PCE in its rubber stamp production processes. According to information contained in the RWQCB records, several minor PCE spills reportedly occurred at the site during VG's occupancy. Since approximately 1994, the VG site has been used by NJ Croce Co. as a gift distribution center. At the request of the RWQCB, as part of the WIP, the VG facility was

Donald C. Nanney, Esq.                          -9-                          February 15, 2008

required to complete site investigation to evaluate whether chlorinated compounds are present soil gas, soil, and ground water beneath the former VG site.

Between 1975 and 1980, ORC occupied the western portion of the building, located at 1324 Arrow Highway.  According to Summary Assessment Report prepared by CET Environmental Services, Inc. (CET, June 1995), ORC used the 1324 Arrow Highway building for engineering offices and a bench scale pilot plant for metal and glass recovery.  It is unknown what types of chemicals were utilized by ORC as part of these operations.  Records indicate that the building shared by ORC and VG was not connected to the municipal sewer system.  Information reviewed by ENVIRON indicates that in 1983, the existing sewage disposal tank and pit associated with 1324 Arrow Highway building was replaced with two (approximately 5 feet diameter and approximately 24 feet and 17 feet deep) pits.  The initially planned 30 feet deep pit could not be installed because of ground water encountered during its installation.

Soil Gas Sampling

In August 2001, Gaston & Associates, LLC (GAL) performed soil gas sampling at the site, which included collection of 23 soil gas samples at 18 locations throughout the site.  PCE was detected in 16 out of 23 samples analyzed.  Detected PCE concentrations ranged from 2.7 $\mu g/l$ to 109 $\mu g/l$ in samples collected at approximately 8 feet hgs; and up to 499 $\mu g/l$ in samples collected at 10 feet bgs.  PCE concentrations in the 5-foot samples ranged from 3.1 to 11 $\mu g/l$.  At three locations, additional deeper soil gas samples were collected and analyzed.  At one of the locations, all PCE concentrations were below the laboratory detection limits.  At the SG-2 location, PCE concentrations were reported at 109 $\mu g/l$ at 8 feet and 16 $\mu g/l$ at 8 feet and 12 feet bgs, respectively.  PCE concentrations in SG-12 were reported at 499 $\mu g/l$ (10 feet bgs), 105 $\mu g/l$ (15 feet bgs), and 6.4 $\mu g/l$ (20 feet bgs).  Based on the results, GAL concluded that PCE concentrations were not increasing with increasing depth bgs, and significantly decreased with increasing sampling depth, decreasing the likelihood of the potential for significant ground water impact.

As mentioned in the previous paragraphs, between 1975 and 1980, ORC occupied the western portion of the building located at 1324 Arrow Highway.  The eastern portion of the building was occupied by VG.  With the exception of one soil gas sample, soil gas sampling locations were located either in the eastern portion of the building or south of the eastern portion of the building occupied by VG.  One soil gas sample was collected by GAL at 5 feet bgs south of a loading dock associated with the 1324 Arrow Highway building.  The reported PCE concentration in this sample was below laboratory detection limit.

Soil Sampling

As requested by the RWQCB, GAL installed four ground water monitoring wells at the site (MW-1 through MW-4, see Figures 3, 3a, and 5 for well locations), and during drilling soil samples were collected at 5-foot intervals.  Soil samples were analyzed for VOCs using the United States Environmental Protection Agency (USEPA) Methods 8260 and 5035 by an on-site mobile laboratory.  Analytical results indicated detectable PCE concentrations in all soil samples collected from boring MW-2 (located in the southeastern portion of the site) and in one sample collected from boring MW-3 (also located in the southeast corner of the site).  PCE concentrations in soil from MW-2 were detected at the following concentrations 0.028 mg/kg (5 feet bgs), 0.098 mg/kg (10 feet bgs), 0.007 mg/kg (15 feet bgs), 0.69 mg/kg (20 feet bgs), 0.021 mg/kg (25 feet bgs), non-detect at 30 feet bgs, and 0.011 mg/kg at 35 feet bgs.  A PCE

EXHIBIT 1 - PAGE 51

Donald C. Nanney, Esq.                    -10-                    February 15, 2008

concentration of 0.018 mg/kg was detected in one soil sample collected from MW-3 at 5 feet bgs. Soil samples collected from MW-1 and MW-4 had no PCE detections in soil. Based on the soil sample results obtained from MW-2, it appears that PCE concentrations were highest in the depth interval likely to be at/near the water table (20 feet bgs sampling depth), and are likely associated with impacted ground water.

Ground Water Sampling

The results of ground water sampling performed by GAL in September 2001, indicated detectable concentrations of PCE at 110 µg/l (MW-2) and 42 µg/l (MW-3). PCE was not detected in ground water samples obtained from wells MW-1 and MW-4.

Since September 2001, GAL performed four quarterly ground water monitoring events at the four wells at the site. PCE was not detected in wells MW-1 and MW-4. The results of the November 2002 sampling indicated PCE concentrations at 330 µg/l in well MW-2 and at 17 µg/l in well MW-3. These PCE concentrations in ground water are more than one order of magnitude lower than those detected in ground water underlying the ORC/ULV property during the same time period (see Figure 5).

Although PCE was detected in soil, soil gas, and ground water samples obtained during investigation of this site, soil and soil gas concentrations generally decreased with increasing depth below ground surface decreasing the likelihood of the potential for significant ground water impact. In addition, detected PCE concentrations in ground water are more than one order of magnitude lower than those detected in ground water underlying the ORC/ULV property, indicating that most of the PCE mass detected in ground water likely originates on the ORC/ULV property.

**Synthane-Taylor Corporation (STC)**

The STC site is located at 1440 Arrow Highway (see Figure 2b) and was used for manufacturing circuit boards for computers and other electrical equipment. The site is identified as a WIP case due to drinking water well contamination (water supply well No.22) in the Pomona area. The facility used several types of chemicals including epoxy resins, accelerators, hardeners, and acetone. Solvents were used dissolve the epoxy resin. The chemicals were stored in several aboveground storage tanks (ASTs), USTs, and 55-gallon drums. Reportedly, in the past, the facility stored dozens of drums in the tank farm area at the southwest corner of the facility. The company was later sold to Perception Laminates, Inc.

Soil Sampling

In 1989, Clayton Environmental Consultants, Inc. (Clayton) performed a subsurface investigation at the site consisting of advancing of 7 soil borings to a total depth of 10 feet bgs. Soil borings were advanced in areas that had a potential to be impacted by hazardous materials (i.e., near the exterior sump, near the wastewater line, near the facility drainage area, and near the former fuel AST). Ground water was not encountered during sampling. Analytical results of soil samples indicated concentrations of total petroleum hydrocarbons (TPH) up to 230 mg/kg. Low concentrations of toluene (up to 4 µg/kg) and total xylenes (up to 9 µg/kg) also were detected. TCE and PCE were not detected in soil samples.

Donald C. Nanney, Esq.                    -11-                    February 15, 2008

In 1990, a subsurface investigation performed by Leggette, Brashears & Graham, Inc. (LBG) involved installation of eight soil borings to depths ranging from approximately 10 feet to 28 feet bgs at various locations throughout the site. One additional boring (TB-9), installed to a depth of 40 feet bgs, was converted to a ground water monitoring well (MW-1; see Figure 3). The highest VOC concentrations detected in soil samples included toluene (up to 355 µg/kg) and total xylene (up to 932 µg/kg). No detectable concentrations of PCE or TCE were found in soil samples.

Ground Water Sampling

During the 1990 subsurface investigation, LBG installed well MW-1 near the southeast corner of the facility (see Figures 3, 3a, and 5 for well location). One ground water sample was collected from MW-1 on June 25, 1990 and analyzed for VOCs. With the exception of low concentrations of toluene, no VOCs were detected. Based on the results of soil and ground water sampling, LBG concluded that the STC facility was not a source of the contamination identified in the water supply well No. 22.

The results of sampling conducted at the STC site did not indicate the presence of PCE and/or TCE in soil and ground water samples. Therefore, based on available data, the STC site does not appear to be the source of VOCs detected in soil, soil gas, and ground water at the ORC/ULV property and the former Brown property.

**DPI Laboratories (DPI)**

The DPI site is located at 1350 Arrow Highway in La Verne, California (see Figure 2b). From approximately 1991, the site was occupied by a manufacturer of printed circuit boards and control instruments and reportedly was owned by Synthane-Taylor. During a RWQCB site inspection conducted in January 1998 as a part of the WIP program, Agency personnel observed empty 5-gallon containers of a degreasing solvent containing chlorinated VOCs, and staining in the hazardous waste storage area and inside a screening room. Reportedly, a 20-gallon vapor degreaser utilizing chlorinated solvents was operated at the facility in 1997 and 1998. In addition, between 1991 and 1994, chlorinated solvents were used at the facility for degreasing operations. Based on the findings of the RWQCB's site inspection, the RWQCB requested that a limited soil vapor survey be conducted at the facility. According to DPI's letter dated January 5, 1999, the company requested an extension until June 1999 to agree with the RWQCB on the scope of work for the site investigation. According to the letter, DPI indicated that all regulated wastes generated at the facility were properly handled and removed by a licensed hauler. In addition, DPI stated that penetrating of the slab "*appears of no benefit and could potentially corrupt the integrity of the effective barrier that the floor now maintains.*" In June 2001, DPI responded to the RWQCB's "*Mandatory Chemical Storage and Use*" questionnaire and submitted copies of Material Safety Data Sheets (MSDSs), a certificate of treatment/recycling, and a copy of an inspection report performed by the La Verne Fire Department.

No other records were found in the DPI file. Based on available information, it does not appear that DPI conducted the subsurface investigation requested by the RWQCB. Given historical operations, and the lack of site-specific data, VOC releases from the DPI site cannot be ruled out. However, based on ground water sampling results from TSG-MW-10 (see Figures 3, 3a, and 5), located downgradient of DPI, and soil gas results from soil gas sampling locations SGP-23 and SGP-24 (see Figure 2b for locations), DPI does not appear to be the source of VOCs detected in soil gas, and ground water at the ORC/ULV property and the former Brown property.

Donald C. Nanney, Esq.                    -12-                    February 15, 2008

## FINDINGS AND CONCLUSIONS

- The results of soil gas surveys conducted at the Brown property indicated that the highest PCE concentrations were detected near the southern boundary of the ORC/ULV property. PCE concentrations in that area increased from up to 23.5 μg/l in 1993 to 94 μg/l in 2006 (at 5 feet bgs). The results of soil gas sampling performed on the former ORC property between 1990 and 2001, indicated that PCE concentrations fluctuated over time with the highest concentrations detected in 2001 at up to at 29 μg/l (10 feet bgs). The highest PCE concentrations, exceeding the CHHSL of 0.18 μg/l, were detected along the southern boundary of the ORC/ULV facility near the sewer line, and the ORC former evaporation pond, paint and solvent storage area, and sump. Based on the analytical results and the locations of the highest PCE concentrations detected at the property and because the Brown property was historically vacant, it appears that the detected VOC concentrations may be related to potential sewer line leaks and releases associated with ORC's operations at the former ORC facility (evaporation pond, sump, septic tanks, french drain, wash tanks, paint and chemical storage areas) and off-gassing from the impacted ground water. In addition, localized VOC soil sources likely are present on the former ORC property in proximity to former ORC use areas.

- Ground water underlying the property and vicinity is present at approximately 14 to 22 feet bgs. Ground water flows to the south-southwest. Therefore, the ORC/ULV property is located hydrologically upgradient of the majority of the Brown property. Based on the records reviewed, ground water at the Brown property is impacted with PCE and TCE. Historically, the highest PCE and TCE concentrations were detected in MW-101 located on the Brown property near the northeastern corner of the ORC/ULV property. However, since the initial sampling in October 1994, PCE concentrations in MW-101 decreased significantly from 7,900 μg/l in October 1994 to 310 μg/l in May 2002 and 450 μg/l in August 2002. Based on the August 2002 sampling results it appears that PCE concentrations above the MCL of 5 μg/l were detected in ground water underlying the Brown property in samples from MW-101, MW-102, MW-105, and MW- 106. TCE concentrations exceed the MCL of 5 μg/l in well MW-101; however TCE concentrations detected historically in MW-101 decreased from 180 μg/l in October 1994 to 10 μg/l in August 2002.

  ENVIRON's review indicated that there is a direct correlation between PCE and TCE concentrations detected at the Brown property and those detected at the ORC/ULV property. The results of ground water sampling at the ORC/ULV property indicate that PCE concentrations in ground water increased significantly over time, from relatively low concentrations of up to 83 μg/l in the 1980s to significantly higher, up to 8,500 μg/l, in 1990. Based on the results of the consecutive ground water sampling, there was a steady increase in the highest PCE concentrations at the ORC/ULV property reported at 350 μg/l in 1990 (D-19); at 7,400 μg/l in 2001 (D-19), and 9,700 μg/l in 2002 (D-19). A second area of elevated PCE concentrations in ground water is present in proximity to well MW-103, located at the southern boundary of the ORC/ULV property near ORC's former evaporation pond, french drain, wash tanks, paint storage area and sump. PCE concentrations at MW-103 ranged from 6500 μg/l in 1994 to 2,200 μg/l in 2002. Historically, the highest PCE concentrations were detected near the sewer lines and former ORC use areas located along the eastern and southern boundaries of the ORC/ULV property. These areas of high PCE concentrations in ground water create the

EXHIBIT 1 - PAGE 51

Donald C. Nanney, Esq.                    -13-                    February 15, 2008

center of the PCE plume, which then migrates from the ORC/ULV property to the Brown property. Consequently, data suggest that the substantial majority of contamination was caused by historical operations at the ORC/ULV property.

- ENVIRON's review of records related to the VG site (1330 Arrow Highway) indicated that the results of the 2001 soil gas sampling revealed PCE concentrations that generally decreased with increasing depth below ground surface. Ground water sampling results indicate that the highest PCE concentrations were detected at 330 μg/l in well MW-2 in November 2002. The maximum PCE concentrations in ground water at VG were at least one order of magnitude lower than the PCE concentrations detected in ground water at the ORC/ULV property. Therefore, historical operations at the VG site appear to have been only a minor contributor, if any, to the groundwater contamination at the property. The findings at the VG site also can be considered to be consistent with potential diffusion and dispersion of groundwater contamination from the ORC/ULV property (see Figure 5).

- Between 1975 and 1980, ORC occupied the western portion of the building located at 1324 Arrow Highway. The eastern portion of the building was occupied by VG. According to Summary Assessment Report prepared by CET Environmental Services, Inc. (CET, June 1995), ORC used the 1324 Arrow Highway building for engineering offices and a bench scale pilot plant for metal and glass recovery. It is unknown what types of chemicals were used by ORC during these operations. Records indicate that the building shared by ORC and VG was not connected to the municipal sewer system. In 1983, the existing sewage disposal tank and pit associated with 1324 Arrow Highway building was replaced with two (approximately 5 feet diameter and approximately 24 feet and 17 feet deep) pits. With the exception of one soil gas sample collected by GAL at 5 feet bgs south of a loading dock of the 1324 Arrow Highway building, no other sampling was performed for this portion of the building.

- ENVIRON's review of ground water sampling of ground water monitoring well MW-1 located near the southeast corner of the STC facility indicated that PCE was not detected in ground water. In addition, PCE was not detected in soil samples obtained from the STC site. Therefore it appears that the STC operations did not impact the ground water at the STC site or in proximity to the property (see Figure 5).

- No site investigations were conducted at the DPI facility; therefore information regarding soil or ground water conditions at the DPI facility is not available. However, based on ground water sampling results from TSG-MW-10 (see Figures 3, 3a, and 5), located downgradient of DPI, and soil gas results from soil gas sampling locations SGP-23 and SGP-24 (see Figure 2b for locations), the DPI site does not appear to be a significant source of ground water impact at the property.

