# EXHIBIT 5

EXHIBIT 5 - PAGE 192

# Environmental Assessment Summary for Former Occidental Research Corporation Site 1855 Carrion Road – La Verne, California



**GeoKinetics**
Geotechnical & Environmental Engineers

Prepared by

**GeoKinetics**

77 Bunsen
Irvine, CA 92618
Tel 949.502.5353, Fax 949.502.5354

Rebuttal Expert Report of Glenn Tofani

July 18, 2018

EXHIBIT 5 - PAGE 193

**1.0** **Qualifications & Experience:** I (Glenn Tofani) am the Principal Engineer at GeoKinetics located in Irvine, California. I have 38 years of experience in environmental, geotechnical, and civil engineering. I have extensive experience in the investigation of chlorinated solvents in soil and groundwater as well as in the development, design, cost estimation, permitting, construction and implementation of remedial measures for properties impacted with petroleum hydrocarbons, heavy metals, PCB's, chlorinated solvents, pesticides, and other contaminants. I have performed assessments to quantify exposure risks associated with volatile organic compounds (VOCs) and other contaminants at numerous sites. I have also performed modeling and assessment activities to evaluate contaminant sources, transport, and potential liability allocations for toxic releases.

I am a licensed civil and geotechnical engineer in the State of California as well as a licensed Engineering Contractor (A License) and General Building Contractor (B License). I hold specialty contracting licenses in the fields of plumbing, electrical, sanitation systems, and hazardous substances. I am a licensed civil engineer in ten other states.

I have taught graduate and undergraduate geotechnical engineering, environmental engineering, and computer programming classes at California State University at Long Beach and the University of California at Irvine. I have published several papers on various engineering topics and given numerous presentations on environmental engineering issues. A copy of my resume is provided as Attachment A.

I have been designated as an expert in the fields of environmental, geotechnical, and/or civil engineering on several hundred occasions. A list of the recent cases where I have provided deposition or trial testimony is provided as Attachment B.

**2.0** **Assignment:** I have been retained as a rebuttal expert on behalf of the current owner (Etta G. Tamkin and the Etta G. Tamkin Trust) of a $\approx$ 1.5-acre property located at 1324 / 1330 Arrow Highway in the City of La Verne (Tamkin Property). The Tamkin Property is located to the north of the former 7.2-acre Occidental Research Corporation (ORC) parcel at 1855 Carron Road. The general site location is shown in Figure 1 while a recent aerial photograph of the project area is provided as Figure 2.

EXHIBIT 5 - PAGE 194

*Assessment Summary for Former ORC Site*
*1855 Carrion Road - La Verne, California*                                         *July 18, 2018*

My assignment in this matter was to respond, as warranted, to the opinions that are expressed in the expert and rebuttal reports by ORC retained experts John Connor and Robert Morrison. This has required me to evaluate the nature, extent, and sources of the contamination that has been documented at the ORC and adjacent properties and to estimate of the mass of VOCs that are present in the groundwater at the ORC and adjacent properties from onsite and offsite sources.

**3.0   Scope of Work:** My scope of work on this project has included the following specific tasks:

1. Review of the operative complaint;

2. Research, retrieval, and review of numerous environmental documents pertaining to the historic operations at the ORC and Tamkin properties as well as the investigation of the nature and extent of the contamination at those properties. Many of the documents that I reviewed were provided by counsel for Ms. Tamkin. I obtained other documents from the Regional Water Quality Control Board (RWQCB's) GeoTracker web site and others from the City of La Verne or the County of Los Angeles. A list of the primary documents that I have reviewed is provided in Attachment C along with summary notes that I prepared based on my review of those documents. A PDF file that contains the documents that I have reviewed in this matter can be downloaded using the link below:

https://www.dropbox.com/sh/l3s5srzs1wckxdk/AACMU4O4arvhY-cmYINHPocWa?dl=0

There are over 23,000 pages of documents included in this file.