- Based on available soil gas and ground water results reviewed during this evaluation, elevated PCE concentrations in soil gas and ground water underlying the property likely originate from ORC's former operations at the ORC/ULV property and potentially at 1324 Arrow Highway. Sampling results indicate that the highest PCE concentrations are located near the eastern and southern boundaries of the ORC/ULV property in proximity to the sewer line, former ORC evaporation pond, french drain, wash tanks, sump, and former paint and chemical storage areas, all likely sources of VOCs (see Figure 4).

EXHIBIT 4 KPMG-854260

Donald C. Nanncy, Esq.                    -14-                    February 15, 2008

Based on the changes in PCE concentrations in ground water over time, and the lack of PCE degradation products (e.g., cis-1,2-DCE, vinyl chloride), the plume appears to be migrating without significant biological degradation (via reductive dechlorination). Given this situation, PCE concentrations in ground water underlying the property likely will remain stable and/or may increase in the future.

The PCE-affected ground water and soil gas could impact the University's planned use of the property, assuming a number of possible future uses including residential. To effectuate a decrease in VOC concentrations in soil, soil gas, and ground water underlying the property, conditions at the ORC/ULV property must be addressed, including source identification/removal/ control and overall plume mitigation. Please contact the undersigned at (949) 261-5151 if you have any questions or need additional information.

Very truly yours,

Carol Serlin, P.G., C.P.G.                    Bozena Szeremeta, R.E.A.
Principal                                      Manager

CS:am
p:\g\gilchristandrutter\university of la verne\final report\assessment letter - final.doc[04-16860A]

Attachments:   Figures 1 through 6
               Attachment A:  Relevant Sampling Data
               Attachment B:  References

cc:  Phil Hawkey, University of La Verne

**F I G U R E S**



Former ORC Site

Brown Property

Site

Not to Scale

Map Created with TOPO! (tm) (c)2001 National Geographic Holdings (www.topo.com)

SOURCE:
U.S.G.S. 7.5 minute series (topographic)
San Dimas, CA Quadrangle, version 1978, current as of 1981

0        1/2        1 MILE

2000        0        2000        4000 FEET

CONTOUR INTERVAL 20 FEET
NATIONAL GEODETIC VERTICAL DATUM OF 1929
SCALE 1:24000

# ENVIRON

## Site Vicinity Map
**Former ORC Site and Brown Property**
La Verne, California

Figure
**1**

| Drafter: | JJC | Date: | 4/16/07 | Contract Number: | 04-16860A | Approved: | | Revised: 6/26/07 |

EXHIBIT 1 - PAGE 58



### LEGEND

Shallow Soil Gas Sampling Location
(CET Environmental Services, Inc. Report 1994)

Intermediate Soil Gas Sampling Location
(CET Environmental Services, Inc. Report 1994)

Shallow Soil Gas Sampling Location
(Remedial Engineering, Inc. 1990)

Intermediate Soil Gas Sampling Location
(Remedial Engineering, Inc. 1990)

PCE Not Detected

PCE Detected Concentrations Above
Residential CHHSL of 0.18 µg/L (PCE)

No Vapor

Note: Soil gas survey conducted in Dec. 1993 under the RWQCB well
investigation program.

SOUTHERN PACIFIC RAILROAD RIGHT OF WAY

BUILDING A

BUILDING B

BUILDING C

BUILDING D

BUILDING E

ORC/ULV Property

SHOP

PAINT BOOTH

Co. FLOOD CONTROL EASEMENT

PROPERTY LINE

Brown Property

Not to Scale

**ENVIRON**

**Soil Gas Sampling Results**
**November and December 1993**
Former ORC Property and Brown Property
La Verne, California

**Figure 2**

| Drafter: JJC | Date: 4/23/07 | Contract Number: 04-16860A | Approved: | Revised: 2/20/08 |

EXHIBIT 1 - PAGE 59





EXHIBIT 1 - PAGE 61



ENVIRON

**JMM Piezometer and Sampling Locations**
Former ORC/ULV Property and Brown Property
La Verne, California

Figure
**2c**

PROJECT NO.: 04-15880A



Historical PCE Concentrations In Ground Water

Former ORC Property, Brown Property, VG, DPI, and STC
La Verne, California

ENVIRON

Figure 3

| Drafter: | JJC | Date: | 4/19/07 | Contract Number: | 04-16860A | Approved: | Revised: 2/20/08 |

EXHIBIT 1 - PAGE 63



Historical TCE Concentrations
In Ground Water
Former ORC Property, Brown Property, VG, DPI, and STC
La Verne, California

Figure
3a

ENVIRON

| Drafter: | JJC | Date: | 5/30/07 | Contract Number: | 04-16860A | Approved: | Revised: 2/20/08 |

EXHIBIT 1  PAGE 64



## Historic Features Plan
### Former ORC Property
### La Verne, California

Figure 4

| Drafter: JJC | Date: 5/22/07 | Contract Number: 04-16860A | Approved: | Revised:2/20/08 |



EXHIBIT 1   PAGE 66



EXHIBIT 1 - PAGE 67

ATTACHMENT A

**Relevant Sampling Data**

EXHIBIT V - PAGE 64
RWQCB64373

**Table 2**
**Summary of Groundwater Analytical Results**
**Third Quarter 2002**
**Former United Production Services Facility**
**La Verne, California**

| Sample Identification | | Date Sampled | EPA METHOD 8260B (µg/L) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit: | | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| GWJME082802-17 | (D-17) | 8/28/2002 | <0.5 | <0.5 | 1.4 | 60 | 4.7 |
| GWJME082802-19 | (D-19) | 8/28/2002 | <50 | 2.3 | 43 | 9200 | 95 |
| GWJME082802-20 | (D-20) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 34 | <0.5 |
| GWJME082802-101 | (MW-101) | 8/28/2002 | <0.5 | <0.5 | 4.5 | 450 | 10 |
| GWJME082802-102 | (MW-102) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 12 | <0.5 |
| GWJME082802-103 | (MW-103) | 8/28/2002 | <50 | 1.3 | <50 | 2200 | 48 |
| GWJME082802-105 | (MW-105) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 65 | 0.51 |
| GWJME082802-106 | (MW-106) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 12 | 0.57 |
| GWJME082802-107 | (MW-107) | 8/28/2002 | <0.5 | 13 | <0.5 | 0.80 | <0.5 |
| GWJME082802-108 | (MW-108) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 1.3 | <0.5 |
| GWJME082802-109 | (MW-109) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 0.50 | <0.5 |
| GWJME082802-10 | (TSG-MW-10) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 2.8 | <0.5 |
| GWJME082802-11 | (TSG-MW-11) | 8/28/2002 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| GWJME082802-D1 | (D-17) | 8/28/2002 | <0.5 | <0.5 | 1.4 | 51 | 4.9 |
| GWJME082802-D2 | (D-20) | 8/28/2002 | <0.5 | <0.5 | <0.5 | 0.94 | <0.5 |
| TB-AI-082802-1 | | 8/28/2002 | <0.5 | <0.5 | <0.5 | 0.55 | <0.5 |

**NOTES:**
µg/L = micrograms per liter
< = Result less than the reporting limit shown
GWJME082802-D1 and GWJME082802-D2 were field duplicates, collected from wells D-17 and D-20, respectively
TBAI-082802-1 was a trip (travel) blank. The laboratory-prepared trip blank broke. The one provided was prepared by the sampler indoors and using deionized water.

Source: Quarterly Groundwater Monitoring Report, Third Quarter 2002,
Former United Production Services Facility
1895 Carrion Road, La Verne, California
Prepared by The Source Group, Inc., dated November 12, 2002

Table 2 - GW Analytical          Page 1 of 1          The Source Group, Inc.

**Table 3**
**Historical Summary of Groundwater Analytical Results**
**Former United Production Services Facility**
**La Verne, California**

| Well/Sample Identification | Date Sampled | EPA METHOD 8260B (µg/L.) | | | | |
|---|---|---|---|---|---|---|
| | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit (µg/L): | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| D-1 | Sep-80 | -- | -- | -- | -- | 10 |
| | Apr-81 | -- | -- | -- | -- | <0.5 |
| D-5 | Sep-80 | -- | -- | -- | -- | <0.5 |
| | Apr-81 | -- | -- | -- | -- | 4.1 |
| | Jan-90 | <0.5 | <0.5 | -- | -- | <0.5 |
| D-7 | Sep-80 | -- | -- | -- | -- | 120 |
| | Apr-81 | -- | -- | -- | -- | 107 |
| D-10 | Sep-80 | -- | -- | -- | -- | 10 |
| | Apr-81 | -- | -- | -- | -- | 3.8 |
| D-11 | Sep-80 | <0.5 | -- | -- | <0.5 | <0.5 |
| | Apr-81 | -- | -- | -- | -- | <0.5 |
| D-12 | Sep-80 | <0.5 | <0.5 | -- | <0.5 | 25 |
| | Apr-81 | -- | -- | -- | -- | 14 |
| D-13 | Sep-80 | <0.5 | <0.5 | -- | <0.5 | 1.1 |
| | Apr-81 | -- | -- | -- | -- | 1.6 |
| D-14 | Sep-80 | <0.5 | <0.5 | -- | <0.5 | 1.0 |
| | Apr-81 | -- | -- | -- | -- | 0.4 |
| | Jan-90 | -- | <0.5 | -- | 1.7 | 34 |
| D-15 | Sep-80 | <0.5 | <0.5 | -- | 0.2 | 12 |
| | Apr-81 | -- | -- | -- | -- | 37 |
| | Jan-90 | <0.5 | -- | -- | 370 | 80 |
| D-16 | Sep-80 | <0.5 | <0.5 | -- | 0.2 | 72 |
| | Apr-81 | -- | -- | -- | -- | 54 |
| D-17 | Sep-80 | -- | <0.5 | -- | 0.6 | 28 |
| | Apr-81 | -- | -- | -- | -- | -- |
| | Jan-90 | <0.5 | -- | -- | 580 | 54 |
| | 02-Oct-01 | <0.5 | <0.5 | 14 | 50 | 26 |
| | 08-Feb-02 | <0.5 | <0.5 | 11 | 27 | 15 |
| * 08-Feb-02 | <0.5 | <0.5 | 11 | 27 | 15 |

Table 3 - Hist GW Analytical          Page 1 of 5          The Source Group, Inc.

EXHIBIT 1   PAGE 70

**Table 3**
**Historical Summary of Groundwater Analytical Results**
**Former United Production Services Facility**
**La Verne, California**

| Well/Sample Identification | Date Sampled | EPA METHOD 8260B (µg/L) | | | | |
|---|---|---|---|---|---|---|
| | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| **Reporting Limit (µg/L):** | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| D-17 (Cont'd) | 31-May-02 | <0.5 | <0.5 | 4.4 | 50 | 10 |
| | 28-Aug-02 | <0.5 | <0.5 | 1.4 | 60 | 4.7 |
| | * 28-Aug-02 | <0.5 | <0.5 | 1.4 | 51 | 4.9 |
| D-18 | Sep-80 | <0.5 | 0.2 | -- | 0.2 | 83 |
| | Apr-81 | -- | -- | -- | -- | 123 |
| | Jan-90 | <0.5 | <0.5 | -- | 8500 | 260 |
| D-19 | Sep-80 | <0.5 | 0.5 | -- | 0.6 | 68 |
| | Apr-81 | -- | -- | -- | -- | 3.0 |
| | Jan-90 | <0.5 | <0.5 | -- | 350 | <0.5 |
| | 02-Oct-01 | <0.5 | 1.8 | 28 | 7400 | 70 |
| | * 02-Oct-01 | <0.5 | 1.8 | 28 | 6900 | 63 |
| | 08-Feb-02 | <100 | <100 | <100 | 9700 | <100 |
| | 31-May-02 | <50 | <50 | <50 | 8000 | 77 |
| | * 31-May-02 | <0.5 | 2.0 | 38 | 1000 | 82 |
| | 28-Aug-02 | <50 | 2.3 | 43 | 9200 | 95 |
| D-20 | Sep-80 | <0.5 | <0.5 | -- | <0.5 | 0.6 |
| | Apr-81 | -- | -- | -- | -- | <0.5 |
| | Jan-90 | <0.5 | <0.5 | -- | 9.2 | 0.6 |
| | 02-Oct-01 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 34 | <0.5 |
| | * 28-Aug-02 | <0.5 | <0.5 | <0.5 | 0.94 | <0.5 |
| D-21 | Sep-80 | <0.5 | <0.5 | -- | 1.7 | 43 |
| | Apr-81 | -- | -- | -- | -- | 83 |
| | Jan-90 | -- | <0.5 | -- | 700 | 71 |
| MW-101 | Oct-94 | <25 | <25 | <25 | 7900 | 180 |
| | Feb-95 | <0.5 | <0.5 | 14 | 3600 | 99 |
| | 02-Oct-01 | <0.5 | <0.5 | 2.6 | 270 | 5.8 |

**Table 3**
**Historical Summary of Groundwater Analytical Results**
**Former United Production Services Facility**
**La Verne, California**

| Well/Sample Identification | Date Sampled | EPA METHOD 8260B (µg/L) | | | | |
|---|---|---|---|---|---|---|
| | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit (µg/L): | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| MW-101 (Cont'd) | 08-Feb-02 | <0.5 | <0.5 | <0.5 | 120 | <0.5 |
| | * 08-Feb-02 | <0.5 | <0.5 | <0.5 | 120 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | 0.57 | 310 | 3.9 |
| | 28-Aug-02 | <0.5 | <0.5 | 4.5 | 450 | 10 |
| MW-102 | Oct-94 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | Feb-95 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 02-Oct-01 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 12 | <0.5 |
| MW-103 | Oct-94 | <25 | <25 | <25 | 6500 | 100 |
| | Feb-95 | 14 | 16 | 14 | 6100 | 110 |
| | 02-Oct-01 | <0.5 | 1.5 | 54 | 3200 | 69 |
| | 08-Feb-02 | <50 | <50 | <50 | 2400 | 56 |
| | 31-May-02 | <50 | <50 | <50 | 2400 | 57 |
| | * 31-May-02 | <0.5 | 1.5 | 53 | 1400 | 54 |
| | 28-Aug-02 | <50 | 1.3 | <50 | 2200 | 48 |
| MW-104 | Oct-94 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | Feb-95 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 02-Oct-01 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| MW-105 | Oct-94 | <1 | <1 | <1 | 300 | 5.0 |
| | Feb-95 | <0.5 | <0.5 | <0.5 | 210 | 2.79 |
| | 02-Oct-01 | <0.5 | <0.5 | 3.0 | 440 | 18 |
| | * 02-Oct-01 | <0.5 | <0.5 | 3.1 | 430 | 17 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | 39 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | 37 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 65 | 0.51 |

Table 3 - Hist GW Analytical    Page 3 of 5    The Source Group, Inc.

EXHIBIT 1 PAGE 72

## Table 3
## Historical Summary of Groundwater Analytical Results
## Former United Production Services Facility
## La Verne, California

| Well/Sample Identification | Date Sampled | EPA METHOD 8260B (μg/L) | | | | |
|---|---|---|---|---|---|---|
| | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit (μg/L): | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| MW-106 | Oct-94 | <0.5 | <0.5 | <0.5 | 23 | 1.8 |
| | Feb-95 | <0.5 | <0.5 | <0.5 | 11 | 1.9 |
| | 02-Oct-01 | <0.5 | <0.5 | <0.5 | 15 | 1.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | 9.0 | 0.90 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | 7.7 | 0.85 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 12 | 0.57 |
| MW-107 | Oct-94 | <0.5 | 5.2 | <0.5 | <0.5 | <0.5 |
| | Feb-95 | <0.5 | 3.0 | <0.5 | <0.5 | <0.5 |
| | 02-Oct-01 | <0.5 | 14 | <0.5 | <0.5 | <0.5 |
| | 08-Feb-02 | <0.5 | 14 | <0.5 | <0.5 | <0.5 |
| | 31-May-02 | <0.5 | 16 | <0.5 | <0.5 | <0.5 |
| | 28-Aug-02 | <0.5 | 13 | <0.5 | 0.80 | <0.5 |
| MW-108 | Oct-94 | <0.5 | <0.5 | <0.5 | 5.2 | <0.5 |
| | Feb-95 | <0.5 | <0.5 | <0.5 | 6.4 | <0.5 |
| | 02-Oct-01 | <0.5 | <0.5 | <0.5 | 0.74 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | 0.86 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | 0.81 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 1.3 | <0.5 |
| MW-109 | Oct-94 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | Feb-95 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 02-Oct-01 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | 0.77 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 0.80 | <0.5 |
| TSG-MW-10 | 02-Oct-01 | <0.5 | <0.5 | <0.5 | 0.96 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | 1.7 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | 4.4 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | 2.0 | <0.5 |

Table 3 - Hist GW Analytical          Page 4 of 5          The Source Group, Inc.