3. Review and summary of the expert and rebuttal reports prepared by ORC's retained experts John Connor, Robert Morrison, and Jeffery Zelikson. Copies of my review notes pertaining to their reports are included in my document summary notes provided as Attachment C.

*page 2*

EXHIBIT 5 - PAGE 195

4. Research, retrieval, and evaluation of historic aerial photographs of the subject site. Copies of selected aerial photographs are provided as Figures 3.1 through 3.9.

5. The preparation of an aerial photograph-based site plan for the ORC and Tamkin properties with improvements, features, and monitoring well locations. A copy of this site plan is provided as Figure 4.

6. The preparation of a non-aerial photograph-based site plan for the ORC and Tamkin properties with improvements, features, and monitoring well locations. A copy of this site plan is provided as Figure 5.

7. Research, retrieval, and evaluation of historic rainfall records for the project area. Rainfall data is included in Attachment D while the locations of the stations from which the rainfall data was obtained are shown in Figure 6.

8. The preparation of a summary table (Table 1) and summary graphs of the historic groundwater elevations and primary VOC levels for each of the site monitoring wells. These graphs are provided in Attachment E.

9. The preparation of a series of groundwater PCE, TCE, and cis-1,2-DCE plume maps based on the historical monitoring results. The maps are presented as Figures 7.1 to 7.15 for PCE, 8.1 to 8.14 for TCE, and 9.1 to 9.11 for DCE.

10. Engineering analysis of the available data.

11. The preparation of this site assessment summary report.

**4.0 Rebuttal Opinions:** Mr. Connor's and Mr. Morrison's primary opinions that I have been asked to respond to include the following:

- o There are two groundwater plumes at the site - the northern and southern plumes.

*Assessment Summary for Former ORC Site*
*1855 Carrion Road - La Verne, California*                                                              *July 18, 2018*

- o   The northern plume originates solely from a source located on the Tamkin property.

- o   90% of the VOCs dissolved in the groundwater on the former ORC property, as of 2017, are attributable to the Tamkin source and the northern plume.

- o   The only VOC sources at the former ORC site are on the southern portion of the property.

- o   The VOC sources at the former ORC site only account for 10% of the VOCs that are dissolved in the groundwater at that property.

I disagree with each of these conclusions. The data that I have relied upon, the observations I have made, and the rationale that I have applied to conclude that these five opinions are incorrect are as follows:

1. There is ample evidence of chemical usage and both potential, as well as actual, VOC discharge locations at the former ORC property. This includes:

    A.   An sanitary septic system was operated at the site between 1964 and 1972 with up to 4 septic tanks.

    B.   Laboratory wastes were reportedly discharged to a French drain near south end of facility in 1970.

    C.   Laboratory wastes were subsequently discharged into a plastic-lined evaporation pond between Oct. 1970 and Oct. 1971.

    D.   Approximately 400 barrels of industrial sewer waste per month were reportedly hauled off in 1971.

    E.   The available records indicate the presence of a fairly extensive onsite sewer system consisting predominately of cast iron piping.

*page 4*

EXHIBIT 5 - PAGE 197

F.  The site was connected to an offsite sewer line in 1972. Waste flowed to a lift station at the SE corner of the site from which is was pumped through a force main that extended offsite along the east property line and then along the R.R. R.o.W. to a public sewer main. There were reportedly two leaks identified in the sewer force main and the system backed-up on at least one occasion resulting in a discharge as reported by the RWQCB.

G.  A 1974 County Memo indicated the entire sewer system was badly in need of maintenance. County personnel intended to do a dye study but were unable to. Clarifiers full of sediment, manholes with lumber restricting flow, and all manholes surcharged badly. System must be cleaned out. Effluent was dark in color - not normal sanitary sewage effluent. Dark blue in color with sediment. Second sample was yellow - color of cooling tower water. Third sample was light green in color. County personnel concluded there was no doubt that industrial effluent is going into the sanitary system.