EXHIBIT M/PAGE 378

**Table 3**
**Historical Summary of Groundwater Analytical Results**
**Former United Production Services Facility**
**La Verne, California**

| Well/Sample Identification | Date Sampled | EPA METHOD 8260B (µg/L) | | | | |
|---|---|---|---|---|---|---|
| | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit (µg/L): | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| TSG-MW-11 | 02-Oct-01 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 08-Feb-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |
| | 31-May-02 | <0.5 | <0.5 | <0.5 | 1.5 | <0.5 |
| | 28-Aug-02 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 |

**NOTES:**
µg/L = micrograms per liter
* Field duplicate sample

Source: Quarterly Groundwater Monitoring Report, Third Quarter 2002,
Former United Production Services Facility
1855 Carrion Road, La Verne, California
Prepared by The Source Group, Inc., dated November 12, 2002

Table 3 - Hist GW Analytical          Page 5 of 5          The Source Group, Inc.

EXHIBIT 1 PAGE 74

## TABLE 1
## SUMMARY OF LABORATORY RESULTS FOR SOIL GAS SAMPLES
## BROWN PROPERTY
## ASSESSORS PARCEL NUMBER 8378-010-041
## SOUTH OF THE INTERSECTION OF CARRION ROAD AND ARROW HIGHWAY
## LA VERNE, CALIFORNIA

7/28/06                                                                                                                2517 t1

| Sample Identification | Probe Depth (ft) | Date Analyzed | PCE (µg/L) | TCE (µg/L) | BENZ (µg/L) | TOL (µg/L) | EBENZ (µg/L) | m,p-XYL (µg/L) |
|---|---|---|---|---|---|---|---|---|
| SGP-1-5 | 5 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-1-12 | 12 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-2-5 | 5 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-2-12 | 12 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-3-5 | 5 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-3-12 | 12 | 7/7/06 | 0.35 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-4-5 | 5 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-4-12 | 12 | 7/7/06 | 0.15 | ND<0.10 | ND<0.10 | 0.54 | ND<0.20 | ND<0.50 |
| SGP-5-5 | 5 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | 0.60 | ND<0.20 | ND<0.50 |
| SGP-5-11 | 11 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-6-5 | 5 | 7/7/06 | 0.20 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-6-12 | 12 | 7/7/06 | 0.89 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-7-5 | 5 | 7/5/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-7-12 | 12 | 7/5/06 | 0.17 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-8-5 | 5 | 7/6/06 | ND<0.10 | ND<0.10 | 0.13 | 0.80 | ND<0.20 | ND<0.50 |
| SGP-8-11 | 11 | 7/6/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-9-5 | 5 | 7/6/06 | 0.76 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-9-12 | 12 | 7/6/06 | 0.37 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-10-5 | 5 | 7/6/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-10-9 | 9 | 7/6/06 | ND<0.10 | ND<0.10 | 0.15 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-11-5 | 5 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-11-12 | 12 | 7/7/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-12-4.5 | 4.5 | 7/7/06 | ND<0.10 | ND<0.10 | 0.36 | 2.2 | 0.21 | 0.64 |
| SGP-13-5 | 5 | 7/5/06 | 0.24 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-13-12 | 12 | 7/5/06 | 1.4 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-14-5 | 5 | 7/6/06 | 1.3 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-14-12 | 12 | 7/6/06 | 4.0 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |

ft = feet below grade
µg/L = micrograms per liter
ND = Not detected at or above the reporting limit.
PCE = tetrachloroethene
TCE = trichloroethene

BENZ = benzene
TOL = toluene
EBENZ = ethylbenzene
m,p-XYL = meta and para-xylenes

EXHIBIT 1 - PAGE 75

### TABLE 1
### SUMMARY OF LABORATORY RESULTS FOR SOIL GAS SAMPLES
### BROWN PROPERTY
### ASSESSORS PARCEL NUMBER 8378-010-041
### SOUTH OF THE INTERSECTION OF CARRION ROAD AND ARROW HIGHWAY
### LA VERNE, CALIFORNIA

7/28/06                                                                                                              2617 t1

| Sample Identification | Probe Depth (ft) | Date Analyzed | PCE (µg/L) | TCE (µg/L) | BENZ (µg/L) | TOL (µg/L) | EBENZ (µg/L) | m,p-XYL (µg/L) |
|---|---|---|---|---|---|---|---|---|
| SGP-15-5 | 5 | 7/5/06 | 1.4 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-15-12 | -12 | 7/5/06 | 4.4 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-16-5 | 5 | 7/5/06 | 94 | ND<0.10 | 0.13 | 0.82 | ND<0.20 | 0.52 |
| SGP-16-12-1PV | 12 | 7/5/06 | 14 | 0.38 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-16-12-3PV | 12 | 7/5/06 | 8.4 | 0.24 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-16-12-7PV | 12 | 7/5/06 | 8.2 | 0.23 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-17-5 | 5 | 7/5/06 | 1.7 | ND<0.10 | 0.17 | 0.94 | ND<0.20 | 0.53 |
| SGP-17-9 | 9 | 7/5/06 | 19 | 0.31 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-18-5 | 5 | 7/10/06 | ND<0.10 | ND<0.10 | 0.15 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-18-12 | 12 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-19-5 | 5 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-19-12 | 12 | 7/10/06 | ND<0.10 | ND<0.10 | 0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-20-5 | 5 | 7/6/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-20-12 | 12 | 7/6/06 | ND<0.10 | ND<0.10 | 0.13 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-21-5 | 5 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-21-12 | 12 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-22-5 | 5 | 7/6/06 | 0.12 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-22-12 | 12 | 7/6/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-23-5 | 5 | 7/10/06 | ND<0.10 | ND<0.10 | 0.16 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-23-12 | 12 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-24-5 | 5 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-24-12 | 12 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-25-5 | 5 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |
| SGP-25-12 | 12 | 7/10/06 | ND<0.10 | ND<0.10 | ND<0.10 | ND<0.50 | ND<0.20 | ND<0.50 |

ft = feet below grade

µg/L = micrograms per liter

ND = Not detected at or above the reporting limit.

PCE = tetrachloroethene

TCE = trichloroethene

BENZ = benzene

TOL = toluene

EBENZ = ethylbenzene

m,p-XYL = meta and para-xylenes

Source: Phase I Environmental Site Assessment
Limited Site Characterization and Soil Gas Investigation
Brown Property, APN 8378-010-041
La Verne, Los Angeles County, California
Prepared by LOR Geotechnical Group, Inc., dated July 31, 2006

EXHIBIT 1 - PAGE 76



**TABLE 3**

SUMMARY OF SOIL GAS SURVEYS
REMEDIAL ENGINEERING, INC. AND CET ENVIRONMENTAL SERVICES, INC.

UNITED PRODUCTION SERVICES, INC.
1855 Carrion Road
La Verne, California

| SOIL SAMPLE LOCATIONS (1) | SAMPLE DEPTH (feet) | PCE | TCE | TOA | DCA | DCE | GASTECH TOV |
|---|---|---|---|---|---|---|---|
| | | | | ug/L | | | |
| **Remedial Egineering 1990** | | | | | | | |
| S–1 | 5.5 | 2.7 | ND | NA | NA | NA | NA |
| S–2 | 10.5 | ND | ND | NA | NA | NA | NA |
| S–3 | 5.0 | 0.7 | ND | NA | NA | NA | NA |
| S–4 | 5.0 | ND | ND | NA | NA | NA | NA |
| S–5 | 5.0 | ND | ND | NA | NA | NA | NA |
| S–6 | 5.5 | 1.0 | ND | NA | NA | NA | NA |
| S–7 | 3.0 | ND | ND | NA | NA | NA | NA |
| S–7 | 6.0 | ND | ND | NA | NA | NA | NA |
| S–8 | 7.5 | ND | ND | NA | NA | NA | NA |
| S–9 | 5.5 | ND | ND | NA | NA | NA | NA |
| S–10 | 3.0 | ND | ND | NA | NA | NA | NA |
| S–10 | 5.5 | ND | ND | NA | NA | NA | NA |
| S–11 | 3.0 | NA | NA | NA | NA | NA | 20 |
| S–11 | 6.0 | NA | NA | NA | NA | NA | 100 |
| S–11 | 9.0 | NA | NA | NA | NA | NA | 100 |
| S–12 | 3.0 | NA | NA | NA | NA | NA | 10 |
| S–12 | 6.0 | NA | NA | NA | NA | NA | 100 |
| S–12 | 8.0 | NA | NA | NA | NA | NA | 10 |
| S–13 | 3.0 | NA | NA | NA | NA | NA | ND |

**Source:** Soil Gas Survey Results, United Production
Former Occidental Research Corporation
1855 Carrion Road, La Verne, California
Prepared by CET Environmental Services, Inc., dated March 1994

EXHIBIT 1   PAGE 77



## TABLE 3

### SUMMARY OF SOIL GAS SURVEYS (1)
### REMEDIAL ENGINEERING, INC. AND CET ENVIRONMENTAL SERVICES, INC.

UNITED PRODUCTION SERVICES, INC.
1855 Carrion Road
La Verne, California

| SOIL SAMPLE LOCATIONS (2) | SAMPLE DEPTH (feet) | PCE | TCE | TCA | DCA | DCE |
|---|---|---|---|---|---|---|
| | | | | ug/L | | |
| CET Environmental Services, Inc. 1993 | | | | | | |
| SV–1 | 5 | ND | ND | ND | ND | ND |
| SV–2 | 5 | ND | ND | ND | ND | ND |
| SV–3 | 5 | ND | ND | ND | ND | ND |
| SV–4 | 5 | ND | ND | ND | ND | ND |
| SV–5 | 5 | ND | ND | ND | ND | ND |
| SV–6 | 5 | ND | ND | ND | ND | ND |
| SV–7 | 5 | ND | ND | ND | ND | ND |
| SV–8 | 5 | ND | ND | ND | ND | ND |
| SV–9 | 5 | ND | ND | ND | ND | ND |
| SV–10 | 5 | ND | ND | ND | ND | ND |
| SV–11 | 10.5 | 6.8 | ND | ND | ND | ND |
| SV–11 Dup | 10.5 | 4.3 | ND | ND | ND | ND |
| SV–12 | 5 | ND | ND | ND | ND | ND |
| SV–13 | 4 | ND | ND | ND | ND | ND |
| SV–14 | 5 | ND | ND | ND | ND | ND |
| SV–15 | 5 | ND | ND | ND | ND | ND |
| SV–16 | 5 | ND | ND | ND | ND | ND |
| SV–16 | 10 | 169.9 | ND | ND | ND | ND |
| SV–17 | 10 | ND | ND | ND | ND | ND |
| SV–18 | 6 | ND | ND | ND | ND | ND |
| SV–19 | 4 | ND | ND | ND | ND | ND |
| SV–20 | 4 | No Vapor | | | | |
| SV–20 | 5 | No Vapor | | | | |
| SV–20 | 6 | No Vapor | | | | |
| SV–20 | 7 | No Vapor | | | | |
| SV–20 | 8 | No Vapor | | | | |
| SV–20 | 9 | No Vapor | | | | |
| SV–21 | 4 | ND | ND | ND | 2.1 | 35.2 |
| SV–21 Dup | 4 | ND | ND | ND | ND | ND |
| SV–22 | 7.5 | ND | ND | ND | ND | ND |
| SV–23 | 7.5 | ND | ND | ND | ND | ND |

EXHIBIT 1 - PAGE 78



### TABLE 3

SUMMARY OF SOIL GAS SURVEYS (1)
REMEDIAL ENGINEERING, INC. AND CET ENVIRONMENTAL SERVICES, INC.

UNITED PRODUCTION SERVICES, INC.
1855 Carrion Road
La Verne, California

| SOIL SAMPLE LOCATIONS (2) | SAMPLE DEPTH (feet) | PCE | TCE | TCA | DCA | DCE |
|---|---|---|---|---|---|---|
| | | | | ug/L | | |
| SV–24 | 10 | ND | ND | ND | ND | ND |
| SV–25 | 10 | ND | ND | ND | ND | ND |
| SV–26 | 5 | ND | ND | ND | ND | ND |
| SV–27 | 5 | ND | ND | ND | ND | ND |
| SV–28 | 5 | ND | ND | ND | ND | 19.9 |
| SV–29 | 5 | ND | ND | ND | ND | ND |
| SV–30 | 5 | 9.6 | ND | 34.5 | ND | 15.8 |
| SV–31 | 4 | ND | ND | ND | ND | ND |
| SV–32 | 5 | ND | ND | ND | 5.9 | 95 |
| SV–32 Dup | 5 | ND | ND | ND | 6.3 | 100.7 |
| SV–33 | 5 | 2.8 | ND | ND | ND | ND |
| SV–34 | 5 | ND | ND | ND | ND | ND |
| SV–35 | 5 | 25.3 | 1.2 | 5.9 | ND | 3.4 |
| SV–35 | 9.5 | 29.5 | 1.3 | 8.8 | ND | 10.2 |
| SV–36 | 5 | ND | ND | 4.4 | ND | 3.9 |
| SV–37 | 5 | ND | ND | ND | ND | ND |
| SV–38 | 5 | ND | ND | ND | ND | ND |
| SV–39 | 5 | 2.3 | ND | 1.9 | ND | ND |
| SV–40 | 5 | ND | ND | ND | ND | ND |
| SV–41 | 5 | ND | ND | ND | ND | ND |
| SV–42 | 5 | ND | ND | ND | ND | ND |
| SV–43 | 5 | ND | ND | ND | ND | ND |
| SV–44 | 5 | ND | ND | ND | ND | ND |
| SV–45 | 5 | ND | ND | ND | ND | ND |
| SV–46 | 5 | ND | ND | ND | ND | ND |
| SV–47 | 5 | 5.0 | ND | ND | ND | ND |
| SV–48 | 5 | ND | ND | ND | ND | ND |
| SV–49 | 5 | 5.3 | ND | ND | ND | ND |
| SV–50 | 5 | ND | ND | ND | ND | ND |
| SV–51 | 5 | ND | ND | ND | ND | ND |
| SV–52 | 5 | ND | ND | ND | ND | ND |
| SV–53 | 5 | ND | ND | ND | ND | ND |

EXHIBIT 1 - PAGE 79



## TABLE 3

### SUMMARY OF SOIL GAS SURVEYS (1)
### REMEDIAL ENGINEERING, INC. AND CET ENVIRONMENTAL SERVICES, INC.

UNITED PRODUCTION SERVICES, INC.
1855 Carrion Road
La Verne, California

| SOIL SAMPLE LOCATIONS (2) | SAMPLE DEPTH (feet) | PCE | TCE | TCA | DCA | DCE |
|---|---|---|---|---|---|---|
| | | | | ug/L | | |
| SV-54 | 5 | ND | ND | ND | ND | ND |
| SV-55 | 4.5 | ND | ND | ND | ND | ND |
| SV-56 | 5 | ND | ND | ND | ND | ND |
| SV-57 | 5 | ND | ND | ND | ND | ND |
| SV-58 | 5 | ND | ND | ND | ND | ND |
| SV-59 | 5 | ND | ND | ND | ND | ND |
| SV-60 | 5 | ND | ND | ND | ND | ND |
| SV-61 | 5 | ND | ND | ND | ND | ND |
| SV-62 | 5 | ND | ND | ND | ND | ND |
| SV-63 | 5 | ND | ND | ND | ND | ND |
| SV-64 | 5 | ND | ND | ND | ND | ND |
| SV-65 | 5 | ND | ND | ND | ND | ND |
| SV-66 | 5 | ND | ND | ND | ND | ND |
| SV-67 | 5 | ND | ND | ND | ND | ND |
| SV-68 | 5 | ND | ND | ND | ND | ND |
| SV-69 | 5 | 11.6 | ND | 14.5 | ND | ND |
| SV-70 | 10 | 2.1 | ND | ND | ND | ND |

### NOTES:

ND: Not Detected
NA: Not Analyzed
ug/L: Micrograms per Liter
PCE: Perchloroethene
TCE: Trichloroethene
TCA: 1,1,1-Trichloroethane
DCA: 1,1-Dichloroethane
DCE: 1,1-Dichloroethene
TOV: Total organic vapors

(1) Analyses conducted by EPA Methods 8010 and 8020 are equivalent under the California Regional Water Quality Control Board Well Investigation Program guidelines for soil gas surveys.
(2) S-1 through S-13 sampled by Remedial Engineering, Inc., 1990
SV-1 through SV-70 sampled by CET Environmental Services, Inc., 1993

Source: Soil Gas Survey Results, United Production
Former Occidental Research Corporation
1855 Carrion Road, La Verne, California
Prepared by CET Environmental Services, Inc., dated March 1994

2062\95\T3B-214.WK1            Page 3            CET Environmental Services, Inc.