H.  During clean-up operations in 1979, 42,000 gallons of dilute wastes were reportedly disposed of at the BKK Landfill and $\approx$2,000 drums of chemical wastes were reportedly shipped for burial at the Calabasas Class I Landfill.

I.  There were two drum storage areas. Per the James M. Montgomery report, some spillage occurred when the drums were removed for disposal at the Calabasas Class I disposal site.

J.  Per the 1981 site closure report by James M. Montgomery, the highest soil contaminant levels (>50 G.C. peaks) were found in the area of the wash pit and autoclave building. Major waste disposal occurred in that portion of the site.

K. Per the 1981 site closure report by James M. Montgomery, one other area with >50 G.C. peaks was the drum storage area. Asphalt was cracked in this area. Tar-like residue present. May have been from a leaky drum.

L. Per the 1981 site closure report by James M. Montgomery, the highest water-extractible organics were found in the D-8 sample near the southeast corner of the site (near sump and sewer lift station). James M. Montgomery noted that this area was heavily contaminated and that it appeared that contamination occurred in this area first.

M. In November of 1984, ORC removed two holding tanks. Four sludge samples from holding tanks were analyzed and found to contain $\approx 1.6$ ppm TCE.

N. Per Mr. Connor's expert report and other documents, ORC used TCE and PCE. TCE was mixed with dry ice and used as a coolant during the coal conversion process.

O. Per Mr. Connor's expert report and other documents (e.g. 9-18-90 audit report by Ike Yen Associates), ORC chemical use forms indicate 8 gallons of PCE and 290 gallons of TCE were purchased between 1972 and 1977.

P. Per Mr. Connor's expert report and other documents, RWQCB observed 5-gallon and 55-gallon drums of chemicals, including 1,1,1-TCA during site inspections at ORC in 1990 and 1994.

Q. PCE was reportedly used to clean beakers in the ORC lab. Incidental lab wastes were reportedly discharged to sinks. TCE was reportedly used as a cooling water refrigerant. Either TCE and/or PCE was reportedly used in a quenching operation.

S.  Trace quantities of VOCs were reportedly identified in ORC duct works during decommissioning.

T.  RWQCB inspected the property on 10-6-89 and observed a 55-gallon drum of paint thinner and many small containers of paint at the southern edge of the property. Most of laboratory floor drains and exterior sumps had been left in place. Could find only 7 of 15 standpipes (not properly abandoned). One 3-stage clarifier, a possible UST, a septic tank, a filled settling pong, and many sumps were identified as items of "major concern" by the RWQCB.

U.  RWQCB confirmed discharge / back-up of sewer on 9-21-89.

V.  RWQCB deployed three Petrex tubes on 10-6-89 - 2 in the area of the former settling pond and one near the clarifier influent line. PCE was identified in the near-surface soil gas at three locations. Detected BTE/TCE/PCE.

W.  Per City of La Verne (11-17-89 Memo), underground pipes that were not shown on any maps were found during renovation work by Mr. Brown.

X.  The earliest soil gas survey at the site (CET 1993) identified the presence of PCE, TCE, TCA, and DCE in shallow soil gas samples collected from the southern portion of the ORC site.

Y.  The Membrane Interface Probe (MIP) investigation by Columbia Technologies in January of 2010 shows distinct VOC source areas in the northern and southern portions of the ORC site (see Attachment F). The southern source area is shown to be larger and more pervasive than the northern source area.

2. There are commingled groundwater plumes from what appear to be at least three separate source areas at the site. For reference purposes, these three plumes are referred to as the Tamkin Plume, the Northern Plume, and the Southern Plume.

3. The Southern and Northern Plumes have been in existence since at least 1980. The Tamkin plume has been in existence since at least 2001.