EXHIBIT 1 - PAGE 80



## TABLE 4

SUMMARY OF SOIL SAMPLING RESULTS
REMEDIAL ENGINEERING, INC. AND CET ENVIRONMENTAL SERVICES, INC.(1)
UNITED PRODUCTION SERVICES, INC.
1855 Carrion Road
La Verne, California

| SAMPLE NUMBER | TCA | PCE | TCE | DCE | TOLUENE |
|---|---|---|---|---|---|
| | Micrograms per kilogram (ug/kg) | | | | |
| **Remedial Engineering, Inc. 1990** | | | | | |
| B-1-10 | 110 | ND | ND | 5.9 | NA |
| B-1-20 | 110 | ND | ND | ND | NA |
| B-2-5 | ND | ND | ND | ND | 25 |
| B-2-10 | ND | ND | ND | ND | 16 |
| B-3-10 | 91 | ND | ND | ND | NA |
| B-3-20 | 110 | ND | ND | 6.4 | NA |
| B-4-5 | ND | ND | ND | ND | NA |
| B-4-15 | ND | ND | ND | ND | NA |
| B-5-10 | ND | ND | ND | ND | NA |
| B-5-20 | ND | ND | ND | ND | NA |
| B-6-5 | ND | ND | ND | ND | NA |
| B-7-5 | ND | ND | ND | ND | 60 |
| B-8-5 | ND | ND | ND | ND | ND |
| **CET Environmental Services, Inc. 1994** | | | | | |
| 103-5.0 | ND | ND | ND | ND | ND |
| 103-10.0 | ND | 5.9 | ND | ND | ND |
| 103-15.0 | ND | 26 | ND | ND | ND |
| 103-20.0 | ND | 290 | 5.1 | ND | ND |

NOTES:

ND:  Not detected
NA:  Not analyzed
TCA:  1,1,1-Trichloroethane
TCE:  Trichloroethene
PCE:  Perchloroethene/Tetrachloroethene
DCE:  1,1-Dichloroethene
B-5-20:  Boring number and depth of sample
103-5.0:  Boring number and depth of sample

(1) Remedial Engineering, Inc. analyses conducted by EPA Methods 8010 and 8020.
    CET Environmental Services, Inc. analyses conducted by EPA Method 8260.

Source: Soil Gas Survey Results, United Production
Former Occidental Research Corporation
1855 Carrion Road, La Verne,California
Prepared by CET Environmental Services, Inc., dated March 1994

CET Environmental Services, Inc.

EXHIBIT 1 - PAGE 81

Report of Groundwater Investigation
1330 Arrow Highway

Former Victor Graphics Site
La Verne, CA

## TABLE 1
## RESULTS OF SOIL GAS SURVEY LABORATORY ANALYSIS

| Sample ID & Depth | VC | 1,1-DCE | t-1,2-DCE | c-1,2-DCE | TCE | Toluene | PCE | EB | X |
|---|---|---|---|---|---|---|---|---|---|
| SG-1-8' | ND | ND | 1.6 | 2.0 | 10 | ND | 15 | ND | ND |
| SG-2-8' | ND | ND | 27 | 35 | 51 | ND | 109 | ND | ND |
| SG-2-12' | ND | ND | 2.4 | 10 | 5.2 | ND | 16 | ND | ND |
| SG-3-8' | ND | ND | 48 | 29 | 24 | ND | 59 | ND | ND |
| SG-4-8' | ND | ND | ND | ND | ND | ND | 2.7 | ND | ND |
| SG-5-8' | ND | ND | ND | ND | 1.4 | ND | 8.3 | ND | ND |
| SG-6-8' | ND | ND | ND | ND | 1.4 | ND | 12 | ND | ND |
| SG-7-8' | ND | ND | ND | ND | ND | ND | 2.7 | ND | ND |
| SG-8-8' | ND | ND | ND | ND | ND | ND | 2.8 | ND | ND |
| SG-9-15' | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SG-10-15' | ND | ND | ND | ND | ND | 1.1 | ND | ND | 1.2 |
| SG-11-10' | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SG-11-15' | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SG-11-20' | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SG-12-10' | ND | ND | ND | 77 | 75 | ND | 499 | ND | ND |
| SG-12-15' | 1.7 | ND | 1.9 | 20 | 19 | ND | 105 | ND | 1.0 |
| SG-12-20' | ND | ND | ND | 4.8 | 2.2 | ND | 6.4 | ND | ND |
| SG-13-5' | ND | ND | 2.1 | 12 | 8.3 | 5.0 | 111 | 1.8 | 5.1 |
| SG-14-15' | ND | ND | ND | 11 | 2.7 | 1.8 | 37 | ND | 1.3 |
| SG-15-5' | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SG-16-5' | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SG-17-5' | ND | ND | ND | 6.5 | 3.1 | ND | 10 | ND | ND |
| SG-18-5' | ND | ND | ND | ND | ND | ND | 3.1 | ND | ND |

All concentrations in µg/L (parts per billion)
VC = Vinyl Chloride
t-1,2-DCE = trans-1,2 Dichloroethene
TCE = Trichloroethene
EB = Ethylbenzone
1,1-DCE    1,1-Dichloroethene
c-1,2-DCE = cis-1,2 Dichloroethene
PCE = Tetrachloroethene
X = Total xylenes
See Official laboratory reports in Appendix B for complete list of analytes
ND = Not detected at or above the method detection limit.

Source:  Report of Soil Gas Survey and Groundwater Investigation
At the Former Victor Graphics Facility
1330 Arrow Highway,La Verne, California
Prepared by Gaston & Associates, Inc., dated September 30, 2001

EXHIBIT 1 , PAGE 82

### Table 2
### Summary of Soil Analytical Results
### Former United Production Services Facility
### La Verne, California
### July 2001

| Sample Identification | Sample Depth | Date Sampled | EPA METHOD 8260B (ug/Kg) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | 1,1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit: | | | 5 | 5 | 5 | 5 | 5 |
| SO-002-TSG-072501-0105 | 5' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0109 | 9' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0115 | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0115A | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0121 | 21' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0121A | 21' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0206 | 6' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0209 | 9' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0209A | 9' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0214 | 14' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072301-0305 | 5' | 7/23/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072301-0309 | 9' | 7/23/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072301-0309A | 9' | 7/23/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072301-0315 | 15' | 7/23/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072301-0319 | 19' | 7/23/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0406 | 6' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0409 | 9' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0415 | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0415A | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0419 | 19' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0425 | 25' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0425A | 25' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0505 | 5' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0509 | 9' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0515 | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | 38 | ND <5 |
| SO-002-TSG-072401-0515A | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | 130 | ND <5 |
| SO-002-TSG-072401-0520 | 20' | 7/24/01 | ND <5 | ND <5 | ND <5 | 170 | ND <5 |
| SO-002-TSG-072401-0520A | 20' | 7/24/01 | ND <5 | ND <5 | ND <5 | 220[1] | 5.3 |
| SO-002-TSG-072401-0605 | 5' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0609 | 9' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0615 | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-0615A | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | 60 | ND <5 |
| SO-002-TSG-072401-0620 | 20' | 7/24/01 | ND <5 | ND <5 | ND <5 | 180 | ND <5 |
| SO-002-TSG-072401-0620A | 20' | 7/24/01 | ND <5 | ND <5 | 8.3 | 450[1] | 8.8 |

Table 2 - Soil

The Source Group, Inc.

EXHIBIT 1 - PAGE 83

Table 2
Summary of Soil Analytical Results
Former United Production Services Facility
La Verne, California
July 2001

| Sample Identification | Sample Depth | Date Sampled | EPA METHOD 8260B (µg/Kg) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit: | | | 5 | 5 | 5 | 5 | 5 |
| SO-002-TSG-072601-0706 | 6' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0709 | 9' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0709A | 9' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-0715 | 15' | 7/26/01 | ND <5 | ND <5 | ND <5 | 10 | ND <5 |
| SO-002-TSG-072601-0719 | 19' | 7/26/01 | ND <5 | ND <5 | ND <5 | 32 | ND <5 |
| SO-002-TSG-072601-0719A | 19' | 7/26/01 | ND <5 | ND <5 | 16 | 1100[1] | 28 |
| SO-002-TSG-072501-0805 | 5' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0809 | 9' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0809A | 9' | 7/25/01 | ND <5 | 5.3 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0815 | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0820 | 20' | 7/25/01 | ND <5 | 21 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0820A | 20' | 7/25/01 | 16 | 420[1] | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0906 | 6' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0909 | 9' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0915 | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0915A | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0920 | 20' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-0920A | 20' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1005 | 5' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1009 | 9' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1015 | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1015A | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | 14 | ND <5 |
| SO-002-TSG-072401-1019 | 19' | 7/24/01 | ND <5 | ND <5 | ND <5 | 100 | ND <5 |
| SO-002-TSG-072401-1019A | 19' | 7/24/01 | ND <5 | ND <5 | ND <5 | 490[1] | ND <5 |
| SO-002-TSG-072401-1105 | 5' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1108 | 8' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1115 | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1115A | 15' | 7/24/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072401-1120 | 20' | 7/24/01 | ND <5 | ND <5 | ND <5 | 22 | ND <5 |
| SO-002-TSG-072401-1120A | 20' | 7/24/01 | ND <5 | ND <5 | 5.1 | 290[1] | ND <5 |
| SO-002-TSG-072501-1206 | 6' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-1209 | 9' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-1215 | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-1215A | 15' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-1220 | 20' | 7/25/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072501-1220A | 20' | 7/25/01 | ND <5 | ND <5 | ND <5 | 8.5 | ND <5 |

Table 2 - Soil                    Page 2 of 3                    The Source Group, Inc.

EXHIBIT 1 - PAGE 84

**Table 2**
**Summary of Soil Analytical Results**
**Former United Production Services Facility**
**La Verne, California**
**July 2001**

| Sample Identification | Sample Depth | Date Sampled | EPA METHOD 8260B (µg/Kg) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit: | | | 5 | 5 | 5 | 5 | 5 |
| SO-002-TSG-072601-MW1005 | 5' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1010 | 10' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1010A | 10' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1015 | 15' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1020 | 20' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1025 | 25' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1030 | 30' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1035 | 35' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1040 | 40' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1105 | 5' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1110 | 10' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1115 | 15' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1120 | 20' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1120A | 20' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1125 | 25' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1130 | 30' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1135 | 35' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1135A | 35' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1140 | 40' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |
| SO-002-TSG-072601-MW1145 | 45' | 7/26/01 | ND <5 | ND <5 | ND <5 | ND <5 | ND <5 |

**NOTES:**
µg/Kg = micrograms per kilogram
ND = Not detected above the reporting limit shown
Samples with IDs ending with "A" (e.g., SO-002-TSG-072501-0115A) were "split" samples collected using En Core™ samplers.
[1]Concentration exceeded linear range of instrument
Acetone was detected in 5 samples; however, concentrations were below quantitation limits (see lab reports)

Source: Site Assessment Report
Former United Production Services Facility
1855 Carrion Road, La Verne, California
Prepared by The Source Group, Inc., dated January 30, 2002

Table 2 - Soil                    Page 3 of 3                    The Source Group, Inc.

EXHIBIT A/PAGE 04 390

**Table 3**
**Summary of Soil Gas Analytical Results**
**Former United Production Services Facility**
**La Verne, California**
**July 2001**

| Sample Identification | Sample Depth | Date Sampled | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
|---|---|---|---|---|---|---|---|
| | | | EPA METHOD 8260B (µg/L) | | | | |
| Reporting Limit: | | | 1 | 1 | 1 | 1 | 1 |
| GS-002-TGS-072601-0106 | 6' | 7/26/01 | ND <1 | ND <1 | ND <1 | 2.4 | ND <1 |
| GS-002-TGS-072601-0110 | 10' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072601-0115 | 15' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072601-0206 | 6' | 7/26/01 | ND <1 | ND <1 | ND <1 | 3.9 | ND <1 |
| GS-002-TGS-072601-0208 | 8' | 7/26/01 | ND <1 | ND <1 | ND <1 | 36 | ND <1 |
| GS-002-TGS-072601-0215 | 15' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0306* | 6' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0310 | 10' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0315 | 15' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0320 | 20' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0405 | 5' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0415 | 15' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-0420 | 20' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0508 | 6' | 7/25/01 | ND <1 | ND <1 | ND <1 | 5.2 | ND <1 |
| GS-002-TGS-072501-0510 | 10' | 7/25/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0513 | 13' | 7/25/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0516 | 16' | 7/25/01 | ND <1 | ND <1 | ND <1 | 4.5 | ND <1 |
| GS-002-TGS-072501-0606 | 6' | 7/25/01 | ND <1 | ND <1 | ND <1 | 2.9 | ND <1 |
| GS-002-TGS-072501-0610 | 10' | 7/25/01 | ND <1 | ND <1 | ND <1 | 29 | ND <1 |
| GS-002-TGS-072601-0706 | 6' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072601-0710 | 10' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072601-0717 | 17' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0806 | 6' | 7/25/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0810 | 10' | 7/25/01 | ND <1 | ND <1 | ND <1 | 2.7 | ND <1 |
| GS-002-TGS-072501-0815 | 15' | 7/25/01 | ND <1 | ND <1 | ND <1 | 2.1 | ND <1 |
| GS-002-TGS-072501-0820 | 20' | 7/25/01 | ND <1 | ND <1 | ND <1 | 3.1 | ND <1 |
| GS-002-TGS-072501-0905 | 5' | 7/25/01 | ND <1 | ND <1 | ND <1 | 4.2 | ND <1 |
| GS-002-TGS-072501-0910 | 10' | 7/25/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0915 | 15' | 7/25/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-0920 | 20' | 7/25/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072601-1005 | 5' | 7/26/01 | ND <1 | ND <1 | ND <1 | 12 | ND <1 |
| GS-002-TGS-072601-1010 | 10' | 7/26/01 | ND <1 | ND <1 | ND <1 | 19 | ND <1 |
| GS-002-TGS-072601-1014 | 14' | 7/26/01 | ND <1 | ND <1 | ND <1 | 2.0 | ND <1 |
| GS-002-TGS-072601-1017 | 17' | 7/26/01 | ND <1 | ND <1 | ND <1 | 1.2 | ND <1 |

Table 3 - Soil Gas                    Page 1 of 2                    The Source Group, Inc.