4. The configurations of the plumes and VOC concentrations within the plumes have varied over the past decades.

5. Groundwater flows in a downgradient direction perpendicular to the equipotential lines. Any dissolved VOCs are transported with the groundwater - with some retardation at the leading edge of the plume and lag at the trailing edge. Other transport mechanisms (e.g. diffusion) are not likely to be significant. When dissolved VOCs are detected in a monitoring well, those VOCs have likely originated from a location that is at (i.e. within a few feet) or upgradient of that monitoring well. VOCs dissolved in groundwater generally will not travel a significant distance in an upgradient or cross gradient direction.

6. Many of the plume maps that have been prepared by the various consultants involved with this project appear to incorrectly depict upgradient or cross gradient transport of the VOCs.

7. High concentrations of PCE in the groundwater (up to 12,500 ug/L) were first identified on the ORC property in the southern and northern plume areas in 1989. The monitoring data at that time indicated either a source in the east-central portion of the ORC site and/or a source to the northeast of the ORC site.

8. By 1994, additional wells had been installed and the presence of a source area offsite to the northeast of the ORC site had become apparent.

9. The first monitoring wells were installed on the Tamkin property in 2001 and the presence of a lower concentration PCE plume on that property became apparent. PCE concentrations as high as 110 ug/L were measured in the groundwater on the Tamkin property at that time. The highest PCE concentration measured in the groundwater at the ORC property in 2001 was much higher (7,400 ug/L).

10. The concentrations of PCE and TCE in the groundwater on the ORC site have typically been higher than those measured on the Tamkin property. One high (9,100 ug/L) concentration was measured in MW-6 (railroad right-of-way) in a Passive Diffusion Bag (PDB) sample during the initial monitoring event for that well in August of 2010. That result appears to be anomalous since all subsequent readings were much lower. Three PDB samples were collected from MW-6 during the initial sampling event. The other two samples had much lower concentrations of PCE (950 and 640 ug/L). The initial high concentration measured in that well may have been associated with cross-contamination during drilling or a locally higher VOC concentration at the location where the PDB was deployed (34.4' bgs). In either case, the elevated PDB result would only potentially be representative of the groundwater concentration at the depth where the bag was deployed, not representative of the monitoring well as a whole. This is illustrated by the significant differences in the measured PDB concentrations for the three samples.

11. Comparison of PDB results with the results for groundwater samples collected directly from a monitoring well often represents an apples to oranges comparison. The direct collection / analysis of groundwater samples from a monitoring well weights the measured VOC level against the conductivity of the various soil layers. The use of PDBs does not. The former more accurately reflects the mass of VOCs that is being conveyed in the area of the well.

12. More than 100 groundwater samples have been collected from MW-6 over the past 8 years since the initial monitoring event. The PCE concentrations in these samples have ranged from 72 to 704 ug/L. As such, the higher reading from the initial monitoring event appears to be anomalous and not representative of the long term conditions at that well.

13. The discovery of high concentrations of PCE in the groundwater at the ORC occurred approximately 10 years after the site closure waste disposal operations at ORC and at the same time the facility was being renovated by UPS. Problems with the sewer system (back-up and spillage) also occurred in this time frame as reported by the RWQCB. The highest PCE concentrations in groundwater in 1989 and 1990 were measured in close proximity to the ORC sewer force main.

14. The Tamkin plume originates from the area of the septic tanks / cesspools at that site. This area is referred to as Victor Graphics Area of Interest #1 in some documents. Monitoring well MW-7 was installed in this area in 2014. PCE was detected in soil samples at concentrations as high as 2,600 ug/kg (MW-7 @ 10' bgs) and in soil gas at concentrations as high as 270 ug/L (SG-20 @ 20' bgs) in this area. The maximum concentrations of PCE, TCE, and cis-1,2-DCE measured in the groundwater in MW-7 are 220 ug/L, 47 ug/L, and 480 ug/L, respectively. The concentrations of PCE and TCE measured in the source area of the Tamkin plume are much lower than what have been measured historically on the ORC property.