EXHIBIT 1 - PAGE 86

Table 3
Summary of Soil Gas Analytical Results
Former United Production Services Facility
La Verne, California
July 2001

| Sample Identification | Sample Depth | Date Sampled | EPA METHOD 8260B (µg/L) | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit: | | | 1 | 1 | 1 | 1 | 1 |
| GS-002-TGS-072301-1105 | 5' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-1110 | 10' | 7/23/01 | ND <1 | ND <1 | ND <1 | 5.4 | ND <1 |
| GS-002-TGS-072301-1115 | 15' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-1120 | 20' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072301-1120 dup | 20' | 7/23/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072501-1206 | 6' | 7/25/01 | ND <1 | ND <1 | ND <1 | 2.9 | ND <1 |
| GS-002-TGS-072501-1210 | 10' | 7/25/01 | ND <1 | ND <1 | ND <1 | 2.1 | ND <1 |
| GS-002-TGS-072501-1215 | 15' | 7/25/01 | ND <1 | ND <1 | ND <1 | 6.8 | ND <1 |
| GS-002-TGS-072501-1220 | 20' | 7/25/01 | ND <1 | ND <1 | ND <1 | 2.8 | ND <1 |
| GS-002-TGS-072601-1306 | 6' | 7/26/01 | ND <1 | ND <1 | ND <1 | 1.1 | ND <1 |
| GS-002-TGS-072601-1310 | 10' | 7/26/01 | ND <1 | ND <1 | ND <1 | ND <1 | ND <1 |
| GS-002-TGS-072601-1315 | 15' | 7/26/01 | ND <1 | ND <1 | ND <1 | 2.2 | ND <1 |
| GS-002-TGS-072601-1318 | 18' | 7/26/01 | ND <1 | ND <1 | ND <1 | 1.5 | ND <1 |

NOTES:
µg/L = micrograms per liter
Tetrachloroethylene is synonymous with Tetrachloroethene

*Three samples were analyzed from the same depth to determine the optimum purge volume.
Samples were collected following purging of 2, 4, then 6 volumes of air. The 4-volume result
is shown. All other samples were collected following purging of 4 volumes of air.

Source: Site Assessment Report
Former United Production Services Facility
1855 Carrion Road, La Verne, California
Prepared by The Source Group, Inc., dated January 30, 2002

Table 3 - Soil Gas                    Page 2 of 2                              The Source Group, Inc.

EXHIBIT 1 - PAGE 87

Table 4
Summary of Groundwater Analytical Results
Former United Production Services Facility
La Verne, California
October 2001

| Sample Identification | Date Sampled | EPA METHOD 8260B (µg/L) | | | | |
|---|---|---|---|---|---|---|
| | | 1,1,1-Trichloroethane | 1,1-Dichloroethene | cis-1,2-Dichloroethene | Tetrachloroethene | Trichloroethene |
| Reporting Limit: | | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| WG-002-TSG-100201-D-17 | 10/2/01 | ND <0.5 | ND <0.5 | 14 | 50 | 26 |
| WG-002-TSG-100201-D-19 | 10/2/01 | ND <0.5 | 1.8 | 28 | 7400 | 70 |
| WG-002-TSG-100201-D-20 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |
| WG-002-TSG-100201-MW-101 | 10/2/01 | ND <0.5 | ND <0.5 | 2.6 | 270 | 5.8 |
| WG-002-TSG-100201-MW-102 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |
| WG-002-TSG-100201-MW-103 | 10/2/01 | ND <0.5 | 1.5 | 54 | 3200 | 69 |
| WG-002-TSG-100201-MW-104 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |
| WG-002-TSG-100201-MW-105 | 10/2/01 | ND <0.5 | ND <0.5 | 3.0 | 440 | 16 |
| WG-002-TSG-100201-MW-106 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | 15 | 1.5 |
| WG-002-TSG-100201-MW-107 | 10/2/01 | ND <0.5 | 14 | ND <0.5 | ND <0.5 | ND <0.5 |
| WG-002-TSG-100201-MW-108 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | 0.74 | ND <0.5 |
| WG-002-TSG-100201-MW-109 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |
| WG-002-TSG-100201-TSG-MW-10 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | 0.96 | ND <0.5 |
| WG-002-TSG-100201-TSG-MW-11 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |
| FD-002-TSG-100201-A | 10/2/01 | ND <0.5 | 1.8 | 28 | 6900 | 63 |
| FD-002-TSG-100201-B | 10/2/01 | ND <0.5 | ND <0.5 | 3.1 | 430 | 17 |
| AB-002-TSG-100201 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |
| TB-002-TSG-100201 | 10/2/01 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 | ND <0.5 |

NOTES:
µg/L = micrograms per liter
ND = Not detected above the reporting limit shown
FD-002-TSG-100201-A and FD-002-TSG-100201-B were field duplicates, collected from wells D-19
    and MW-105, respectively
AB-002-TSG-100201 was an ambient (field) blank
TB-002-TSG-100201 was a trip (travel) blank

**Source:** Site Assessment Report
Former United Production Services Facility
1855 Carrion Road, La Verne, California
Prepared by The Source Group, Inc., dated January 30, 2002

Table 4 - Groundwater                    Page 1 of 1                    The Source Group, Inc.

EXHIBIT 1 - PAGE 88

## SUMMARY OF ANALYTICAL RESULTS
## FORMER UNITED PRODUCTION SERVICES, INC.
## LA VERNE, CALIFORNIA

| Area of Interest | Sample ID & Location | Date of Assessment | Consultant | Matrix | PCE | TCE | Chloroform | MC | 1,1,1-TCA | 1,1-DCA | 1,1-DCE | cis-1,2-DCE | B | T | X | TOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S-14 | 1979 | JMM | Lithology | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | D-07 | 09/80 | JMM | Groundwater | 0.6 | 28 | .25 | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | D-08 | 09/80 | JMM | Groundwater | 0.2 | 48.3 | 0.4 | NA | NA | NA | 0.5 | NA | <1 | ND | ND | NA |
| | D-09 | 03/80 | JMM | Groundwater | 1.6 | 62.1 | 0.4 | 1.3 | NA | NA | 0.5 | NA | <1 | ND | <20 | NA |
| | D-17 | 04/81 | JMM | Groundwater | NA | 123 | <5.0 | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | D-16 | 04/81 | JMM | Groundwater | NA | 3 | <5.0 | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | D-13 | 04/81 | JMM | Groundwater | 550 | 54 | <5.0 | <20 | NA | NA | ND | NA | ND | ND | <20 | NA |
| | D-18 | 01/80 | REI | Groundwater | 8500 | 250 | <500 | <400 | <500 | <500 | <500 | NA | <5.0 | <5.0 | NA | NA |
| | D-08 | 01/80 | REI | Groundwater | 350 | <0.5 | <5.0 | <20 | <5.0 | <5.0 | <5.0 | NA | <5.0 | <5.0 | <20 | NA |
| | D-09 | 01/90 | REI | Groundwater | ND | ND | <5.0 | <20 | <5.0 | <5.0 | <5.0 | NA | <5.0 | <5.0 | <20 | NA |
| | B-04-5 | 1990 | REI | Soil | 2.7 | <0.1 | NA | ND | ND | ND | ND | NA | <1 | <1 | <5 | NA |
| | S-01 (5') | 1990 | REI | Soil Gas | ND | ND | NA | ND | ND | ND | ND | NA | ND | ND | ND | NA |
| | SV-03 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-44 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-05 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-06 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-47 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-48 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-10 (5') | 1995 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-11 (16.5') | 1993 | CET | Soil Gas | 6.9/4.3 | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-12 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-13 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-14 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | SV-17 (5') | 1993 | CET | Soil Gas | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | CPT-03 | 1994 | CET | Lithology | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | MW-101 | 1094 | CET | Groundwater | 7900 | 180 | <5 | <25 | <5 | <5 | <5 | <5 | <5 | <5 | <5 | NA |
| | MW-101 | 1094 | CET | Groundwater | 300 | 5.0 | <1 | <5 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | NA |
| | MW-001 | 0295 | CET | Groundwater | 3600 | 39 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <1 | <0.5 | <0.5 | <0.5 | NA |
| | MW-005 | 0295 | CET | Groundwater | 210 | 2.73 | <0.5 | <0.5 | <0.5 | <0.5 | <0.5 | <1 | <0.5 | <0.5 | <0.5 | NA |
| | Sewer-1-4 | 1997 | England | Soil | <5.0 | <5.0 | <5.0 | <10 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | NA |
| | I-04 | 1979 | JMM | Soil | NA | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | I-05 | 1979 | JMM | Soil | NA | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | I-06 | 1979 | JMM | Soil | NA | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | I-07 | 1979 | JMM | Soil | NA | 72 | <1 | NA | NA | NA | NA | NA | NA | ND | ND | NA |
| | I-08 | 1979 | JMM | Soil | 0.2 | 72 | <1 | NA | NA | NA | NA | NA | ND | ND | ND | NA |
| | I-09 | 1979 | JMM | Soil | 0.4 | 4.1 | NA | NA | NA | NA | NA | NA | ND | ND | ND | NA |
| | I-11 | 1979 | JMM | Soil | ND | 407 | NA | NA | NA | NA | NA | NA | ND | ND | ND | NA |
| | D-03 | 09/80 | JMM | Groundwater | NA | 0.4 | 4.7 | NA | NA | NA | NA | NA | ND | ND | ND | NA |
| | D-07 | 03/80 | JMM | Groundwater | 1.0 | 37 | 34.3 | NA | NA | NA | NA | NA | <5.0 | <5.0 | ND | NA |
| | D-15 | 03/80 | JMM | Groundwater | 0.2 | 34 | <1 | NA | NA | NA | NA | NA | ND | 8.2 | ND | NA |
| | D-08 | 04/81 | JMM | Groundwater | 0.3 | 72 | NA | NA | NA | NA | 0.3 | NA | ND | ND | ND | NA |
| | D-07 | 04/81 | JMM | Groundwater | 0.4 | <0.5 | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | D-16 | 04/81 | JMM | Groundwater | ND | 37 | NA | NA | NA | NA | ND | NA | ND | ND | ND | NA |
| | D-15 | 04/81 | REI | Groundwater | ND | <0.5 | 2.1 | <20 | <5.0 | <5.0 | <5.0 | NA | <5.0 | <5.0 | <20 | NA |
| | D-08 | 01/90 | REI | Groundwater | <5.0 | 34 | <5.0 | <20 | <5.0 | <5.0 | <5.0 | NA | <5.0 | <5.0 | <20 | NA |
| | D-14 | 01/90 | REI | Groundwater | 1.7 | 80 | 2.1 | <20 | 110 | 0.3 | 5.5 | NA | ND | 15 | <20 | NA |
| | D-15 | 01/90 | REI | Groundwater | 370 | 38 | ND | ND | 110 | ND | ND | NA | ND | 25 | NA | NA |
| | B-01-10 | 1990 | REI | Soil | ND | ND | ND | ND | 91 | ND | 6.4 | NA | ND | ND | ND | NA |
| | B-01-20 | 1990 | REI | Soil | ND | ND | ND | ND | 110 | ND | ND | NA | ND | ND | ND | NA |
| | B-02-10 | 1990 | REI | Soil | ND | ND | ND | ND | 110 | ND | ND | NA | ND | ND | ND | NA |
| | B-02-5 | 1990 | REI | Soil | ND | ND | ND | ND | 16 | ND | ND | NA | ND | ND | ND | NA |
| | B-03-10 | 1990 | REI | Soil | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | ND | NA |
| | B-03-20 | 1990 | REI | Soil | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | ND | NA |
| | B-04-15 | 1990 | REI | Soil | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | ND | NA |
| | B-04-5 | 1990 | REI | Soil | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | NA | NA |
| | B-05-10 | 1990 | REI | Soil | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | NA | NA |

The Source Group, Inc.

Sample Chron (1-19-01).xls

| Sample ID & Location | Date of Assessment | Consultant | Matrix | PCE | TCE | Chloroform | MC | 1,1,1-TCA | 1,1-DCA | 1,1-DCE | cis-1,2-DCE | B | T | X | TOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S-42 (10.5') | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-03 (3.07) | 1990 | REI | Soil Gas | 0.7 | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-06 (5.5') | 1990 | REI | Soil Gas | 1.9 | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-07 (3.0') | 1990 | REI | Soil Gas | 1.9 | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-07 (6.0') | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-08 (6.5') | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-09 (3.0') | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| S-10 (5.5') | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| 1 G-1492 | 04/02 | ERC | Soil | <5 | <5 | <5 | <25 | <5 | <5 | <5 | <5 | NA | NA | NA | NA |
| 2 G-2492 | 04/02 | ERC | Soil | <5 | <5 | <5 | <25 | <5 | <5 | <5 | <5 | NA | NA | NA | NA |
| 1G-193 | 0293 | ERC | Soil | <5 | <5 | <5 | <25 | <5 | <5 | <5 | <5 | NA | NA | NA | NA |
| 2G-193 | 0293 | ERC | Soil | <5 | <5 | <5 | <25 | <5 | <5 | <5 | <5 | NA | NA | NA | NA |
| 1G-293 | 0293 | ERC | Soil | <5 | <5 | <5 | <25 | <5 | <5 | <5 | <5 | NA | NA | NA | NA |
| 4G-293 | 0293 | ERC | Soil | <5 | <5 | <5 | <25 | <5 | <5 | <5 | <5 | NA | NA | NA | NA |
| SV-18 (5') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | NA | NA | NA | NA | NA | NA |
| SV-19 (4') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | NA | NA | NA | NA | NA | NA |
| SV-20 (4-5') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | 2.0/ND | 35.2/ND | NA | NA | NA | NA | NA |
| SV-21 (4') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-26 (4') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | 15.9 | NA | NA | NA | NA | NA |
| SV-27 (5') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-28 (4') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | 16.9 | NA | NA | NA | NA | NA |
| SV-29 (6') | 1983 | CET | Soil Gas | 9.6 | ND | NA | NA | 24.5 | ND | 16.8 | NA | NA | NA | NA | NA |
| SV-32 (4') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | 5,3/6.3 | 85/100.7 | NA | NA | NA | NA | NA |
| SV-32 (5') | 1983 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-33 (4') | 1983 | CET | Soil Gas | ND | ND | NA | NA | 5.3 | ND | 3.4 | NA | NA | NA | NA | NA |
| SV-34 (5') | 1993 | CET | Soil Gas | 26.1 | 1.2 | NA | NA | 6.5 | ND | 10.2 | NA | NA | NA | NA | NA |
| SV-34 (5.5') | 1993 | CET | Soil Gas | 29.5 | 1.3 | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-37 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-38 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | 1.3 | ND | ND | NA | NA | NA | NA | NA |
| SV-43 (5') | 1993 | CET | Soil Gas | 2.1 | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-47 (5') | 1993 | CET | Soil Gas | 5.3 | ND | NA | NA | 1.3 | ND | ND | NA | NA | NA | NA | NA |
| SV-49 (5') | 1993 | CET | Soil Gas | 5.3 | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-50 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-52 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-53 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-54 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-55 (4.5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-42 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| SV-68 (5') | 1993 | CET | Soil Gas | 11.6 | ND | NA | NA | 14.5 | ND | ND | NA | NA | NA | NA | NA |
| SV-70 (10') | 1993 | CET | Soil Gas | 40 | 2.1 | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
| CPT-09 | 1994 | CET | Lithology | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| MW-103 | 10/94 | CET | Groundwater | 6500 | 100 | <5 | <25 | <5 | <5 | <25 | NA | NA | NA | NA | NA |
| MW-103 | 0205 | CET | Groundwater | 5100 | 110 | <0.5 | <0.5 | 14 | 0.7 | 16 | 14 | <0.5 | <0.5 | <0.5 | NA |