15. The portions of the ORC property where high concentrations of PCE occur in groundwater are not directly downgradient of the Tamkin plume. Significant concentrations of PCE have not been identified in the portions of the ORC property that are directly downgradient of the Tamkin plume.

16. As indicated by the groundwater contours that have been drawn by all of the various consultants (with the localized exception of James M. Montgomery) based on the measured groundwater elevations, the general direction of groundwater flow in the source area of the Tamkin plume is to the southwest. Groundwater in the area of the Tamkin septic tank / cesspool area flows towards downgradient wells TSG-MW-13 and TSG-D-20. Significant levels of VOCs have historically not been present in these two wells. The Tamkin groundwater plume does not appear to have had a significant impact on the ORC property.

17. I agree with Mr. Connor's conclusion that the Tamkin septic tank / cesspool area (AOI #1) is not the source area for the northern plume - and that the actual source area appears to be to the southeast of that location. The available soil gas and groundwater monitoring results lead to this conclusion. MW-7 is not located within, or directly downgradient of, the northern plume source area.

18. Per Mr. Connor, MW-2 is the only well that is proximate to the area where he believes the release that is responsible for the northern plume occurred on the Tamkin property. However, the groundwater VOC levels in that well have always been significantly lower than

    those measured on the ORC property. The maximum groundwater PCE concentration measured in MW-2 is 570 ug/L in May of 2017. The concentration measured when the well was installed in 2001 was only 110 ug/L. TCE was not detected in the first three samples collected from that well. The maximum concentration of TCE recorded since is 29 ug/L. Only very low to non-detectible levels of cis-1,2-DCE have been found in groundwater samples collected from MW-2. This data indicates MW-2 is not at, or directly downgradient of, the most upgradient northern plume source area.

19. MW-2 is located within a few feet of the northern railroad right-of-way line. MW-5 is located in the same area along that line. The highest concentrations of PCE and TCE measured in groundwater samples collected from MW-5 are 250 ug/L and 23 ug/L, respectively. Only very low to non-detectible levels of cis-1,2-DCE have been found in groundwater samples collected from MW-5. This data indicates MW-5 is not within, or directly downgradient of, the most upgradient northern plume source area. The available data indicates the most upgradient source area for the northern plume is located cross gradient to the southeast.

20. The closest well located in a general downgradient direction from MW-2 and MW-5 is MW-6 located about 30 to 40 feet away in the railroad right-of-way. As indicated previously, an anomalously high concentration (9,100 ug/L) of PCE was measured in a PDB sample from MW-6 during its initial sampling event in August of 2010. That

well has been sampled on more than 100 occasions since with no similar high detection of PCE. The PCE concentration measured in MW-6 has typically been between 200 and 500 ug/L. That is consistent with the concentrations measured in MW-2 and MW-5. The PCE concentrations measured in MW-6 have typically been significantly lower than those measured in MW-201 located approximately 70 feet cross gradient to the southeast. Monitoring well MW-201 is closer to, and more directly downgradient of, the most upgradient source area for the northern plume. The available data indicates that source area is not on the Tamkin property.

21. Based on the groundwater piezometric elevations that have been measured and contoured by the various consultants (see Figures 7, 8, and 9), groundwater in the area of MW-2, MW-5, and MW-6 has flowed consistently to the southwest over time. The closest wells located to the southwest downgradient of those three wells are TSG-MW-13 and TSG-D-20. Significant concentrations of VOCs have not been detected in either of those wells. This suggests the VOCs that have been detected in the groundwater in MW-2, MW-5, and MW-6 have not migrated a significant distance from those wells. This is consistent with the soil stratigraphy which has been identified in that area which indicates predominately low permeability soil deposits.

22. With the exception of the anomalous PDB data point for MW-6 in August of 2010, the highest groundwater VOC levels in the northern site area have consistently been measured in monitoring well MW-201 - or other wells in that general area (e.g. D-19) prior to the installation of MW-201 in 2010. This data indicates the source areas for the northern plume are located on the northeast corner of the ORC site and/or upgradient to the northeast. It appears that little or no data (e.g. soil, soil gas, or groundwater monitoring results) has been collected from the indicated offsite source area.