EXHIBIT 1 - PAGE 90

| Area of Interest | Sample ID & Location | Date of Assessment | Consultant | Matrix | ANALYTE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | PCE | TCE | Chloroform | MC | 1,1,1-TCA | 1,1-DCA | 1,1-DCE | cis-1,2-DCE | B | T | X | TOV |
| | S-07 | 1979 | JMM | Soil | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | D-05 | 1986 | JMM | Groundwater | NA | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | D-05 | 04/81 | JMM | Groundwater | <0.5 | <1 | <0.5 | <3.0 | <5.0 | <0.5 | NA | NA | NA | NA | NA | NA |
| | D-05 | 01/90 | REI | Groundwater | ND | ND | ND | ND | ND | <5.0 | NA | NA | NA | ND | ND | NA |
| | S-07 [3.0'] | 01/90 | REI | Soil Gas | ND | <1 | <1 | <1 | <1 | <1 | NA | NA | NA | 69 | NA | NA |
| | S-07 [5.0'] | 1990 | REI | Soil Gas | ND | ND | NA | <1 | <1 | NA | NA | NA | NA | 69 | NA | NA |
| | S-08 [7.5'] | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | 69 | NA | NA |
| | 2 G-2432 | 04/82 | ERC | Soil | NA | <1 | <1 | <1 | <1 | <1 | NA | <1 | NA | NA | NA | NA |
| | SV-56 [5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | NA |
| | SV-56 [5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | NA |
| | SV-42 [7.5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | ND | NA | ND | ND | NA |
| | SV-69 [5'] | 1993 | CET | Soil Gas | NA | ND | NA | NA | NA | NA | ND | NA | NA | ND | ND | NA |
| | CPT-26 | 1994 | CET | Lithology | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Interior of Building A Over Former Pilot Plant. | D-02 | 1979 | JMM | Soil | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | D-19 | 08/80 | JMM | Groundwater | 0.5 | 69.2 | 0.4 | <2.0 | NA | 0.5 | NA | NA | NA | NA | NA | NA |
| | D-19 | 04/81 | REI | Groundwater | NA | 3 | NA | <3.0 | 1.3 | <0.5 | NA | NA | NA | NA | NA | NA |
| | D-19 | 01/90 | REI | Groundwater | 350 | <0.5 | 0.2 | <3.0 | <3.0 | <3.0 | 0.5 | NA | NA | NA | NA | NA |
| | D-20 | 01/90 | JMM | Groundwater | 3 | 8.8 | 0.2 | ND | NA | ND | <3.0 | NA | NA | NA | NA | NA |
| | S-07-5 | 1990 | REI | Soil | ND | ND | NA | ND | ND | ND | NA | NA | NA | NA | NA | NA |
| | S-03 [3.0'] | 1990 | REI | Soil Gas | 0.7 | ND | <1 | ND | ND | ND | NA | NA | NA | NA | NA | NA |
| | SV-01 [5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | NA | NA | NA | NA | NA |
| | SV-42 [5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | NA | NA | NA | NA | NA |
| | SV-03 [5'] | 1993 | CET | Soil Gas | 6.8/4.3 | ND | ND | <1 | ND | ND | ND | NA | NA | NA | NA | NA |
| | SV-41 [10.5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | NA | NA | NA | NA | NA |
| | SV-42 [7.5'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | NA | NA | NA | NA | NA |
| | SV-23 [2.5'] | 1993 | CET | Soil Gas | ND | ND | NA | <3.0 | NA | ND | ND | NA | NA | NA | NA | NA |
| Floor Drains in Building E | S-03 [5.0'] | 1990 | REI | Soil Gas | 0.7 | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | S-04 [5.0'] | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | ND |
| | S-11 [3.0'] | 1990 | REI | Soil Gas | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | S-3 [3.0'] | 1990 | REI | Soil Gas | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | ND |
| | B-05 | 1990 | REI | Soil | ND | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | SV-02 [5'] | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |
| | SV-03 [5'] | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |
| | SV-41 [5'] | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |
| | SV-24 [10'] | 1993 | CET | Soil Gas | 590 | 54 | <5.0 | <5.0 | <5.0 | 5.9 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | NA |
| | SV-20 [5'] | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |
| | SV-30 [5'] | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |
| Clarifier and Sewer Lift Pump | D-08 | 1979 | JMM | Soil | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | S-14 | 1979 | JMM | Lithology | NA | NA | NA | NA | NA | NA | NA | NA | <1.2 | NA | NA | NA |
| | D-17 | 08/80 | JMM | Groundwater | 0.4 | 28 | 25 | NA | NA | NA | NA | NA | <5.0 | NA | NA | ND |
| | D-17 | 04/81 | JMM | Groundwater | NA | 28 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | D-17 | 01/90 | REI | Soil | ND | 54 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | <5.0 | NA |
| | B-01-10 | 1990 | REI | Soil | ND | ND | ND | ND | ND | 110 | 110 | NA | NA | NA | ND | NA |
| | S-09 [20] | 1990 | REI | Soil | ND | ND | ND | ND | ND | 110 | 5.9 | NA | NA | NA | NA | NA |
| | S-89 [10.5'] | 1990 | REI | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |
| | S-13 [3.0'] | 1990 | REI | Soil Gas | NA | ND | ND | <3.0 | NA | ND | NA | NA | NA | NA | NA | NA |
| | SV-17 [10'] | 1993 | CET | Soil Gas | ND | ND | ND | ND | ND | ND | ND | NA | NA | NA | ND | ND |
| | SV-18 [5'] | 1993 | CET | Soil Gas | ND | ND | NA | NA | NA | ND | ND | NA | NA | NA | NA | NA |

| Area of Interest | Sample ID & Location | Date of Assessment | Consultant | Matrix | PCE | TCE | Chloroform | MC | 1,1-TCA | 1,1-DCA | 1,1-DCE | cis-1,2-DCE | B | T | X | TOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Historical Chlorinated Releases | D-13 | 05/90 | JMM | Groundwater | ND | 1.1 | 4.6 | NA | ND | ND | ND | NA | ND | 0.6 | ND | NA |
|  | D-13 | 05/90 | JMM | Groundwater | ND | 1.0 | 4.7 | NA | ND | ND | NA | NA | NA | 0.2 | ND | NA |
|  | D-13 | 04/91 | JMM | Groundwater | NA | 1.6 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
|  | D-14 | 04/91 | JMM | Groundwater | ND | 4 | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
|  | D-14 | 01/90 | REI | Groundwater | 1.7 | 24 | 2.1 | <2.0 | <3.3 | <0.8 | <3 | NA | NA | NA | NA | NA |
|  | B-36-10 | 1990 | REI | Soil | ND | ND | ND | ND | ND | ND | ND | NA | NA | NA | NA | NA |
|  | B-36-20 | 1990 | REI | Soil | ND | ND | NA | ND | ND | ND | <3 | NA | NA | NA | NA | NA |
|  | S-04 (5.5') | 1990 | REI | Soil Gas | ND | ND | NA | NA | <3 | NA | NA | <4 | NA | NA | NA | NA |
|  | S-07 (3.0') | 1990 | REI | Soil Gas | ND | ND | NA | NA | <3 | NA | NA | <4 | NA | NA | NA | NA |
|  | S-07 (3.0') | 1990 | REI | Soil Gas | ND | ND | NA | NA | <3 | NA | NA | <4 | NA | NA | NA | NA |
|  | S-07 (6.0') | 1990 | REI | Soil Gas | ND | ND | NA | NA | <3 | NA | NA | NA | NA | NA | NA | NA |
|  | S-08 (7.5') | 1990 | REI | Soil Gas | ND | ND | NA | NA | <3 | NA | NA | NA | NA | NA | NA | NA |
|  | 2 G-24/92 | 04/92 | ERC | Soil | <5 | ND | <3 | <3 | <3 | <3 | ND | <4 | NA | NA | NA | NA |
|  | SV-29 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-54 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-56 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-47 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-58 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-40 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-41 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | SV-42 (5') | 1993 | CET | Soil Gas | ND | ND | NA | NA | ND | ND | ND | NA | NA | NA | NA | NA |
|  | CPT-05 | 1994 | CET | Lithology | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

Notes:
1. Units of Measure for Soil Vapor and Groundwater are micrograms per liter (µg/L).
2. Unit of Measure for Soil are milligrams per kilogram (mg/kg).
3. PCE = Tetrachloroethane
4. TCE = Trichloroethane
5. Chloroform is Synonymous with Trichloromethane
6. MC = Methylene Chloride
7. 1,1,1-TCA = 1,1,1-Trichloroethane

8. 1,1-DCA = 1,1-Dichloroethane
9. 1,1-DCE = 1,1-Dichloroethene
10. cis-1,2-DCE = cis-1,2-Dichloroethylene
11. B = Benzene
12. T = Toluene
13. X = Total Xylenes
14. Color coding corresponds to colored figures in the Site Assessment Report, dated January 19, 2001.

Source: Site Assessment Report
Former United Production Services Facility
1855 Carrion Road
La Verne, California
Prepared by The Source Group, Inc., dated January 30, 2002

EXHIBIT 1 - PAGE 92

ATTACHMENT B

**References**

EXHIBIT W / PAGE 04308

# REFERENCES

CET Environmental Services, Inc. 1994. *Soil Gas Survey Results, United Production/Former Occidental Research Corporation Facility, 1855 Carrion Road, La Verne, California.* March.

Clayton Environmental Consultants, Inc. 1989. *Subsurface Soil Assessment at Synthane Taylor Corporation, Circuitry Products, 1400 Arrow Highway, La Verne, California.* September 22.

Environmental Support Technologies, Inc. 2006. Soil Gas Surveying, Standard Methods and Procedures for Soil Gas Surveys.

Gaston & Associates, LLC. 2001. Report of Soil Gas Survey and Groundwater Investigation at the Former Victor Graphics Facility, 1330 Arrow Highway, La Verne, California. September 30.

-----. 2002. Fourth Quarter 2002 Groundwater Monitoring Report for the Former Victor Graphics Facility, 1330 Arrow Highway, La Verne, California. December 6.

Geoffrey Upson. 1985. Site Inspection, Occidental Research Corporation, 1855 Carrion Road, La Verne, California, 91750. August 16.

James M. Montgomery, Consulting Engineers, Inc. 1981. *Final Report, Occidental Research Corporation, La Verne Site Study.* September.

Leggette, Brashears & Graham, Inc. 1990. *Subsurface Investigation, Synthane-Taylor Corporation, La Verne, California.* August.

LOR Geotechnical Group, Inc. 2006. Phase I Environmental Site Assessment, Limited Site Characterization, and Soil Gas Investigation Brown Property APN 8378-010-041, La Verne, Los Angeles County, California. July 31.

-----. 2006. Proposal to Conduct a Soil Gas Investigation, Brown Property, APN 8378-010-041, La Verne, Los Angeles County, California. June 5.

PIC Environmental Services. 2000. Letter Re: Brown Family Trust Property, Metropolitan Water District Property, 1230 Arrow Highway (Formerly 1855 Carrion Road) La Verne, California. December 11.

EXHIBIT 1 - PAGE 94

Remedial Engineering, Inc.  1990.  *Subsurface Investigation Report, United Production Services, 1855 Carrion Road, La Verne, California.*  April 4.

The Source Group, Inc.  2001.  Site Assessment Workplan, Former United Production Services Facility, 1855 Carrion Road, La Verne, California.  January 19.

-----.  2002.  Site Assessment Report, Former United Production Services Facility, 1855 Carrion Road, La Verne, California.  January 30.

-----.  2002.  Quarterly Groundwater Monitoring Report, Second Quarter 2002, Former United Production Services Facility, 1855 Carrion Road, La Verne, California.  August 5.

-----.  2002.  Quarterly Groundwater Monitoring Report, Third Quarter 2002, Former United Production Services Facility, 1855 Carrion Road, La Verne, California.  November 12.

# EXHIBIT "C"

EXHIBIT 1 - PAGE 96



77 Bunsen
Irvine, CA 92618

Geotechnical &
Environmental Engineers

Tel 949.502.5353, Fax 949.502.5354
E-Mail: info@geokinetics.org

## RESUME OF GLENN D. TOFANI

**EDUCATION:**

M.S.C.E. (1983)   California State University, Long Beach.
Specializing in Geotechnical Engineering.

B.S.C.E. (1982)   California State University, Long Beach.

**REGISTRATIONS:**

o  Registered Civil Engineer in California

o  Registered Geotechnical Engineer in California

o  Registered Civil Engineer in Alabama (Inactive)

o  Registered Civil Engineer in Arizona

o  Registered Civil Engineer in Colorado

o  Registered Civil Engineer in Illinois

o  Registered Civil Engineer in Missouri

o  Registered Civil Engineer in Nevada

o  Registered Civil Engineer in New Mexico

o  Registered Civil Engineer in New York (Inactive)

o  Registered Civil Engineer in Texas

o  Registered Civil Engineer in Utah (Inactive)

EXHIBIT 1 - PAGE 97

- o Licensed General Building Contractor in California (B License)

- o Licensed General Engineering Contractor in California (A License)

- o Licensed Hazardous Substance Removal Contractor

- o Licensed Electrical Contractor (C-10)

- o Licensed Fire Protection Contractor (C-16)

- o Licensed Plumbing Contractor (C-36)

- o Licensed Sanitation System (C-42)

**PROFESSIONAL AFFILIATIONS:**

- o Member International Conference of Building Officials

- o Member American Concrete Institute

- o Member of Environmental Assessment Association

**PROFESSIONAL HISTORY:**

| | |
|---|---|
| 2000 - Present | President, Advanced Construction Technologies Corporation, Irvine, California. |
| 1999 - Present | President/Principal Engineer, GeoKinetics Corporation, Irvine, California. |
| 2003 - 2010 | Part Time Lecturer, University of California at Irvine. |
| 1984 - 1999 | Project Engineer/Vice President/Principal Engineer, Bing Yen & Associates, Irvine, California. |
| 1986 - 1992 | Part-Time Faculty, California State University Long Beach, Department of Civil Engineering, Long Beach, California. |
| 1984 - 1986 | Project Engineer, Dallas Consulting, Mt. Carmel, Illinois. |

Page 2 of 8

EXHIBIT 1 - PAGE 98

| 1983 - 1984 | Project Engineer (GS-9), U.S. Army Corps of Engineers, Los Angeles Office, Soils and Foundation Section, Los Angeles, California. |
| 1980 - 1983 | Research Assistant, California State University Department of Civil Engineering with individual projects for U.S. Navy, Southern California Edison, Los Angeles Department of Water and Power, and Flour Corporation. |

**EXPERIENCE:**

Mr. Tofani has more than 35 years of experience in the fields of civil, geotechnical and environmental engineering.  He has extensive experience in the completion of both Phase I and Phase II environmental investigations as well as in the development, design, cost estimation, permitting, construction and implementation remedial measures for properties impacted with petroleum hydrocarbons, heavy metals, PCB's, chlorinated solvents, pesticides, and other contaminants. He has performed assessments to quantify exposure risks for heavy metals, hydrocarbons, solvents, and other contaminants at numerous sites.  He has also performed modeling and assessment activities to evaluate contaminant sources, transport, and potential liability allocations for toxic releases.

Mr. Tofani has extensive experience in the investigation and mitigation of subsurface Volatile Organic Compounds (VOCs), methane, hydrogen sulfide and other biogenic and petrogenic combustible gases.  He has been responsible for subsurface gas and/or soil vapor investigations at more than 20,000 properties over the last three decades.  Typical projects have involved the installation and monitoring of multi-stage gas probes, the identification of combustible gas and/or VOC source(s) and concentrations through gas chromatography / mass spectrometry analysis, isotopic analysis, carbon dating, and other analytical procedures, as well as the design and construction of gas or VOC mitigation systems.  These have included active and passive sub-slab ventilation systems as well as sub-slab membranes constructed of spray-applied CMA membranes, HDPE, LLDPE, and other materials. He has performed long term tests on sub-slab vapor mitigation membranes to document their performance, and designed, permitted, and/or installed methane or VOC vapor mitigation systems at more than 20,000 buildings to date.  Mr. Tofani has also been involved in the testing, design, and installation of landfill liners and covers over the past 35 years - using both clay and synthetic materials such as HDPE and LLDPE.