23. There are a number of potential sources near, and upgradient of, the northeast corner of the ORC site. These include the septic tank / cesspool / sump pump located near the northeast corner of Building A, the ORC 4" PVC sewer force main that turns 90° to the east near that location, and three additional 4" sewer force mains that are shown to terminate at the intersection of Carrion Road and Arrow

Highway. Alternatively, a release of solvent could have occurred separate and apart from any known improvements or activities as suggested by Mr. Connor.

24. Soil gas surveys are useful for identifying surface or near-surface sources of VOCs. However, a discharge of solvent into a cesspool, drywall, or other similar deeper infiltration point would not necessarily generate significantly elevated shallow soil gas VOC levels - especially with the type of low permeability soils that are predominate at the subject site.

25. The soil gas data that has been compiled over the past few decades has not identified a near-surface source of VOCs that could account for the highest concentrations of VOCs that have been found in groundwater. Groundwater PCE levels in excess of 5,000 ug/L have been measured in several monitoring wells (e.g. D-18, D-19, MW-6, MW-101, MW-102, MW-103, and MW-201). At equilibrium, the vapor-phase concentration of PCE associated with a 5,000 ug/L groundwater concentration would be approximately 3,000 ug/L based on a Henry's Law vapor / water partitioning coefficient of 0.605. The highest soil gas vapor levels measured at the site are typically an order of magnitude, or more, below this value. This indicates either (1) the primary source area(s) have not yet been identified; and/or (2) the primary releases were not surface releases. As discussed previously, the available groundwater monitoring results indicate there is a significant upgradient source area to the northeast of the northeast corner of the ORC property. Soil gas samples do not appear to have been collected from that area.

26. The solubility of PCE in groundwater is approximately 150,000 ug/L. 1% relative saturation would correspond to approximately 1,500 ug/L. With the exception of the single anomalous PDB measurement for MW-6 in August of 2010, groundwater PCE concentrations approaching 1% relative saturation have not been measured on, or immediately downgradient of, the Tamkin property.

27. The concentrations and trend (falling) of the groundwater VOC levels on the Tamkin property are not suggestive of DNAPL at that location. If DNAPL were present, the groundwater PCE concentrations would be higher and more persistent.

28. As described above, Mr. Connor has concluded that the primary release that created the northern plume is unrelated to any AOI identified to date. I agree with that conclusion. However, the logic that has been applied by Mr. Connor in reaching the conclusion that the ORC site has not contributed to the northern plume because the ORC AOIs have been investigated and found not to be source areas is inconsistent with his conclusion regarding the source at the Tamkin property. Based upon the opinion that was put forth for the speculated source on the Tamkin property, the suggested elimination of the AOIs as source areas at ORC should not eliminate that property as a potential source of the groundwater contamination. Also, as described elsewhere in this summary, the available groundwater monitoring results are indicative of a northern plume source on, or northeast of, the ORC property - and a southern plume source on the ORC property. The ORC property cannot be eliminated as a source of the northern plume and it is clearly the source of the southern plume based on the available data.

29. The mass of VOCs that are dissolved in the groundwater plumes at the site is not large. It is approximately 2.3 Kg when expressed as an equivalent mass of PCE. This corresponds to approximately 1.4 Liters of PCE.

30. Mr. Connor has suggested the groundwater VOC levels in the southern plume area are currently twice as high as they otherwise would be from the northern plume - the difference being attributable to the southern source area. The difference actually appears to be much greater. The average groundwater PCE concentration in MW-103 in the southern source area in 2017 was 472 ug/L. The average groundwater PCE concentrations in upgradient wells MW-101 and D-19 in 2015 were 150 ug/L and 119 ug/L, respectively. Projecting the MW-101 and D-19 concentrations downgradient, a concentration of approximately 25 ug/L would be anticipated at MW-103. As such, approximately 95% of the PCE in the groundwater at MW-103 in 2017 appears to be associated with the southern source area.