Page 3 of 8

EXHIBIT 1 - PAGE 99

Mr. Tofani is experienced in the location, investigation, assessment, and abandonment / re-abandonment oil and gas wells to current California standards. He is knowledgeable of well drilling and development practices, including hydraulic fracturing. Mr. Tofani is experienced in groundwater modeling, including contaminant fate and transport, and as well as the application of numerous investigative and remedial techniques including soil gas surveys, soil vapor extraction, in-situ biodegradation, in-situ chemical oxidation, total fluids and product-only recovery procedures using well installations, vacuum enhanced fluid recovery using well points, soil washing, soil venting, thermal oxidation, chemical oxidation, U.V. oxidation, in-situ inertization, free product/water separation techniques, cavitation-oxidation treatment systems, air-stripping, carbon absorption, ion exchange, ozone sparging, and others. Mr. Tofani has experience interacting with regulatory agencies such as the Regional Water Quality Control Board / State Department of Water Resources, the Department of Health Services, the California Department of Conservation - Division of Oil, Gas and Geothermal Resources, the Southern California Air Quality Management District, and both the California and Federal Environmental Protection Agencies with respect to the investigation, remediation, monitoring, and closure of environmentally impacted sites in California. Mr. Tofani has served as a technical advisor to the State of California Department of Toxic Substances Control, the Los Angeles Department of Building and Safety, the County of Los Angeles, the County of San Diego, and other regulatory agencies with respect to environmental regulatory issues.

Mr. Tofani's civil and geotechnical engineering experience includes:

- o   The design, investigation, analysis, and construction of pipelines, storm drains, and pipeline corrosion protection systems along with the investigation and evaluation of pipeline failures;

- o   The design, permitting, installation and operation of construction dewatering systems and permanent dewatering systems;

- o   The design, analysis, investigation and construction of earth and rockfill dams and embankments including the use of two and three dimensional static and dynamic limit equilibrium, finite difference and finite element modeling techniques to evaluate embankment stability, deformations, and groundwater flow patterns and pressure distribution;

- o   The hydraulic analysis, design, and construction of detention basins, channels, storm drains, culverts, and pipelines;

EXHIBIT 1 - PAGE 100

o      Sediment transport analysis;

o      The development of limit equilibrium and finite element based computer programs to evaluate slope stability and long term slope creep deformation and stress distributions;

o      The investigation, design, and construction of foundation systems for low, medium, and high rise residential and commercial buildings, bridges, offshore oil platforms, and power plants as well as the evaluation of the performance of both shallow and deep foundations through various modelling techniques and field verification tests;

o      The design, investigation, testing, evaluation, construction, and repair of both post-tensioned and conventionally reinforced slab-on-grade foundation systems for residential and commercial structures;

o      The investigation of foundation-related structural distress, construction defect, and moisture intrusion claims at more than 10,000 residential and commercial structures;

o      The investigation, design, and grading of residential and commercial sites;

o      Review, evaluation, approval, and/or oversight of residential, commercial and industrial grading and development projects on behalf of various southern California municipalities and County agencies;

o      The investigation, analysis, and stabilization of landslides and slope failures;

o      The design, fabrication, installation and operation of landslide dewatering systems including the installation of dewatering wells over 400 feet in depth, the design and installation of dewatering well pumping and pump control systems, and the installation, monitoring and maintenance of horizontal drains up to 1500 feet in length;

o      The design, investigation, analysis, and construction of tunnels and subway systems;

Page 5 of 8

EXHIBIT 1 - PAGE 101

o      The design, analysis, installation and monitoring of various types of shoring systems for excavations up to approximately 80 feet in depth;

o      The design, investigation, analysis, and construction of asphalt and concrete roadways and parking surfaces;

o      The preparation and implementation of erosion control and storm water pollution prevention plans;

o      The use of subsurface investigative techniques such as cone penetration testing, numerous drilling/excavation methods, dip meter logging, gamma logging, resistivity logging, acoustic logging, stereoscopic borehole cameras, side-wall coring, and geophysical techniques such as seismic refraction, ground penetrating radar, electromagnetic induction, gravity surveys, soil resistivity surveys, and others;

o      The installation and operation of various geotechnical monitoring systems involving slope inclinometers, piezometers, tiltmeters, multiple position borehole and surface extensiometers, total pressure cells, vibrating wire and resistive strain gages, load cells, and accelerometers, GPS monuments, and other devices;

o      The development of high-speed, computerized field data acquisition systems for slope inclinometer, piezometer and tiltmeter monitoring, and the development of user-interactive software for data acquisition, processing and plotting;

o      The instrumentation and monitoring of earthen and rockfill embankments, high free standing and tied-back retaining walls, deep excavations, tunnels, large diameter offshore piles, and traffic vibration loading on buildings and slopes; and

o      The development of computer controlled laboratory testing equipment including a large diameter triaxial testing system to evaluate the performance of landfill liner systems and protective coatings for underground pipelines.

Page 6 of 8

EXHIBIT 1 - PAGE 102

**PUBLICATIONS & PRESENTATIONS:**

1.  "Measure of Soil Anchoring Effective on Protective Coatings for Heated Oil Pipelines", Proceeding of 5th International Conference on the Protection of Pipes; Innsbruck, Austria, pp. 229-240; co-authored with Dr. Bing Yen.

2.  "Soil Resistance to Stud Link Chain", Proceeding of 1984 Offshore Technology Conference, Houston, Texas; paper No. 4769, May 1984; co-authored with Dr. Bing Yen.

3.  "Soil Stress Assessment Can Prevent Corrosion, Reduce Pipeline Coating Damage", Oil & Gas Journal, Vol. 83, No. 34, pp. 63-78, August 1985; co-authored with Dr. Bing Yen.

4.  "Design and Stability Evaluation of Balsam Meadow Dam", ASCE Proceedings, pp. 509-527, October 1985; co-authored with Dr. C.F. Tsai and Dr. Bing Yen.

5.  "Tiltmeters Keep San Diego Church on Firm Footing", Civil Engineering Magazine, April 1991; co-authored with Frank Horath.

6.  "Geotechnical Applications of Electronic Tiltmeters", presented at the 17th Annual ASCE Southwest Section Geotechnical Conference in Honolulu, Hawaii, April 23, 1992.

7.  "Investigation of the Big Rock Mesa Landslide - Malibu, California", presented at the Association of Engineering Geologists 35th Annual Meeting, October 2-9, 1992, Los Angeles, California; co-authored with Dr. James Anderson.

8.  "Degradation of Hydrocarbons Induced by Hydrogen Peroxide Injection", 3rd International Symposium on Environmental Geotechnology, June 10-12, 1996. Co-authored with Kenneth Williams and Christian Mackin.

9.  "Grout-in-Place Installation of Combination Slope Inclinometers / Multi-Stage Piezometers", ASCE Seminar on Geotechnical Field Instrumentation, April 1, 2000, Seattle, Washington.

10. Seminar on Methane Gas Investigation and Mitigation, presented to California Department of Toxic Substances Control, Glendale, California, February 2002.

EXHIBIT 1 - PAGE 103

11. "Estimation of Vapor Migration Rates to the Interior of Buildings" presented at 6th International Conference of Remediation of Chlorinated and Recalcitrant Compounds 2008, Monterey, California.  Co-Authored with John DeReamer and Kevin Lea.

12. "Chemical Compatibility of Liquid Boot[R] Membranes With Respect to Vapor Barrier Applications" presented at CETCO Vapor Intrusion University, April 29, 2008, New York, New York.

13. "Methane Mitigation Standards" presented at CETCO Vapor Intrusion University, April 29, 2008, New York, New York.

14. "Selection of Vapor Mitigation Strategies for Contaminated Site Construction" published in Brownfield News & Sustainable Development, February 2009.

15. "Engineering Characteristic of VOC Vapor Barriers" presented at CETCO Vapor Intrusion University, May 28, 2009, Chicago, Illinois.

16. "Performance Monitoring of VOC Mitigation Systems" by Glenn Tofani and Kevin Lea presented at the 7th International Conference on Remediation of Chlorinated and Recalcitrant Compounds in Monterey, California, May 2010.

17. "Considerations and Procedures Associated with the Mitigation of Gas and Vapor Migration to Interior Spaces" by Glenn Tofani presented at CETCO Remediation University in Santa Ana, California, April 28, 2011.

18. "Mitigation of Vapor Migration to Interior Spaces" by Glenn Tofani presented at CETCO Remediation University in Toronto, Canada, June 14, 2012.

19. "Resolving Unexpected Monitoring Results - Two Case Histories" by Glenn Tofani published in Geotechnical Instrumentation News, September 2014.

20. "Widespread Misconceptions Involving Liquid or Vapor Flow in Geotechnical Monitoring Applications" by Glenn Tofani published in Geotechnical Instrumentation News, December 2014.

21. "Critical Aspects of the Design, Installation, and Performance Monitoring of Vapor Mitigation Systems" by Glenn Tofani presented at the 20th California Unified Program Annual Training Conference in San Francisco, California.

{ E N D }

EXHIBIT 1 - PAGE 104



77 Bunsen
Irvine, CA 92618

Tel 949.502.5353, Fax 949.502.5354
E-Mail: info@geokinetics.org

## 2018 PROFESSIONAL FEE SCHEDULE
### GEOTECHNICAL CONSULTING SERVICES

### FEES FOR PROFESSIONAL, TECHNICAL AND SUPPORT STAFF

GeoKinetics Inc. charges our clients for professional, technical and support services for time directly related to a project.    Charges are not made for ordinary secretarial services, office management, accounting, maintenance or other activities not directly related to a project.    Current personnel classifications and rates are summarized below:

| Personnel Classification | Rate (per hour) |
|---|---|
| Principal Engineer | $190.00 |
| Senior Engineer or Geologist[1] | 180.00 |
| Project Engineer or Geologist[1] | 160.00 |
| Staff Engineer or Geologist[1] | 150.00 |
| Certified Remote Pilot (UAV Pilot) | 160.00 |
| Deputy Inspector[1] | 100.00 |
| Senior Technician[1] | 100.00 |
| Project Technician[1] | 80.00 |
| Junior Technician[1] | 70.00 |
| Software Engineer | 140.00 |
| Principal Technical Illustrator | 150.00 |
| Senior Technical Illustrator[1] | 140.00 |
| Technical Illustrator[1] | 115.00 |
| Junior Technical Illustrator[1] | 90.00 |
| Senior Electrician[1] | 120.00 |
| Laboratory Director | 110.00 |
| Senior Project Manager[1] | 130.00 |
| Project Manager[1] | 100.00 |
| Junior Project Manager[1] | 85.00 |
| Data Analyst[1] | 75.00 |
| Field Laborer[1] | 50.00 |

[1]   Overtime will be charged at 1.3 times the above listed rates for these personnel classifications. Overtime is defined as time charged to a project in excess of 8 hours per day, time worked on weekends, holidays, or night shifts.

Deposition and trial testimony will be charged at the rate of $360.00 per hour.

### PROJECT-RELATED EXPENSES

Expenses directly related to a project will be billed as follows:

Subcontractors (drilling, trenching, surveying, testing, etc.), and travel related expenses (hotels, meals, vehicle rentals, air travel, etc.) and other project expenses (e.g., aerial photographs, outside reprographics, equipment rental, overnight shipping, project-related expendable supplies, etc.) will be charged at cost plus 15 percent.

EXHIBIT 1 - PAGE 105

Field equipment and expendables will be charged in accordance with GeoKinetics' Standard Field Equipment Cost schedule.

Travel time to and from a project will be invoiced in accordance with the hourly rates listed above. Mileage for project related travel will be billed at $0.685 per mile.

In-house photocopy/reproduction will be billed at $.05/page for Black & White 8 ½ x 11 Photocopies; $.08/page for Black & White 11 x 17 Photocopies; $.10/page for Color 8 ½ x 11 Photocopies; $.12/page for Color 11 x 17 Photocopies; $.15/page for Black & White 8 ½ x 11 Digital Prints; $.18/page for Black & White 11 x 17 Digital Prints; $.45/page for Color 8 ½ x 11 Digital Prints; $.60/page for Color 11 x 17 Digital Prints; $6.00/sheet for Digital Report Covers; Oversized, Digital Color 600-dpi prints will be billed at $7.50 for 24x36; $10.50 for 30x40; $11.00 for 30x42 and $15.50 for 36x50; Property Profiles will be billed at a rate of $20.00 per address; High Resolution Aerial Photographs will be billed at a rate of $100.00 per image.

Photograph development and printing will be billed at $.50/photo.

## CHANGES TO FEE SCHEDULE

This fee schedule applies to services rendered in the current year and/or until a new schedule is issued. GeoKinetics Inc. reviews and revises its fee schedule periodically.  Unless other arrangements have been made, charges for services (including continuing projects initiated in the prior year) will be based on the most recently published fee schedule.

## INVOICES

Invoices will be issued monthly, or at other specified intervals, and will be payable upon receipt, unless other arrangements have been previously agreed upon.  Interest of 1 percent per month (but not exceeding the maximum rate allowed by law) will be payable on accounts not paid within 60 days. Any attorney's fees or other costs incurred in collecting delinquent accounts shall be paid by the client.

## CONDITIONS

GeoKinetics Inc. warrants that its services are performed in accordance with generally accepted standards of care and diligence normally practiced by recognized consulting firms performing services of a similar nature.  No other warranty, either expressed or implied, is included or intended in GeoKinetics Inc.'s proposals, contracts or reports.

GeoKinetics Inc. will not be liable for any loss, damage or liability to persons or property arising out of performance of its services, other than for professional errors and omissions within the stated limits, coverage, or conditions of its insurance.  For any damage resulting from any error, omission, or other professional negligence, our liability will be limited to $25,000 or GeoKinetics Inc.'s total billing on the project in question, whichever is less.  If higher limits are required, arrangement should be made with GeoKinetics Inc. prior to the initiation of the project.  The client should discuss higher limits, and the charges involved, with GeoKinetics Inc.

EXHIBIT 1 - PAGE 106

## DEPOSITION AND TRIAL TESTIMONY
## FOR GLENN TOFANI
### (Since November 2001)

| Reference | Project Name | Project Location | Date of Deposition | Date of Trial Testimony |
|---|---|---|---|---|
| 1 | Lee vs. Fieldstone | Oceanside, CA | Nov-01, Dec-01 | May-02 |
| 2 | Ace vs. Centex | San Clemente, CA | Apr-03, May-03 | N/A |
| 3 | Gindi vs. Fire Insurance Exchange | Laguna Niguel, CA | May-03 | N/A |
| 4 | Griffin DeWatering vs. PK Contractors | Oceanside, CA | Nov-03 | Dec-03 |
| 5 | Acosta / Alvarez vs. Synthetic Industries | Palmdale, CA | Dec-03 | Feb-04 |
| 6 | Araya / Aiello vs. KB | Antioch, CA | Apr-04 | N/A |
| 7 | Laguna Crest Estates vs. Shapell Industries | Laguna Niguel, CA | Apr-04 | N/A |
| 8 | Country Glen vs. Presley | San Diego, CA | May-04 | N/A |
| 9 | Longfield/Woodhouse vs. Laguna Beach County | Laguna Beach, CA | May-04, Jul-04 | N/A |
| 10 | Torino vs. City of Palos Verdes | Palos Verdes, CA | Jun-04 | Nov-04 |
| 11 | Waugh vs. Centex Homes | San Clemente, CA | Sep-04 | N/A |
| 12 | Abt vs. Barratt | Moreno Valley, CA | Nov-04 | N/A |
| 13 | Aguilera vs. Richmond Homes | Murrieta, CA | Nov-04 | N/A |
| 14 | Fortuno vs. Prospect Hills | Santee, CA | Jan-05 | N/A |
| 15 | Campos vs. Fieldstone | Chino, CA | Mar-05 | N/A |
| 16 | Valbuena vs. Shelton | San Bernardino, CA | Mar-05 | May-08 |
| 17 | KB Temecula | Temecula, CA | Apr-05 | N/A |
| 18 | Klein (Enclave) | Stevenson Ranch, CA | Jun-05 | N/A |
| 19 | Presley Banning | Banning, CA | Jun-05 | N/A |
| 20 | DePace vs. Harris | Los Angeles, CA | Jun-05, Jan-06 | Jan-08 |
| 21 | Hoyal vs. City of San Juan Capistrano | San Juan Capistrano, CA | Jul-05 | N/A |
| 22 | Ambrose, Burkett vs. Shea Homes | Escondido, CA | Sep-05 | N/A |
| 23 | Alba vs. KB Homes | Rancho Cucamonga, CA | Sep-05, Oct-05 | N/A |
| 24 | Tustin Del Verde vs. Rielly Homes | Tustin, CA | Nov-05 | N/A |
| 25 | Del Prado Highland vs. Real Homes | Las Vegas, NV | Dec-05 | N/A |
| 26 | Diamond vs. Pardee Homes | Santa Clarita, CA | Dec-05 | N/A |
| 27 | Arias vs. Standard Pacific Homes | Simi Valley, CA | Dec-05 | N/A |
| 28 | Toll vs. Peterson | Thousand Oaks, CA | Jan-06 | N/A |
| 29 | Nanko vs. Etco | Huntington Beach, CA | Feb-06 | Apr-06 |