31. This condition is also indicated by the data presented in Illustration T in Mr. Connor's expert report. The fact that the equivalent PCE

*page 14*

EXHIBIT 5 - PAGE 207

concentration in the groundwater increases in the southern plume area is evident from the data points that are plotted. However, a single "best fit" line should not be used to represent the trend for two separate plumes. Separate best fit lines should be used for each plume as shown in Figure 10. Also, it should be noted that monitoring well MW-204 is located in the southern plume source area based on the available data. When separate best fit lines are utilized to represent the PCE trends, the concentration attributable to the northern plume is estimated to be approximately 26 ug/L at the upgradient end of the southern plume. The combined equivalent PCE concentration at the head of the southern plume is estimated to be approximately 1,470 ug/L. This data suggests approximately 98% of the VOCs in the southern plume are attributable to the southern source area and approximately 2% to the northern source area.

32. The fact that the northern plume has little impact on the VOC levels across the southern portion of the ORC site is demonstrated by a time comparison of the PCE concentrations in the upgradient and downgradient wells - such as was done by Mr. Connors in Illustration O and Figure 8A of his expert report. Those graphs and the associated data points have been combined and are presented as Figure 11 of this submittal. A relatively well defined PCE spike or pulse in the groundwater PCE levels is shown by Mr. Connors on these graphs for MW-101 and D-19 between the early 1990's and approximately 2010. The PCE concentration at monitoring well D-19 peaked at 9,700 ug/L in February of 2002. Monitoring well MW-103 in the southern plume area is located approximately 400 feet directly downgradient of D-19. For the estimated plume travel time cited by Mr. Connors (about 200 feet per year), the pulse from D-19 should have reach monitoring well MW-103 in approximately February of 2004. The groundwater PCE concentration in MW-103 decreased steadily from the time it was initially measured in October of 1994. There is no indication that VOCs from D-19 in the central portion of the northern plume ever reached MW-103 in the central portion of the southern plume.

33. A similar response is seen for 1,2-DCE in groundwater in Illustration P from Mr. Connor's report. This illustration has been recreated as

*page 15*

EXHIBIT 5 - PAGE 208

Figure 12 attached. As can be seen in this figure, a relatively well defined peak or pulse in the DCE concentration is evident in monitoring well MW-6. A peak concentration of 2,000 ug/L was measured in this well on June 3, 2014. A peak concentration of 950 ug/L was measured in downgradient well MW-201 on December 10, 2014. For the rest of the wells downgradient of MW-201 in this figure, three are no peaks that correlate with those that are evident in MW-6 and MW-201. For the last several years the concentration of DCE in downgradient well MW-203 located near the upgradient side of the southern plume between 56 ug/L and 110 ug/L - or about 4% of the peak concentration measured in MW-6. Again, this data indicates only very low concentrations of VOCs from the northern plume area have reached the southern plume area.

34. The Membrane Interface Probe (MIP) investigation by Columbia Technologies in January of 2010 provides vertically continuous and very useful data for assessing the nature and extent of chlorinated VOCs in the soil at the 22 test locations. The summary figures from Columbia's report are included in Attachment F of this submittal. These figures clearly depict VOCs in the three plume areas (Tamkin, Northern, and Southern) discussed previously. The Tamkin and Northern plume impact areas are clearly distinct from the southern plume impact area. The southern plume impact area is denser (higher contaminant levels) and both laterally and vertically more extensive. The MIP results show chlorinated VOCs at, and extending downgradient from, the former ORC septic tank and cesspool located near the northeast corner of that property (SB-201 thru SB-205). They also show chlorinated VOCs in the southern portion of the former ORC site (SB-211 and SB-212). Only trace levels of chlorinated VOCs were detected in the area of the Tamkin septic tanks / cesspools consistent with the groundwater monitoring results discussed previously (VG-401). Significant VOCs were not detected downgradient of the Tamkin septic tank / cesspool area (VG-402). Chlorinated VOCs were detected in the soil within the railroad right-of-way and near the southeast corner of the Tamkin property in the area of the upgradient source area that is indicated by the groundwater monitoring results discussed previously (VG-403 & VG-404).