Page 1 of 5

EXHIBIT 1 - PAGE 107

## DEPOSITION AND TRIAL TESTIMONY
## FOR GLENN TOFANI
*(Since November 2001)*

| Reference | Project Name | Project Location | Date of Deposition | Date of Trial Testimony |
|---|---|---|---|---|
| 30 | Croulet vs. Loannow | Yorba Linda, CA | Mar-06 | N/A |
| 31 | Ahlers vs. KB Coastal | Aliso Viejo, CA | Apr-06 | N/A |
| 32 | Anderson vs. Fuller | Santa Barbara, CA | N/A | May-06 |
| 33 | Bashor vs. Continental Homes | Riverside, CA | Jul-06 | N/A |
| 34 | Agul vs. Brock | Orange County, CA | Jul-06 | NA |
| 35 | Kendall Jackson vs. LBI | Monterey, CA | Aug-06 | N/A |
| 36 | Arseneau vs. Davidon Homes | Antioch, CA | Sep-06 | N/A |
| 37 | Monks vs. City of Rancho Palos Verdes | Rancho Palos Verdes, CA | Sep-06 | Feb-07 |
| 38 | Segura vs. MJ Brock | Chino Hills, CA | Sep-06 | N/A |
| 39 | Bartolini vs. Corbett | Dana Point, CA | Sep-06 | N/A |
| 40 | An vs. Pardee Homes | San Diego, CA | Nov-06 | N/A |
| 41 | Appleman vs. Pulte Homes | Banning, CA | Nov-06 | N/A |
| 42 | Drucker vs. Reuters | Laguna Beach, CA | Jan-07 | N/A |
| 43 | Valdez vs. Young Homes | Fontana, CA | Jan-07 | N/A |
| 44 | Pierce vs. County of Los Angeles | Castaic, CA | Apr-07 | N/A |
| 45 | Rozbicka (Hoyal) | San Juan Capistrano, CA | Apr-07 | May-07 |
| 46 | 3113 S. Durango Avenue | Los Angeles, CA | May-07 | Nov-07 |
| 47 | Ben-Nun vs. Brkic | Pasadena, CA | Jun-07 | N/A |
| 48 | Goldstein vs. Beck | Los Angeles, CA | Jun-07 | N/A |
| 49 | Pacific Bay Chula Vista | Chula Vista, CA | Jun-07 | N/A |
| 50 | Aames vs. Forecast | Oceanside | Jul-07 | N/A |
| 51 | Powell vs. Maron | Rancho Palos Verdes, CA | Sep-07 | Oct-07 |
| 52 | Ferry vs. South Coast Water District | Dana Point, CA | Oct-07 | N/A |
| 53 | Kemper vs. Stirrat | Manhattan Beach, CA | Nov-07 | N/A |
| 54 | Del Web vs. Anthem | Anthem, AZ | Jan-08 | N/A |
| 55 | Torres vs. Smythe | La Canada - Flintridge, CA | Jan-08 | Feb-08 |
| 56 | Ruyack vs. Anthem | Anthem, AZ | Feb-08 | N/A |
| 57 | Oto vs. NRLL, Inc. | Silverado Canyon, CA | Feb-08 | Oct-08 |
| 58 | Mai vs. Melchiori Construction | Santa Barbara, CA | Mar-08 | Sep-08 |

Page 2 of 5

EXHIBIT 1 - PAGE 108

## DEPOSITION AND TRIAL TESTIMONY
## FOR GLENN TOFANI
### (Since November 2001)

| Reference | Project Name | Project Location | Date of Deposition | Date of Trial Testimony |
|---|---|---|---|---|
| 59 | Kuntz Litigation | Covina, CA | Apr-08 | Jan-09 |
| 60 | LAUSD #13 | Los Angeles, CA | May-08 | N/A |
| 61 | Val Buena vs. CR Shelton Construction | San Bernardino, CA | N/A | May-08 |
| 62 | Bodiwala vs. City of Rancho Palos Verdes | Rancho Palos Verdes, CA | Jun-08 | N/A |
| 63 | Warner vs. Stricker | Laguna Beach, CA | Aug-08 | N/A |
| 64 | Hartford vs. Dan Miller | Fountain Valley, CA | Sep-08 | N/A |
| 65 | Emrick vs. Standard Pacific | Corona, CA | N/A | Nov-08 |
| 66 | Akbarzadeh vs. Ben Ish Hai, Inc. | Encino, CA | Dec-08 | Jan-09 |
| 67 | Bledsoe vs. Foster | Irvine, CA | Feb-09 | N/A |
| 68 | LAUSD vs. PDW Lighting | Los Angeles, CA | Mar-09 | N/A |
| 69 | Hermosillo/Raza vs. Brockman | Los Angeles, CA | May-09 | N/A |
| 70 | Concoff vs. Aull | Pacific Palisades, CA | May-09 | Jun-09 |
| 71 | Sacramento Hotel Partners vs. Swinerton | Sacramento, CA | May-09, Jun-09 | N/A |
| 72 | Haldeman vs. Subsurface Designs | Pacific Palisades, CA | October 2009 | N/A |
| 73 | Gereb vs. KB Homes | Castaic, CA | Dec-09, Feb-10 | N/A |
| 74 | Ferro vs. Pulte | Anthem, AZ | Feb-10 | N/A |
| 75 | Thomasson vs. Standard Pacific | Chino Hills, CA | N/A | Feb-10 |
| 76 | Abutula vs. CRC Associates | Corona, CA | Jun-10, Jul-10, Aug-10 | N/A |
| 77 | Gellis vs. City of Los Angeles | Los Angeles, CA | Jun-10 | N/A |
| 78 | Baldera vs. Western Pacific | Fairfield, CA | Oct-10 | Nov-10 |
| 79 | Ortiz v. Port of Long Beach | Long Beach, CA | Dec-10 | N/A |
| 80 | Hartman v. Oxnard | Oxnard, CA | Jan-11 | Apr-11 |
| 81 | Bahhur v. Pardee Homes | Camarillo, CA | Mar-11 | N/A |
| 82 | Alcova v. Shea Homes | Oxnard, CA | Jun-11 | N/A |
| 83 | Reseda-Victory Condo HOA | Reseda, CA | Jun-11 | N/A |
| 84 | Hector & Melissa Alvarado v. Greystone Homes | Brentwood, CA | Aug-11 | N/A |
| 85 | Paulus Enterprises vs. Ware Malcomb Inc | San Diego, CA | Aug-11 | Jun-11 |
| 86 | Flynn v. Standard Pacific | Ladera Ranch, CA | Dec-11, Jan-12 | N/A |
| 87 | Scottsdale v. Arch | Yorba Linda, CA | Dec-11 | N/A |

Page 3 of 5

EXHIBIT 1 - PAGE 109

## DEPOSITION AND TRIAL TESTIMONY
## FOR GLENN TOFANI
### (Since November 2001)

| Reference | Project Name | Project Location | Date of Deposition | Date of Trial Testimony |
|---|---|---|---|---|
| 88 | Vision West v. Pasternack | Palm Desert, CA | Jan-12 | Jan-13, May-13 |
| 89 | Davidson v. Chadwick | Coto de Caza, CA | Feb-12 | Feb-12 |
| 90 | Mehterian v. Caspar Management | Sherman Oaks, CA | Feb-12 | N/A |
| 91 | OCWD v. Northrop Grumman, et al | Anaheim, CA | Mar-12, Jul-12 | Jul-12 |
| 92 | Marquez Brothers v. JB Olsen Construction | Sacramento, CA | Mar-12 | N/A |
| 93 | Fuller v. Samaniego | Lake Forest, CA | May-12 | Sep-13 |
| 94 | Metsker v. Talega Village | San Clemente, CA | Jun-12 | N/A |
| 95 | Murguia v. Rancho Coastal Engineering | Ramona, CA | Aug-12 | N/A |
| 96 | OCWD v. Sabic Innovative Plastics | Fullerton, CA | Nov-12 | N/A |
| 97 | Lewis v. Ivy | West Hollywood, CA | Dec-12, Feb-13 | N/A |
| 98 | Hot Rods v. Northrop Grumman | Fullerton, CA | Dec-12 | Jan-13 |
| 99 | Tamparong v. Western Pacific Housing | Simi Valley, CA | Feb-13, Sep-13 | N/A |
| 100 | Otay Land v. UE | Chula Vista, CA | Mar-13, May-13 | N/A |
| 101 | Meza v. City of Ontario | Ontario, CA | Apr-13 | May-13 |
| 102 | Department of Transportation v. Capricorn Realty (El Pollo Loco) | Norwalk, CA | Oct-13 | N/A |
| 103 | Azimi vs. Greystone Homes | Mountain House, CA | Oct-13, Dec-13 | N/A |
| 104 | CCL Engineering v. Palmdale TOD Apartments | Palmdale, CA | Jan-14 | N/A |
| 105 | Guillen vs. Centex Homes | Eastvale, CA | Mar-14, Apr-14 | Dec-14 |
| 106 | Shafer vs. Biolargo | Orange, CA | Jun-14 | N/A |
| 107 | El Sayed - 25111 Anvil Circle | Laguna Hills, CA | Jul-14 | N/A |
| 108 | Park vs. Standard Pacific | Ladera Ranch, CA | Jul-14 | N/A |
| 109 | Kwan vs. County of Los Angeles | Malibu, CA | Jul-14, Aug-14, Sept-14, Jan-15 | N/A |
| 110 | Lys vs. ABI | La Jolla, CA | Oct-14 | N/A |
| 111 | Edwards vs. Talega Village | San Clemente, CA | Oct-14 | N/A |
| 112 | August vs. So Cal Pacific | Garden Grove, CA | Oct-14 | Sep-14, Nov-14 |
| 113 | Pellizzon vs. William Lyon Homes | San Juan Capistrano, CA | Oct-14 | N/A |
| 114 | Saddleback vs. Davlyn Investments | Bermuda Dunes, CA | Nov-14 | N/A |
| 115 | Sang vs. The Masters College | Oxnard, CA | Mar-15 | N/A |
| 116 | Tempo vs. Standard Pacific | Playa Vista, CA | Jun-15 | N/A |

Page 4 of 5

EXHIBIT 1 - PAGE 110

## DEPOSITION AND TRIAL TESTIMONY
## FOR GLENN TOFANI
*(Since November 2001)*

| Reference | Project Name | Project Location | Date of Deposition | Date of Trial Testimony |
|---|---|---|---|---|
| 117 | Cantuba vs. Standard Pacific | Corona, CA | Aug-15 | N/A |
| 118 | Kirk vs. Varco | Orange, CA | Aug-15 | - |
| 119 | Ash v. Western Pacific | Corona, CA | Sep-15 | N/A |
| 120 | Loeffler v. RSM 8 | Orange, CA | - | Nov-15 |
| 121 | Kirk vs. Varco | Orange, CA | Nov-15 | - |
| 122 | Byde, ET AL. v. Coleman-Toll Limited Partnership | Reno, NV | Dec-15 | |
| 123 | Johnson ET AL. v. City of Buenaventura | Ventura, CA | Feb-16 | May-16 |
| 124 | Arkee v. Standard Pacific Homes | Orange, CA | Feb-16 | |
| 125 | Missouri River | St. Joseph MO | Nov-16 | |
| 126 | Cameron v. Standard Pacific Homes | Walnut Creek, CA | | Apr-17 |
| 127 | King v. Standard Pacific Homes | Walnut Creek, CA | | Dec-16 |
| 128 | Guzman v. Standard Pacific Homes | San Francisco, CA | | Jan-17 |
| 129 | Ejanda v. Standard Pacific Homes | Walnut Creek, CA | | Jan-17 |
| 130 | Maalouli v. Standard Pacific Homes | Walnut Creek, CA | | Feb-17 |
| 131 | Alfred Clise Matter | Costa Mesa, CA | | Feb-17 |
| 132 | Dunkel Brothers | Irvine, CA | Feb-17 | |
| 133 | Alcantara v. Standard Pacific Homes | Walnut Creek, CA | | Feb-17 |
| 134 | Cerna v. Standard Pacific Homes | Walnut Creek, CA | | Feb-17 |
| 135 | Rose v. Standard Pacific Homes | Walnut Creek, CA | | Feb-17 |
| 136 | Tantoco v. Standard Pacific Homes | San Francisco /Walnut Creek, CA | | Mar-17, Jun-17 |
| 137 | Vixon v. Standard Pacific Homes | Walnut Creek, CA | | Mar-17 |
| 138 | Harris v. Standard Pacific Homes | San Francisco, CA | | Mar-17 |
| 139 | Quinney v. Standard Pacific Homes | Walnut Creek, CA | | Mar-17 |
| 140 | Scott v. Standard Pacific Homes | Walnut Creek, CA | | Apr-17 |
| 141 | Bates V. Toll | Richmond, CA | Jul-17 | Aug-17 |
| 142 | The Mark COA v. The Mark Condominiums LLC | San Diego, CA | Aug-17 | |
| 143 | Scully v. The Green Scene | Los Angeles, CA | Oct-14, Nov-17 | |

N/A: Not Applicable. Trial Testimony Was Not Provided.

Page 5 of 5

EXHIBIT 1 - PAGE 111

1    PROOF OF SERVICE BY MAIL – F.R.Civ.P. 5)

2

3    UNITED STATES DISTRICT COURT                      )
                                                        )
4    CENTRAL DISTRICT OF CALIFORNIA                     )

5           I am employed in the aforesaid county;  I am over the age of eighteen years and not a party to
6    the within entitled action; my business address is:  One World Trade Center, Twenty-Seventh Floor,
     Long Beach, California  90831-2700

7           On June 18, 2018, I served the within: **DEFENDANT'S DISCOSURE OF EXPERT
8    TESTIMONY** [FRCP 26(a)(2)] on the interested parties in said action,

9        **X**   (BY ELECTRONIC SERVICE) I caused such document(s) to be electronically served on all
     parties..  This service complies with CCP §1010.6.  The file transmission was reported as complete
10   and a copy of the "Filing Receipt" page will be maintained with the original document in our office.

11   **X** (BY OVERNIGHT MAIL) I am readily familiar with the firm's practice of collecting and
     processing of documents and correspondence for mailing with Federal Express.  Under that practice,
12   on the above date, the Federal Express envelope was sealed and placed for collection and mailing
     following the ordinary business practices of our office.  This results in the Federal Express envelope
13   being delivered to the Federal Express box at the One World Trade Center, Long Beach, premises,
14   with a Federal Express Airbill thereon.

15   ____ by depositing it in the United States Mail at Long Beach, California, in a sealed envelope with
     the postage fully prepaid to the following;

16   Peter A. Nyquist, Esq.
17   Brian E. Moskal, Esq.
     Sherry E. Jackman, Esq.
18   GREENBERG GLUSKER FIELDS
     CLAMAN & MACHTINGER, LLP
19   1900 Avenue of the Stars, 21st Floor
     Los Angeles, California  90067-4590
20   Pnyquist@greenbergglusker.com
     Bmosak@greenbergglusker.com
21   (310) 553-3610; (310) 553-0687 Fax

22
     ____ I hereby certify that I am a member of the Bar of the United States District Court, Central
23   District of California.

24   **X**   I hereby certify that I am employed in the office of a member of the Bar of this Court at
     whose direction the service was made.
25
     ____ I hereby certify under the penalty of perjury that the foregoing is true and correct.
26
          Executed on June 18, 2018, at Long Beach, California.
27

28                                              _____
                                                Lori Coté

                                  7

DEFENDANT'S DISCLOSURE OF EXPERT TESTIMONY

EXHIBIT 1 - PAGE 112