35. The vertical scale on the Columbia MIP cross sections is exaggerated relative to the horizontal scale. Cross sections with Columbia's MIP data looking to the east and west where both scales are equal is provided in Attachment F. The colors provided by Columbia on these cross sections have been enhanced / outlined and the areas of the scaled ECD response have been calculated to provide a quantitative indication of the amounts VOCs that were detected and depicted in the northern and southern plume areas. The outlines for three different shades of the ECD response are outlined in the true scale figure. These shades and the associated ECD response are as follows:

Yellow:    $\approx 3 \times 10^6$ to $4 \times 10^6$ uV

Lite Green:  $\approx 2 \times 10^6$ to $3 \times 10^6$ uV

Dark Green:  $\approx 1 \times 10^6$ to $2 \times 10^6$ uV

The total estimated ECD areas for the two plumes are as follows:

| Plume | Shade | Area | Weighting Factor | Weighted Area |
|---|---|---|---|---|
| Northern | Yellow | 0 Ft$^2$ | 2.3 | 0 Ft$^2$ |
| Northern | Lite Green | 312 Ft$^2$ | 1.7 | 530 Ft$^2$ |
| Northern | Dark Green | 3,020 Ft$^2$ | 1.0 | 3,020 Ft$^2$ |
| | | | Total: | 3,550 Ft$^2$ |
| Southern | Yellow | 18 Ft$^2$ | 2.3 | 41 Ft$^2$ |
| Southern | Lite Green | 1,156 Ft$^2$ | 1.7 | 1,965 Ft$^2$ |
| Southern | Dark Green | 5,734 Ft$^2$ | 1.0 | 5,734 Ft$^2$ |
| | | | Total: | 7,740 Ft$^2$ |

Based on this data alone, I estimate the mass of chlorinated VOCs depicted in the southern plume is more than twice (218%) as much as is depicted for the northern plume.

36. I have estimated the mass of dissolved PCE, TCE, and DCE as equivalent PCE in the Tamkin, northern, and southern plumes as of 2017 based on the monitoring results and the indicated groundwater flow pattern. The total equivalent PCE concentrations are shown in Figure 13 while the associated mass distribution is summarized in Table 2. As indicated, the available data indicates approximately 2.3 Kg of equivalent PCE was dissolved in the groundwater at the site as of 2017. This corresponds to approximately 2.7 liters of PCE. The southern plume accounts for approximately 74% of this mass. Based on the mass distribution shown in Figure 13 and summarized in Table 2, the relative dissolved proportion of VOCs on the downgradient properties attributable to the three plumes is summarized in Table 3. As indicated, the 2017 mass of dissolved VOCs on the former ORC property originated 1.5% from the Tamkin plume, 13.9% from the northern plume, and 84.6% from the southern plume.

37. Based on the data and analyses described above, I do not believe the release of VOCs at the Tamkin property has had a significant impact on the groundwater quality at the ORC property. As described previously, the groundwater impacts to the ORC property are attributable to the northern source at, and to the northeast of, the northeast corner of the former ORC property (13.9%) and the southern source area on the former ORC property (84.6%). The groundwater impacts to the La Verne University property downgradient of the former ORC site are also attributable to the northern source at, and to the northeast of, the northeast corner of the former ORC property (13.1%) and the southern source area on the former ORC property (86.9%).

Prepared by:
GeoKinetics, Inc.

Glenn D. Tofani, GE/RCE
Principal Engineer




Attachments